1
2
3
4
5
6
7
8
9
10
11
12

13 UNITED STATES DISTRICT COURT

14 NORTHERN DISTRICT OF CALIFORNIA

15 SAN JOSE DIVISION

16 In re LENOVO ADWARE LITIGATION )  Case No. 5:15-md-02624-RMW
   )
17 )  CLASS ACTION
   This Document Relates To: )
18 )  [PROPOSED] ORDER APPOINTING
   ALL ACTIONS. )  INTERIM CO-LEAD COUNSEL
19 )

20
21
22
23
24
25
26
27
28

1044897_1

Having reviewed all of the motions to appoint interim lead counsel, and having considered the requirements of Rule 23(g) and the criteria set forth in the Manual for Complex Litigation, the Court hereby ORDERS:

1. Robbins Geller Rudman & Dowd LLP and Edelson PC are appointed as interim co-lead counsel for the putative class and any subsequently consolidated or related action to represent the interests of the putative class.

2. Co-lead counsel shall have authority to speak for all plaintiffs and putative class members in all matters regarding the litigation including, but not limited to, pretrial proceedings, motion practice, trial, and settlement, and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort. Additionally, co-lead counsel shall have the following responsibilities:

    (a) to brief and argue motions and file opposing briefs in proceedings initiated by other parties;

    (b) to initiate and conduct discovery proceedings, including, but not limited to, the preparation of discovery materials and discussions or negotiations concerning discovery issues;

    (c) to direct and coordinate the examination of witnesses in depositions and on oral interrogatories;

    (d) to act as spokespersons at Court conferences and hearings;

    (e) to delegate responsibilities for specific tasks to other counsel in a manner to assure that pretrial preparation for the plaintiffs is conducted effectively, efficiently, and economically;

    (f) to consult with and call meetings of plaintiffs' counsel when they deem it appropriate;

    (g) to consult with and employ experts;

    (h) to negotiate with and enter into agreements with defendants' counsel with respect to settlement and other matters;

1     (i) to coordinate this action with any related state or Federal Court proceeding that involves issues similar to those raised in this consolidated action in order to avoid unnecessary duplication, expense, and effort;

    (j) to conduct all pretrial, trial, and post-trial proceedings; and

    (k) to perform such other duties as they deem necessary, or as may be expressly authorized by further order of the Court.

  3. Co-lead counsel shall be responsible for coordinating all activities and appearances on behalf of the putative class and for disseminating notices and orders of this Court.

  4. No motion, application or request for discovery shall be served or filed, or other pretrial proceedings initiated, on behalf of the named plaintiffs, except through co-lead counsel.

  5. All notices, proposed orders, pleadings, motions, discovery, and memoranda shall be served upon co-lead counsel by the Court's CM/ECF electronic filing system, electronic mail, overnight mail service, telecopy, or hand delivery.

  6. Co-lead counsel for the putative class shall be available and responsible for communications to and from the Court. Co-lead counsel shall be responsible for the creation and maintenance of a master service list of all parties and their respective counsel.

  7. Defendants' counsel may rely upon all agreements made with co-lead counsel.

  IT IS SO ORDERED.

DATED: _____ _____
                THE HONORABLE RONALD M. WHYTE
                UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
 & DOWD LLP
PATRICK J. COUGHLIN
CARMEN A. MEDICI
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/685-6920 (fax)

| | |
|---|---|
| 1 | |
| 2 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP |
| 3 | SHAWN A. WILLIAMS<br>Post Montgomery Center |
| 4 | One Montgomery Street, Suite 1800<br>San Francisco, CA  94104 |
| 5 | Telephone:  415/288-4545<br>415/288-4534 (fax) |
| 6 | |
| 7 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP |
| 8 | PAUL J. GELLER<br>STUART A. DAVIDSON |
| 9 | MARK J. DEARMAN<br>120 East Palmetto Park Road, Suite 500 |
| 10 | Boca Raton, FL  33432 |
| 11 | Telephone:  561/750-3000<br>561/750-3364 (fax) |
| 12 | Attorneys for Plaintiff Lukas Pick |
| 13 | |
| 14 | EDELSON PC<br>JAY EDELSON |
| 15 | RAFEY S. BALABANIAN<br>BENJAMIN H. RICHMAN |
| 16 | 350 North LaSalle Street, 13th Floor<br>Chicago, Illinois  60654 |
| 17 | Telephone:  312-589-6370<br>(312) 589-6378 (fax) |
| 18 | |
| 19 | Attorneys for Plaintiff David Hunter |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |