PHILIP L. GREGORY (SBN 95217)
pgregory@cpmlegal.com
STEVEN N. WILLIAMS (SBN 175489)
swilliams@cpmlegal.com
MATTHEW K. EDLING (SBN 250940)
medling@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiff JGX, Inc. d/b/a Lefty O'Doul's*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTHERN CALIFORNIA

SAN JOSE DIVISION

| IN RE: LENOVO ADWARE LITIGATION | MDL Case No.: 15-md-02624-RMW |
|---|---|
| | **NOTICE OF APPEARANCE OF MATTHEW K. EDLING** |
| This document relates to:<br><br>ALL CASES | |

**NOTICE OF APPEARANCE OF MATTHEW K. EDLING;**
Case No.: 15-md-02624-RMW

1  **PLEASE TAKE NOTICE** that Matthew K. Edling of Cotchett, Pitre & McCarthy LLP
2  hereby enters his appearance on behalf of Plaintiff JGX, Inc. d/b/a Lefty O'Doul's in the above-
3  captioned matter and requests that copies of all future notices, pleadings, and other documents
4  filed in this action be provided to him.

5  DATED: July 7, 2015                **COTCHETT, PITRE & McCARTHY, LLP**

6  
7                                      /s/ Matthew K. Edling
                                        MATTHEW K. EDLING

8                                       PHILIP L. GREGORY (SBN 95217)
                                        pgregory@cpmlegal.com
9                                       STEVEN N. WILLIAMS (SBN 175489)
                                        swilliams@cpmlegal.com
10                                      MATTHEW K. EDLING (SBN 250940)
11                                      medling@cpmlegal.com
                                        COTCHETT, PITRE & McCARTHY, LLP
12                                      San Francisco Airport Office Center
                                        840 Malcolm Road, Suite 200
13                                      Burlingame, CA 94010
                                        Telephone: (650) 697-6000
14                                      Facsimile: (650) 697-0577

15
16                                      *Attorneys for Plaintiff JGX, Inc. d/b/a Lefty O'Doul's*