Daniel C. Girard (State Bar No. 114826)
Amanda M. Steiner (State Bar No. 190047)
Elizabeth A. Kramer (State Bar No. 293129)
David K. Stein (State Bar No. 257465)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846
Email: dcg@girardgibbs.com
Email: ast@girardgibbs.com
Email: eak@girardgibbs.com
Email: ds@girardgibbs.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LENOVO ADWARE LITIGATION<br>_____<br>This Document Relates to:<br>ALL CASES | Case No. 5:15-md-02624-RMW<br><br>**NOTICE OF APPEARANCE OF DAVID K. STEIN** |

---

NOTICE OF APPEARANCE OF DAVID K. STEIN AS COUNSEL FOR PLAINTIFFS
Case No. 5:15-md-02624-RMW

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, DAVID K. STEIN, of Girard Gibbs, LLP, hereby enter my appearance as counsel for Plaintiffs Rhonda Estrella, Sonia Ferezan, John Whittle and Alan Woyt.  I am a member of the State Bar of California and am admitted to practice in the Northern District of California.  My address and telephone numbers are as follows:

>DAVID K. STEIN (SBN 257465)
>ds@girardgibbs.com
>GIRARD GIBBS LLP
>601 California Street, Suite 1400
>San Francisco, CA 94104
>Telephone: (415) 981-4800
>Facsimile: (415) 981-4846

Please serve said counsel with all pleadings and notices in this action.

DATED:  August 4, 2015                     Respectfully,


                                            */s/ David K. Stein*

                                            Daniel C. Girard
                                            Amanda M. Steiner
                                            Elizabeth A. Kramer
                                            David K. Stein
                                            **GIRARD GIBBS LLP**
                                            601 California Street, Suite 1400
                                            San Francisco, CA 94104
                                            Telephone:  (415) 981-4800
                                            Facsimile:  (415) 981-4846
                                            ds@girardgibbs.com

                                            Attorney for Plaintiffs Rhonda Estrella, Sonia Ferezan, John Whittle and Alan Woyt