1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  PATRICK J. COUGHLIN (111070)
   CARMEN A. MEDICI (248417)
3  655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/685-6920 (fax)
   patc@rgrdlaw.com
6  cmedici@rgrdlaw.com
         – and –
7  SHAWN A. WILLIAMS (213113)
8  Post Montgomery Center
   One Montgomery Street, Suite 1800
9  San Francisco, CA  94104
   Telephone: 415/288-4545
10 415/288-4534 (fax)
   shawnw@rgrdlaw.com
11

12 Attorneys for Plaintiff Lukas Pick

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16 In re LENOVO ADWARE LITIGATION   )   Case No. 5:15-md-02624-RMW
                                    )
17                                  )   **PLAINTIFF LUKAS PICK'S**
   This Document Relates To:        )   **CERTIFICATION OF INTERESTED**
18                                  )   **ENTITIES OR PERSONS**
       ALL ACTIONS.                 )
19                                  )

1 | Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
2 | named parties, there is no such interest to report.
3 |
4 | DATED:  August 20, 2015          ROBBINS GELLER RUDMAN
      & DOWD LLP
5 |                                     PAUL J. GELLER
                                    STUART A. DAVIDSON
6 |                                     MARK J. DEARMAN

                                    *s/Mark J. Dearman*
                                    MARK J. DEARMAN

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
PATRICK J. COUGHLIN
CARMEN A. MEDICI
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/685-6920 (fax)
patc@rgrdlaw.com
cmedici@rgrdlaw.com

Attorneys for Plaintiff Lukas Pick

PLAINTIFF LUKAS PICK'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS - 5:15-md-02624-RMW - 1 -