JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110

DANIEL C. GIRARD (SBN 114826)
dcg@girardgibbs.com
AMANDA M. STEINER (SBN 190047)
as@girardgibbs.com
ELIZABETH A. KRAMER (SBN 293029)
eak@girardgibbs.com
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

STEVEN N. WILLIAMS (SBN 175489)
swilliams@cpmlegal.com
MATTHEW K. EDLING (SBN 250940)
medling@cpmlegal.com
ALEXANDRA P. SUMMER (SBN 266485)
asummer@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Plaintiffs' Interim Co-Lead Counsel*

[Additional Counsel Appear on Signature Pages]

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NORTHERN CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: LENOVO ADWARE LITIGATION<br><br>This Document Relates to All Cases | Case No. 5:15-md-02624-RMW<br><br>STIPULATION AND [PROPOSED] ORDER RE BRIEFING ON LENOVO'S MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT |

STIPULATION AND [PROPOSED] ORDER RE BRIEFING ON LENOVO'S MOTION TO DISMISS
THE CONSOLIDATED AMENDED COMPLAINT
CASE NO.: 5:15-MD-02624-RMW

1  WHEREAS plaintiffs filed their Consolidated Amended Complaint ("Complaint") on November
2  12, 2015.  *See* Dkt. No. 61.
3  WHEREAS defendant Lenovo (United States), Inc. filed its motion to dismiss the Complaint on
4  January 21, 2016.  *See* Dkt. No. 98.
5  WHEREAS, as set forth in the Declaration of Daniel J. Stephenson in support of Lenovo's
6  motion to dismiss, prior to filing the motion, counsel for the parties conferred on an appropriate hearing
7  date that would not cause undue prejudice.  *See* Dkt. No. 98-2 at ¶ 3.  The parties agreed on a March 11,
8  2016 hearing date, predicated on plaintiffs having four weeks to prepare and file their opposition to the
9  motion and Lenovo having two weeks to prepare and file its reply.
10  WHEREAS Lenovo's motion to dismiss has been set for hearing on March 11, 2016, but the
11  briefing schedule set by the Court allows plaintiffs only two weeks for their opposition and Lenovo only
12  one week for its reply.  *See* Dkt. No. 98.
13  WHEREAS the parties have conferred and agreed that, subject to Court approval, the date by
14  which plaintiff shall file their opposition to the motion to dismiss should be extended from February 4,
15  2016 to February 19, 2016, and the date for Lenovo to file its reply papers should be extended from
16  February 11, 2016 to March 4, 2016.
17  NOW THEREFORE, the parties, by and through their respective counsel of record, hereby
18  stipulate as follows:
19  1. The date by which plaintiffs shall file their opposition to Lenovo's motion to dismiss
20  should be extended from February 4, 2016 to February 19, 2016;
21  2. The date by which Lenovo shall file its motion to dismiss reply papers shall be extended
22  from February 11, 2016 to March 4, 2016; and
23  3. The hearing shall remain as noticed on March 11, 2016.

Dated:  January 22, 2016                **PRITZKER LEVINE LLP**

*/s/ Jonathan K. Levine*

Jonathan K. Levine (SBN 220289)
Elizabeth C. Pritzker (SBN 146267)
180 Grand Avenue, Suite 1390

1

STIPULATION AND [PROPOSED] ORDER RE BRIEFING ON LENOVO'S MOTION TO DISMISS
THE CONSOLIDATED AMENDED COMPLAINT
CASE NO.: 5:15-MD-02624-RMW

|   |   |
|---|---|
| 1 | Oakland, California 94612 |
| 2 | Telephone: (415) 692-0772 |
|   | Facsimile: (415) 366-6110 |
| 3 | jkl@pritkzkerlevine.com |
| 4 | ecp@pritzkerlevine.com |

**GIRARD GIBBS LLP**

*/s/ Daniel C. Girard*

Daniel C. Girard (SBN 114826)
Amanda M. Steiner (SBN 190047)
Elizabeth A. Kramer (SBN 293029)
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846
dcg@girardgibbs.com
as@girardgibbs.com
eak@girardgibbs.com

**COTCHETT, PITRE & McCARTHY, LLP**

*/s/ Matthew K. Edling*

Steven N. Williams (SBN 175489)
Matthew K. Edling (SBN 250940)
Alexandra P. Summer (SBN 266485)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
swilliams@cpmlegal.com
medling@cpmlegal.com
asummer@cpmlegal.com

Plaintiffs' Interim Co-lead Counsel

**K&L GATES LLP**

*/s/ Daniel J. Stephenson*

Daniel J. Stephenson (SBN 270722)
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Telephone:  (310) 552-5000

1
2   Facsimile: (310) 552-5001
    Dan.stephenson@klgates.com
3
    Counsel for Defendant Lenovo
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROPOSED ORDER**

Pursuant to Stipulation, it is SO ORDERED.

DATED: _____          _____
                            HONORABLE RONALD M. WHYTE
                            UNITED STATES DISTRICT COURT JUDGE

**ATTESTATION**

I, Jonathan K. Levine, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

*/s/ Jonathan K. Levine*
Jonathan K. Levine