JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
SHIHO YAMAMOTO (SBN 264741)
sy@pritzkerlevine.com
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110

DANIEL C. GIRARD (SBN 114826)
dcg@girardgibbs.com
AMANDA M. STEINER (SBN 190047)
as@girardgibbs.com
ELIZABETH A. KRAMER (SBN 293129)
eak@girardgibbs.com
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

STEVEN N. WILLIAMS (SBN 175489)
swilliams@cpmlegal.com
MATTHEW K. EDLING (SBN 250940)
medling@cpmlegal.com
ALEXANDRA P. SUMMER (SBN 266485)
asummer@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Plaintiffs' Interim Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NORTHERN CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: LENOVO ADWARE LITIGATION<br><br>This Document Relates to All Cases | Case No. 5:15-md-02624-RMW<br><br>STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER NO. 4 |

The initial pre-trial schedule in this matter was set forth in the Court's September 1, 2015 Order. *See* Dkt. No. 85. On October 7, 2015, the parties jointly requested an extension of the deadlines for plaintiffs to file their consolidated complaint and for defendants to file their motions to dismiss. The stipulation did not request that any other pre-trial dates be extended. The stipulation was so ordered by the Court the same day. *See* Dkt. No. 90.

Plaintiffs filed their consolidated complaint on November 12, 2015. *See* Dkt. No. 96. During this same period, plaintiffs and Superfish were negotiating the terms of proposed settlement and then documenting that settlement.

On January 21, 2016, Lenovo moved to dismiss the consolidated complaint. *See* Dkt. No. 98. Superfish did not file a responsive pleading. Instead, the Court permitted a stay of all deadlines as to Superfish pending the filing of a settlement agreement. *See* Dkt. No. 102. On February 11, 2016, plaintiffs and Superfish filed their settlement agreement along with a joint motion to stay the litigation against Superfish in light of the proposed settlement. The stipulation was so ordered by the Court on March 4, 2016. *See* Dkt. No. 111.

The settlement required Superfish to cooperate with and provide relevant information to plaintiffs. Additionally, Lenovo expected that it would be producing additional documents. Taking into consideration the volume of anticipated discovery, the parties agreed that extending certain deadlines was warranted. Plaintiffs and Lenovo filed a stipulation requesting adjustments to the pre-trial schedule. The Court entered the revised schedule on March 4, 2016. *See* Dkt. No. 110.

On April 1, 2016, the Court held a hearing on Lenovo's motion to dismiss. Following the hearing, counsel for Lenovo and counsel for the plaintiffs met and conferred regarding the pre-trial schedule. Plaintiffs are continuing to review the materials provided by both Superfish and Lenovo, and plaintiffs and Lenovo are in the early phases of selecting and working with their respective experts. Lenovo and plaintiffs believe that an extension of the deadlines in the pre-trial schedule will allow important progress to be made on these discovery tasks prior to the class certification briefing. An extension will also allow the parties to litigate class certification with the benefit of the Court's ruling on the motion to dismiss.

NOW THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate as follows:

1. The date by which plaintiffs file their class certification motion shall be extended from May 6, 2016 to June 21, 2016;

2. The non-expert discovery cut-off shall be extended from July 27, 2016 to August 24, 2016;

3. The date by which expert reports are served shall be extended from August 26, 2016 to September 23, 2016;

4. The date by which opposition expert reports are served shall be extended from September 26, 2016 to October 24, 2016;

5. The date by which reply expert reports are served shall be extended from October 17, 2016 to November 7, 2016; and

6. The date by which summary judgment/dispositive motions are filed shall be extended from November 11, 2016 to December 2, 2016.

SO STIPULATED.

Dated: April 14, 2016

**PRITZKER LEVINE LLP**

*/s/ Elizabeth C. Pritzker*

Jonathan K. Levine (SBN 220289)
Elizabeth C. Pritzker (SBN 146267)
180 Grand Avenue, Suite 1390
Oakland, California 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
jkl@pritkzkerlevine.com
ecp@pritzkerlevine.com

**GIRARD GIBBS LLP**

*/s/ Daniel C. Girard*

Daniel C. Girard (SBN 114826)
Amanda M. Steiner (SBN 190047)
Elizabeth A. Kramer (SBN 293129)
601 California Street, Suite 1400

<pre>
                              San Francisco, CA 94104
                              Telephone:  (415) 981-4800
                              Facsimile:  (415) 981-4846
                              dcg@girardgibbs.com
                              as@girardgibbs.com
                              eak@girardgibbs.com
</pre>

**COTCHETT, PITRE & McCARTHY, LLP**

*/s/ Matthew K. Edling*

<pre>
Steven N. Williams (SBN 175489)
Matthew K. Edling (SBN 250940)
Alexa P. Summer (SBN 266485)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
pgregory@cpmlegal.com
swilliams@cpmlegal.com
medling@cpmlegal.com
</pre>

Plaintiffs' Interim Co-lead Counsel

**K&L GATES LLP**

*/s/ Daniel J. Stephenson*

<pre>
Daniel J. Stephenson (SBN 270722)
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Telephone:  (310) 552-5000
Facsimile:  (310) 552-5001
Dan.stephenson@klgates.com
</pre>

Counsel for Defendant Lenovo

**PROPOSED ORDER**

Pursuant to Stipulation, it is SO ORDERED.

DATED: 4/28/2016

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

**ATTESTATION**

I, Elizabeth C. Pritzker, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

*/s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker