1  Rebecca Liu (SBN 300870)
   rebecca.liu@klgates.com
2  K&L GATES LLP
   10100 Santa Monica Boulevard
3  Eighth Floor
   Los Angeles, CA 90067
4  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
5

6  Attorneys for Defendant
   LENOVO (UNITED STATES), INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re LENOVO ADWARE LITIGATION, | Case No. 5:15-md-02624-RMW |
| | **NOTICE OF CHANGE IN COUNSEL** |
| | Dep't: Courtroom 6, 4th Floor |
| | Judge: Honorable Ronald M. Whyte |
| This Document Relates to: | |
| ALL ACTIONS | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that the following attorney is no longer assigned to this case:

> Jeffrey A. Illoulian
> K&L Gates LLP
> 10100 Santa Monica Blvd., 8th FL
> Los Angeles, CA 90067
> 310-552-5000
> Fax: 310-552-5001
> Email: jeffrey.iloulian@klgates.com

///

///

| | |
|---|---|
| 1 | Please remove Mr. Iloulian from your service list for this action.  Counsel of record for |
| 2 | Defendant Lenovo (United States) Inc. otherwise remains the same. |
| 3 | Respectfully submitted, |
| 5 | Dated: May 4, 2016       By:  /s/*Rebecca Liu* |

Rebecca Liu
K&L GATES LLP
Attorneys for Defendant
LENOVO (UNITED STATES), INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 4th day of May, 2016, the foregoing **NOTICE OF CHANGE IN COUNSEL** was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system. Any other counsel of record who have not registered as an ECF user will be served by facsimile transmission or first class mail.

*/s/ Rebecca Liu*
Rebecca Liu