1 | Christopher B. Dalbey (SBN 285562)
*cdalbey@weitzlux.com*
2 | **WEITZ & LUXENBERG, P.C.**
880 Century Park East, Suite 700
3 | Los Angeles, CA 90067
Tel.: 310-247-0921
4 | Fax: 310-786-9927

5 | Robin L. Greenwald (admitted *pro hac vice*)
*rgreenwald@weitzlux.com*
6 | James J. Bilsborrow (admitted in the transferor court, E.D.N.Y.)
*jbilsborrow@weitzlux.com*
7 | **WEITZ & LUXENBERG, P.C.**
700 Broadway
8 | New York, NY 10003
Tel.: 212-558-5500
9 | Fax: 212-344-5461

10 | *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**San Jose Division**

| | |
|---|---|
| **In re LENOVO ADWARE LITIGATION** | MDL Case No.: 15-md-02624-RMW |
| ——————————————— | |
| Russell WOOD and Thomas WILSON, | Civil Case No.: 5:15-cv-01166-RMW |
| Plaintiffs, | **Notice of Voluntary Dismissal Without Prejudice** |
| v. | |
| SUPERFISH INC. et al., | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Russell Wood and Thomas Wilson, by and through counsel, submit this notice of voluntary dismissal

without prejudice in the above-captioned matter.  Plaintiffs Wood and Wilson reserve the right to proceed in this matter as absent class members.

Dated:  June 27, 2016                By: */s/ Christopher B. Dalbey*

                                     Christopher B. Dalbey (SBN 285562)

\* \* \*

**ORDER**

**It is so ordered.**  The Clerk shall close case file 5:15-cv-01166-RMW.

Dated:  6/28/2016                *Ronald M. Whyte*

                                           United States District Judge