# EXHIBIT 45

**REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED**

**United States District Court**

**Northern District of California**

**Case No. 5:15-md-02624-RMW**

**IN RE: LENOVO ADWARE LITIGATION**

## REDACTED

**Expert Declaration of Bruce McFarlane**
**July 22, 2016**

**TABLE OF CONTENTS**

1.  Introduction ........................................................................................................ 2
2.  Assignment ....................................................................................................... 5
3.  Qualifications .................................................................................................... 5
4.  Summary of Opinions ....................................................................................... 6
5.  Methologies To Measure Class Plaintiffs' Relief ............................................. 7
    5.1  Loss in Value Methodology ..................................................................... 7
         5.1.1  Description of Loss in Value Methodology .............................. 7
         5.1.2  Predicate #1: The Value from VisualDiscovery is Negative ................. 16
         5.1.3  Predicate #2: The Cost of VisualDiscovery is Greater Than the Positive Value Users Obtained from Using an Affected PC ............... 23
         5.1.4  Use of Consumer Survey to Estimate Class Plaintiffs Damages ......... 30
    5.2  Component Restitution / Damages Methodology ................................. 31
         5.2.1  Restitution / Damages Related to Violations of Class Plaintiffs' Privacy Rights ................................................................... 31
         5.2.2  Restituion / Damages Related to Exposure to Security Risks ............ 32
         5.2.3  Restitution / Damages Related to Degradation in PC Performance .... 33

## 1. INTRODUCTION[1]

1. Plaintiffs' and Class members' ("Class Plaintiffs") are individual purchasers of Lenovo personal computing ("PC") laptops preloaded with a hidden spyware program, VisualDiscovery, designed by Superfish.

2. VisualDiscovery functioned by injecting code onto any browser pre-installed or thereafter installed by the Affected Lenovo laptop user to intercept data sent between a computer user and a website, redirecting it for analysis to generate relevant advertisements, and then transmitting those advertisements back to the user's computer where they would be injected into the web browser.[2] Lenovo agreed to install VisualDiscovery on its consumer laptop computers in exchange for an upfront fee from Superfish and 25 percent of the future advertising revenue Superfish would earn by running the program.[3] Lenovo did not disclose to consumers that it was installing VisualDiscovery on these computers and VisualDiscovery was buried deep within the operating system to avoid detection by anti-malware programs.[4]

---

[1] In this section I set forth my understanding of the background of the case and Class Plaintiffs' allegations based on the consolidated class action complaint filed in this matter, my review of internal Lenovo internal documents, published materials, and information reflected in reports and materials provided by and in discussions with counsel. Specific materials that I have reviewed and analyzed appear in the footnoted text of this report.

[2] Consolidated Class Action Complaint, ¶2; SF_MDL_006021-027 ████████████████████████ ██████████████ LEN-0018155-159 ██████████████ ██████ LEN-0035573 ██████ ████████████████ ); SF_MDL_013358-361 (████████

[3] Consolidated Class Action Complaint, ¶2; SF_MDL_010342-361 at '355 ████████████ ██████

[4] Consolidated Class Action Complaint, ¶3; LEN-0034956 (████████████ ████████████; LEN-0043777 (████████ ████████; LEN-0050126 ████████████ ████████████; SF_MDL_000243 ████ ████████████ *see also* Declaration of Dr. Aviel D. Rubin ("Rubin Decl."), ¶ 29.

3.     Around August 2014, Lenovo began shipping laptop computers to consumers in the United States with VisualDiscovery pre-installed.[5]  The computer models on which Lenovo installed VisualDiscovery include the following:

**Figure 1:   Lenovo Computer Models on Which VisualDiscovery was Installed ("Affected PCs")[6]**

| | |
|---|---|
| G Series: | G410, G510, G710, G40-70, G50-70, G40-30, G50-30, G40-45, G50-45 |
| U Series: | U330P, U430P, U330Touch, U430Touch, U530Touch |
| Y Series: | Y430P, Y40-70, Y50-70 |
| Z Series: | Z40-75, Z50-75, Z40-70, Z50-70 |
| S Series: | S310, S410, S40-70, S415, S415Touch, S20-30, S20-30Touch |
| Flex Series: | Flex2 14D, Flex2 15D, Flex2 14, Flex2 15, Flex2 14(BTM), Flex2 15(BTM), Flex 10 |
| MIIX Series: | MIIX2-8, MIIX2-10, MIIX2-11 |

4.     Lenovo sold approximately 800,000 computers in the United States that included VisualDiscovery.[7]

5.     VisualDiscovery had a materially negative impact on the Lenovo laptops which it was installed.  From a performance perspective, the program increased CPU usage, which decreased both the amount of time an Affected PC could operate between charges and the lifespan of the battery.[8]  In addition, VisualDiscovery slowed the laptop's internet connections,

---

[5]   Consolidated Class Action Complaint, ¶80; Simon Phipps, *Lenovo: "We Were as Surprised as You"*, February 20, 2015, InfoWorld, http://www.infoworld.com/article/2886959/laptop-computers/are-you-buying-risk-along-with-yourlaptop.html, accessed September 29, 2015; Lenovo Responses to Plaintiffs' First Set of Interrogatories, Response No. 3 (███████████████████); LEN-0114815 SF_MDL_013160-172 ████████████████████████████████████████████████

[6]   Consolidated Class Action Complaint, ¶81; LEN-0114815 (████████████████████████████

[7]   Consolidated Class Action Complaint, ¶1; Simon Phipps, *Lenovo: "We Were as Surprised as You"*, February 20, 2015, InfoWorld, http://www.infoworld.com/article/2886959/laptop-computers/are-you-buying-risk-along-with-yourlaptop.html, accessed September 29, 2015; Lenovo Responses to Plaintiffs' First Set of Interrogatories, Response No. 3 (████████████████████); LEN-0114815 ███████████████████████).

[8]   Consolidated Class Action Complaint, ¶5; LEN-0018418-419 (███████████████████ ; LEN-0094793-812 at '795 (████████████████████ SF_MDL_010997██████

caused certain web pages to load incorrectly and in some instances blocked web pages entirely.[9]  When users were able to connect, they were subjected to unwanted advertising and pop-ups that were difficult to remove and to stop.[10]

6.     In addition to PC performance implications, the operation of VisualDiscovery on the Affected PCs violated users' privacy rights and exposed them to security risks.  For example, in order to operate as intended, VisualDiscovery, without the user's knowledge or consent, broke the secure connection a user thought he or she was creating with an established website, rerouted that connection through a Superfish server and then sent results back to the user in a way that hid the fact that the search had been monitored, hijacked and altered.[11]  This activity, commonly referred to as a "man-in-the-middle" attack and a technique called "spoofing" to redirect internet traffic through a third-party computer, is a serious security concern as it allows the attacker to inspect all data being sent between the computers, including user names, credit card numbers, and any other personal information of interest to the attacker.[12]  The process by which Superfish did all of this relied on a single common digital key and weak password that were shared by all of the computers and easily accessible to a computer hacker, who could use them to access an affected computer on any public network and collect whatever information was being transmitted at the time.[13]

LEN-055529-539 (

[9]  Consolidated Class Action Complaint, ¶5; LEN-0068738-750 at '746

LEN-0068738-750 at '744-745 (

LEN-0064650 (                                                              ); Rubin Decl., ¶¶ 77-78.

[10]  Consolidated Class Action Complaint, ¶5.

[11]  Consolidated Class Action Complaint, ¶6; LEN-048302-304

Dan Goodin, "'SSL Hijacker' behind Superfish Debacle Imperils Large Number of Users," Ars Technica, February 20, 2015, http://arstechnica.com/security/2015/02/ssl-hijacker-behind-superfish-debacle-imperils-big-numberof-users/, accessed July 20, 2016 (pinning the HTTPS issue on SSL hijacker); David Auerbach, "You Had One Job, Lenovo," February 20, 2015, Slate, http://www.slate.com/articles/technology/bitwise/2015/02/lenovo_superfish_scandal_why_it_s_one_of_the_worst_consumer_computing_screw.html, accessed June 7, 2016 (same); LEN-0048302-304 (

; Rubin Decl., ¶¶37, 39-43, 45-46.

[12]  Rubin Decl, ¶ 47.

[13]  Consolidated Class Action Complaint, ¶6; LEN-0018290-294 (

LEN-0048830;  LEN-0013600-604  at  '603;  LEN-0018418-419;  LEN-

7.     In summary, Class Plaintiffs allege that they have been harmed by Lenovo's inclusion of VisualDiscovery in the Affected PCs in at least three ways: (1) VisualDiscovery degraded the performance of the Affected PCs, (2) Lenovo violated Class Plaintiffs' privacy rights and (3) Lenovo exposed Class Plaintiffs to security risks.[14]

## 2. ASSIGNMENT

8.     I have been retained on behalf of Class Plaintiffs to develop common methodologies to reliably measure the monetary harm Class Members suffered as a result of the Lenovo's alleged wrongful conduct.  For purposes of this analysis, I have not considered any statutory damages or actual damages that may be available to Class Plaintiffs under specified legal theories.

9.     For purposes of developing the common restitution and damages methodologies that I set forth in this report, I have assumed that Class Plaintiffs' allegations are true.  My opinions expressed in this report relate solely to methodologies to measure Class Plaintiffs' restitution and damages, and I offer no opinions related to the veracity of Class Plaintiffs' allegations or their legal entitlement to recover damages.

## 3. QUALIFICATIONS

10.     I am an independent expert in analyzing and measuring the financial impact associated with alleged wrongful conduct.  I hold a Bachelor of Arts degree in Business Administration from the University of Washington.  I held an active license as a Certified Public Accountant for 26 years until I voluntarily elected to change to inactive status effective March 2015.  I hold a Certified Management Accountant certificate issued by the Institute of Management Accountants.  I am the founder and a Managing Director of LitiNomics, which is a consulting firm comprised of professionals who provide financial and economic analyses to counsel and management involved in commercial litigation.

---

0018290-294

); LEN-0013600-604 at '601; LEN-0013600-604

Rubin Report, ¶47.

[14] Consolidated Class Action Complaint, ¶¶158, 185, 197, 249, 260, 276.

11.     My entire 31-year professional career has been devoted to the analysis of financial, economic, and accounting issues that arise in commercial litigation, and in particular, to the measurement of economic damages.  In connection with my work, I have prepared damages analyses in over 280 disputes.  I have testified as an expert witness with respect to financial and economic issues in federal, state, and bankruptcy courts and in arbitration proceedings.  I have given sworn testimony as a damages expert in 78 matters, 19 of which were class action suits.

12.     A list of my current and past professional affiliations, positions, publications, presentations, and cases in which I have consulted and/or testified throughout my professional career is contained in my most recent curriculum vitae, which is attached hereto as Exhibit 1.

## 4.   SUMMARY OF OPINIONS[15]

13.     I have reached the following opinions:

- Class Member and class-wide restitution and damages can be measured using a common methodology based on the lost value Class Members suffered as a result of the inclusion of VisualDiscovery software on Affected PCs;

- Class Members' lost value is subject to common proof and calculation as a monetary sum  equal to the price paid for an Affected PC multiplied by the number of days VisualDiscovery was operating on the Affected PC divided by the expected useful life of the Affected PC (measured in days);

- The intense competition in the consumer PC market and the abundance of alternative consumer PCs not preloaded with VisualDiscovery that were available to Class Members during the Class Period indicate that VisualDiscovery reduced the value of the PCs and consumers would not have purchased a Lenovo Affected PC with the preloaded VisualDiscovery fully disclosed, as consumers could switch away from the Lenovo Affected PCs and avoid the negative value associated with VisualDiscovery at no added cost;

- Class Member and class-wide relief can alternatively be measured using a component restitution/damages methodology whereby restitution/damages related to the diminution in Affected PC performance, privacy violations and exposure to security risks caused by VisualDiscovery are measured and quantified;

---

[15]  The opinions that I express in this report are based on information available to me as of the date of my report.  I reserve the right to modify my opinions if additional information is made available to me or if I become aware of factors that I did not foresee in preparing my analysis.

- Restitution/damages related to the diminution in Affected PC performance can be measured on a class-wide basis using a common formula based on (1) the amount of diminution in Affected PC performance caused by VisualDiscovery and (2) the market price consumers pay to obtain increments of additional PC performance.

14. In the remainder of this report, I set forth the bases supporting my opinions.

## 5. METHOLOGIES TO MEASURE CLASS PLAINTIFFS' RELIEF

15. In the following sections I describe common methodologies to measure Class Members' and the class-wide monetary harm suffered as a result of the Lenovo's alleged wrongful conduct.

### 5.1    Loss in Value Methodology

16. In this section, I set forth a common methodology to calculate Class Plaintiffs' "loss in value" that resulted from Lenovo's inclusion of VisualDiscovery in the Affected PCs purchased by Class Plaintiffs either directly from Lenovo or from third-party retailers.

#### 5.1.1    Description of Loss in Value Methodology

17. In a commercial transaction, the buyer and seller exchange mutual consideration—the *quid pro quo*—of <u>equal</u> value. Thus, the purchase price reflects the market value of that which the buyer *believed* he/she purchased the relevant product at the time of purchase. Consumers purchase PCs in order to use them. Thus, the price consumers pay to purchase a PC reflects the minimum market value of the "use" consumers expect they will obtain from the PC.

18. Unknown to Class Plaintiffs at the time of purchase, the Affected PCs were preloaded with VisualDiscovery. As Class Plaintiffs had no knowledge of the privacy violations, security risks and degradation in PC performance caused by VisualDiscovery, the purchase price paid necessarily reflects the fair market value of the Affected PCs that Class Plaintiffs expected *absent the VisualDiscovery software*. Class Plaintiffs' restitution/damages can be computed on a class-wide bases as difference between (1) the purchase price Class Plaintiffs paid (i.e., the value of an Affected PC *without* VisualDiscovery) minus (2) the value of an Affected PC that Class Plaintiffs actually obtained (i.e., the Affected PC *with* VisualDiscovery). This formula is illustrated in Figure 2 below:

**Figure 2:    Illustration of "Loss in Value" Methodology**



19.    As explained in paragraph 17, above, consumers value the use they obtain from a PC over its expected useful life by an amount equal to at least the consideration they exchanged for the product in the market place, i.e., the price they paid to purchase the PC. Thus, a consumer who paid $600 for a laptop and used the laptop over a 36-month useful life[16] paid the equivalent of $16.67 per month in value for the laptop.   This concept is illustrated in Figure 3 below:

---

[16]    Thirty-six months (or three years) is a commonly applied time period for the useful life of a computer. https://www.irs.gov/irm/part1/irm_01-035-006.html, last accessed on July 22, 2016.

**Figure 3:  Illustration of the Value Paid for Laptop During Expected Useful Life**



Value of PC Consumed Per Month
$600 Laptop / 36 Months = $16.67 per Month

20.     These objective market price value assumptions, drawn from a real world, competitive commercial transaction, provide a common starting point for computing the loss in value to Class Plaintiffs that was caused by VisualDiscovery.  For example, assuming a Class Plaintiff in September 2014 purchased and began using an Affected PC in the month of purchase, and as a result privacy violations, exposure to security risks, and the degraded PC performance caused by VisualDiscovery, the Class Plaintiff obtained a net negative value (more harm than good) from the Affected PC until February 2015 when the deleterious effects of VisualDiscovery could be remediated, the loss in value suffered can be calculated in monetary terms in a common manner for all Class Members on a class-wide basis.  An illustration of this computation, which uses a theoretical Affected PC with a purchase price of $600 and a three-year product life-span[17] is shown in Figure 4 below:

---

[17] The computation assumes a three-year (or 36 month) life span for a consumer laptop sold in the United States in 2014.  The three-year useful life assumption is a rational assumption:  this is the useful life

**Figure 4:    Illustration of Calculation of "Loss in Value"**



21.    The value of an Affected PC per month paid for but not received represents the loss of value Class Plaintiffs' incurred (i.e., the red bars in Figure 4).[18]    Applying the methodology illustrated in Figure 4 above, restitution/damages for an individual Class member, as well as for the Class as a whole, can be measured based on the following common equation:

---

span afforded laptop computers by the United States Internal Revenue Service in 2014. https://www.irs.gov/irm/part1/irm_01-035-006.html, last accessed on July 22, 2016

[18] This methodology results in restitution / damages equal to the difference in market value immediately before the injury ($600 purchase price) and immediately after the injury ($0 market value of PC due to VisualDiscovery) factoring in any subsequent value that consumers received once the harm (VisualDiscovery) is removed (i.e., the blue bars in Figure 4).

**Figure 5:   Equation to Calculate Individual Class Member and Class-Wide Restitution/Damages**

$$\text{Restitution/Damages} = \text{Purchase Price Paid} \times \frac{\text{\# of Days Visual Discovery Operating in PC}}{\text{Expected Useful Life of PC (in days)}}$$

22.     Importantly, the example calculation shown in Figure 5 assumes that the *net* value the Class member obtained from using the Affected PC during the period VisualDiscovery was operating in the PC is zero (or negative)—i.e., any *positive* value the user enjoyed during the period in which VisualDiscovery was operating was more than offset by the *negative* cost associated with VisualDiscovery.  This concept is illustrated in Figure 6 below:

**Figure 6:   Illustration of Zero or Negative Net Value of PC with VisualDiscovery**



23.     The assertion that the *net* value a user obtained from using an Affected PC during the period when VisualDiscovery was operating is zero (or negative) is based on my understanding that consumers would likely not knowingly use *any* PC if such use resulted in the exposure to an unintended third party of all their most private and confidential information transmitted using the PC and increasing their exposure to security risks as allegedly occurred

as a result of VisualDiscovery.[19]  More importantly, consumers would likely not knowingly purchase a Lenovo Affected PC with VisualDiscovery given the abundance of alternative consumer PCs available in the market, containing the same or substantially similar features and being sold at substantially similar price points, but which were marketed and sold without VisualDiscovery pre-installed.  Industry data supports this analysis.  According to market data, the market for consumer PCs is highly competitive, with established companies vying for market share. Although in 2014 Lenovo had the largest market share for worldwide PC shipments, Lenovo was barely ahead of its competition.[20]  According to IDC's Worldwide Quarterly PC Tracker, while Lenovo's market share for worldwide PC shipments was 19.2 percent, HP was close behind with a market share of 18.4 percent; Dell had a market share of 13.5 percent; and Acer and Apple were the next two companies with a market share of 7.8 percent and 6.4 percent, respectively.[21]  In the United States, Lenovo had the number four position in the PC market with a market share of 10.7 percent in 2014.[22]  The leaders were HP, Dell and Apple with a market share of 27.6 percent, 24.3 percent and 12.2 percent, respectively.[23]  According to IDC data, the top five PC vendors in the U.S. in 2014 (based on units shipped) were as follows:

---

[19]  See discussions of security risks created by VisualDiscovery beginning on pp. 20 and 24.

[20]  IDC Press Release: PC Leaders Continue Growth And Share Gains As Market Remains Slow, According to IDC, January 12, 2015, http://www.idc.com/getdoc.jsp?containerId=prUS25372415, accessed June 7, 2016.

[21]  IDC Press Release: PC Leaders Continue Growth And Share Gains As Market Remains Slow, According to IDC, January 12, 2015, http://www.idc.com/getdoc.jsp?containerId=prUS25372415, accessed June 7, 2016.

[22]  IDC Press Release: PC Leaders Continue Growth And Share Gains As Market Remains Slow, According to IDC, January 12, 2015, http://www.idc.com/getdoc.jsp?containerId=prUS25372415, accessed June 7, 2016.

[23]  IDC Press Release: PC Leaders Continue Growth And Share Gains As Market Remains Slow, According to IDC, January 12, 2015, http://www.idc.com/getdoc.jsp?containerId=prUS25372415, accessed June 7, 2016.

**Figure 7:   Top 5 Vendors, United States PC Shipments, 2014 (Units Shipments are in Thousands)[24]**

| Vendor | 2014 Shipments | 2014 Market Share |
|---|---|---|
| 1. HP | 18,332 | 27.6% |
| 2. Dell | 16,158 | 24.3% |
| 3. Apple | 8,085 | 12.2% |
| 4. Lenovo | 7,100 | 10.7% |
| 5. Toshiba | 4,299 | 6.5% |
| Others | 12,396 | 18.7% |
| **Total Market** | **66,370** | **100.0%** |

24.    Lenovo references the competition it faced in its 2014/2015 annual report by stating that "[t]he Group operates in a highly competitive industry which faces rapid changes in market trends, consumer preferences and constantly evolving technological advances in hardware performance, software features and functionality."[25]

25.    Manufacturers of low-end consumer PCs compete for market share based on price.  In its 2014/2015 annual report, Lenovo references price competition as one of its biggest business risks it faces:

> *We face aggressive product and price competition from competitors. Failure to respond effectively to changes in market trends or consumer preferences at competitive prices against the*

---

[24]   IDC Press Release: PC Leaders Continue Growth And Share Gains As Market Remains Slow, According to IDC, January 12, 2015, http://www.idc.com/getdoc.jsp?containerId=prUS25372415, accessed June 7, 2016.

[25]   Lenovo Group Limited 2014/15 Annual Report, p. 23, http://www.lenovo.com/ww/lenovo/pdf/ E_099220150527.pdf, accessed June 7, 2016.

*backdrop of global slowdown in the traditional PC market could harm our competitive position.*[26]

26.     Lenovo's biggest competitor, HP, also references price competition in the PC market in its 2014 annual report:[27]

> *The markets in which Personal Systems operates are highly competitive and are characterized by price competition and inventory obsolescence. The decline in the PC market and the ongoing shift among customers to mobility products has further intensified competition in the PC market.*

27.     As one example, both Dell and Acer offered PCs that were comparable to Lenovo's Affected PC G50-30 laptop, as shown in Figure 8 below:

---

[26]   Lenovo Group Limited, 2014/15 Annual Report, p. 23, http://www.lenovo.com/ww/lenovo/pdf/E_099220150527.pdf, accessed June 7, 2016.
[27]   HP 2014 Annual Report, http://h30261.www3.hp.com/~/media/Files/H/HP-IR/documents/reports/2015/hpq-annual-report-2014.pdf, accessed June 7, 2016.

**Figure 8: Comparison of Lenovo Affected PC G50-30 Laptop to Competing Dell and Acer PCs[28] [29] [30]**

|  | Lenovo's G50-30 | Dell's Inspiron 15 3000 | Acer's Aspire ES1-511-C0DV |
|---|---|---|---|
| Price | $249.99 | $249.99 | $249.99 |
| Display Size | 15.6" HD | 15.6" HD | 15.6" HD |
| Processor | Intel® Celeron® Processor N2830 (2.16 GHz 1600MHz 1MB) | Intel® Celeron® Processor N3050 (2M Cache, up to 2.16 GHz) | Intel Celeron N2830 / 2.16 GHz |
| Operating System | Windows 8.1 | Windows 10 | Windows 8.1 |
| Memory | 2 GB | 4 GB | 4 GB |
| Storage | 320 GB | 500 GB | 512 GB |
| Battery | Up to 4 hours | Up to 6.5 Hours | Up to 5 Hours |
| Weight | 5.51 lbs | 4.71 lbs | 5.29 lbs |
| Graphics Card | Intel HD Graphics | Intel HD Graphics | Intel HD Graphics |

28.     The intense competition in the PC market and the abundance of alternative consumer PCs not preloaded with VisualDiscovery that were available during the Class Period indicate that VisualDiscovery reduced the value of the PCs and consumers would not have

---

[28]  Source for price: Lenovo, Lenovo G Series, <https://web.archive.org/web/20140927072455/http://shop.lenovo.com/us/en/laptops/lenovo/gseries>, accessed on June 7, 2016.  Source for specifications: Lenovo, Lenovo G50-30 Laptop, <http://shop.lenovo.com/us/en/laptops/lenovo/gseries/ g5030/# tabtech_ specs>, accessed on July 18, 2016.

[29]  Source for price: Dell, Laptop and 2-in-1 PCs, <https://web.archive.org/web/20140921000627/http://www.dell.com/us/p/laptops.aspx?~ck=mn>, accessed on 06/08/2016.  Source for specifications: Dell, Inspiron 15 3000 Series Laptop, <http://www.dell.com/us/business/p/inspiron-15-3558-laptop/pd?ref=PD_OC>, accessed on July 18, 2016.

[30]  Source for price: Acer, Aspire ES1-511-C0DV, <https://web.archive.org/web/20140820205144/http://us.acer.com/ac/en/US/content/model/NX.MMLA A.006>, accessed on June 8, 2016.  Source for specifications: Specout, Acer ES1-511-C0DV, <http://laptops.specout.com/l/5719/ES1-511-C0DV>, accessed on July 18, 2016.

purchased a Lenovo Affected PCs with the preloaded VisualDiscovery *fully disclosed*, as consumers could switch away from the Lenovo Affected PCs and avoid the negative value associated with VisualDiscovery at no added cost.

29.     In addition to these market data, I understand that Plaintiffs are having a consumer survey performed to analyze the value consumers place on laptop PCs that carry the privacy issues and security risks that were present on the Lenovo Affected PCs. The results will provide a value in percentage and dollar amount that customers place on laptops without tailored ad software installed (and therefore no privacy issues or security risks) compared to the value of the laptops with tailored ad software installed (which has privacy issues and security risks).  The survey results are not available yet, however, the data obtained from such a survey could be used as an alternative, common item of proof to show that negative value of Lenovo Affected PCs with preloaded VisualDiscovery fully disclosed exceeds the positive value received by Affected PC owners during the period VisualDiscovery was loaded and operating on their Affected PCs, such that the information omitted at the time of sale was both material to consumers and resulted in an overpayment or loss of value.

30.     The assertion that the *net* value the user obtained from using a Lenovo Affected PC during the period when VisualDiscovery was operating in the PC is zero (or negative) rests on two predicates: (1) the value users obtained from VisualDiscovery is *negative* (i.e., a "cost" associated with VisualDiscovery), and (2) the cost of VisualDiscovery is greater than (i.e., more than offsets) any positive value users obtained from using the Affected PCs despite the presence of VisualDiscovery.[31]   In the following sections, I describe various indicia relevant to assessing the veracity of these two predicates.

### 5.1.2     Predicate #1: The Value from VisualDiscovery is Negative

31.     The first predicate is that the value of VisualDiscovery is negative—i.e., rather than obtaining positive value, consumers instead incurred a cost as a result of the operation of VisualDiscovery on their Affected PCs.   It is my understanding that VisualDiscovery is an installer than injects a browser add-on that detects when a website has advertising and replaces it with targeted images based on what the user is looking at in order to make informed choices

---

[31]   Notwithstanding the adverse consequences of VisualDiscovery, Class members potentially obtained some positive value from their Affected PCs, such as writing documents, working with email, navigating the internet, etc.

at potentially lower prices.[32]  Below I evaluate indicia relevant to assessing the veracity of this first predicate.

### 5.1.2.1    The Extent to Which Lenovo and Superfish Touted to Consumers the Benefits of VisualDiscovery in the Affected PCs

32.    If an installed software provided positive benefits to PC users, such software and the benefits it provided would likely be touted by the PC manufacturer.  Contrary to touting the presence of VisualDiscovery on its Affected PCs, however, I understand Lenovo concealed the fact that its laptops had pre-installed VisualDiscovery. ██████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ██ ████████ ████████████████████████████████████████████████████████████████ ██████████████████████████████[34]

33.    Lenovo usually lists the third party software installed on each computer under the "Tech Specs" description for each model on its website.[35]  However, VisualDiscovery was not identified anywhere on Lenovo's website.[36]  A prospective purchaser of a Lenovo computer would have been unaware that the VisualDiscovery program was going to be pre-installed on the computer.[37]

34.    Based on the documents I have reviewed and research I have performed, I am unaware of any instance in which Lenovo touted any benefits of VisualDiscovery to consumers.

35.    Lenovo's and Superfish's efforts to conceal the presence of VisualDiscovery in the Affected PCs and the absence of Lenovo touting any benefits of VisualDiscovery to consumers are indicia that the value users obtained from VisualDiscovery operating on their Affected PCs was at most zero or negative.

---

[32] Ian Cutress, "Lenovo, SuperFish and Security," *AnandTech*, February 19, 2015 http://www.anandtech.com/show/8993/lenovo-superfish-and-security, accessed June 9, 2016.
[33] Consolidated Class Action Complaint, ¶68; LEN-0043675-679.
[34] Consolidated Class Action Complaint, ¶68; LEN-0043675-679.
[35] Consolidated Class Action Complaint, ¶83; LEN-0034956-679.
[36] Consolidated Class Action Complaint, ¶83.
[37] Consolidated Class Action Complaint, ¶83.

### 5.1.2.2   Extent to Which Consumers Touted the Benefits of VisualDiscovery

36.     Evidence of consumers touting the benefits from use of a product is evidence of positive value.  Conversely, evidence of consumers claiming adverse consequences from use of a product is evidence of negative value.

37.     It is my understanding that there is a complete absence of any consumer touting any benefits from use of VisualDiscovery, and it appears that the only comments from consumers were negative.  The absence of evidence of consumers touting any benefits of VisualDiscovery, combined with the numerous complaints about the adverse consequences from using VisualDiscovery are indicia that the value users obtained from VisualDiscovery operating on their Affected PCs was negative.

### 5.1.2.3   Extent to Which Consumers Desired and Paid Money to Obtain VisualDiscovery

38.     Evidence of consumer demand and a willingness to pay to obtain a product is evidence of positive value.  Based on my review of the documents produced in this case and my independent research, I am unaware of any evidence demonstrating that a PC user desired and paid money to obtain VisualDiscovery.

39.     Superfish did not market or sell VisualDiscovery independently, nor did consumers pay to obtain VisualDiscovery.  Instead, Superfish partnered with Lenovo to load VisualDiscovery onto certain Lenovo computers sold to consumers, ████████████ ████████████████████████████████████████████████████████████████████ ██████████████████████████[8]

40.     The absence of consumer demand and payment for VisualDiscovery are indicia that the value users obtained from VisualDiscovery operating on their Affected PCs was at most zero or negative.

### 5.1.2.4   Extent to Which VisualDiscovery Was Commercially Successful

41.     Commercial success of a product is evidence that the product provides positive value.  An absence of commercial success is evidence that the product does not provide positive value.

---

[38]   Consolidated Class Action Complaint, ¶74; SF_MDL_010342-361 at '355.

42.     The VisualDiscovery software was not commercially successful and received negative reviews from users and security researchers.

43.     I have seen no evidence that any other PC manufacturer has installed VisualDiscovery on their products.   PC manufacturers usually list software installed on their products under the technical specification description on their websites.   I have reviewed websites of top consumer PC vendors such as HP, Dell, Apple, and Toshiba and found that VisualDiscovery was not pre-installed or offered to be installed on any of the products manufactured by these vendors.

44.     VisualDiscovery has been regarded as malware or adware by many sources, including the U.S. government, computer security software companies such as Microsoft and computer security researchers.[39] A computer security researcher Robert Graham, who obtained and broke the security of the VisualDiscovery root certificate, wrote in his blog post about Superfish and its software:[40]

> *The company claims it's providing a useful service, helping users do price comparisons. This is false. It's really adware. They don't even offer the software for download from their own website. It's hard Googling for the software if you want a copy because your search results will be filled with help on removing it. The majority of companies that track adware label this as adware.*

45.     A Slate Tech writer David Auerbach also described Superfish as a company that "has a long history of disseminating adware, spyware, malware, and crapware."[41]

46.     Superfish has been criticized even before the Lenovo security incident and has a long history of "malware complaints and international surveillance."[42]   One Apple Mac forum

---

[39]   Alert (TA15-051A), Lenovo Superfish Adware Vulnerable to HTTPS Spoofing, February 20, 2015, https://www.us-cert.gov/ncas/alerts/TA15-051A, accessed June 3, 2016.
   Paul Wagenseil, "Lenovo's Security-Killing Adware: How to Get Rid of It," *Tom's Guide*, February 20, 2015,   http://www.tomsguide.com/us/lenovo-superfish-adware-removal-news-20470.html,   accessed June 8, 2016.
[40]   Jennifer LeClaire, "Lenovo PCs Ship with Nasty Malware, Putting User Data at Risk," *Sci-Tech Today*, February 19, 2015, http://www.sci-tech-today.com/story.xhtml?story_id=11000CA8NKRU#, accessed June 8, 2016.
[41]   David Auerbach, "You Had One Job, Lenovo," February 20, 2015, http://www.slate.com/ articles/technology/bitwise/2015/02/lenovo_superfish_scandal_why_it_s_one_of_the_worst_consumer _computing_screw.html, accessed June 7, 2016.

started in 2012 was full of complaints about a technology called Window Shopper built by Superfish.[43] This software found its way onto people's computers by being bundled with other software such as an Oracle Java download or an "Awesome Screenshot" extension.[44] Members of the forum could not understand how the Superfish software had wormed its way onto their machines and a few users had some trouble locating Window Shopper to uninstall it.[45] Microsoft Windows users had similar experience back in 2011 as did Mozilla Firefox fans in 2010.[46]

47.     Shortly after the detection of VisualDiscovery in Lenovo's products, Superfish decided to distance itself from the fallout, shut down and form a new company JustVisual.[47] Superfish co-founder, Adi Pinhas, commented that this move "was accelerated by a firestorm that erupted three months ago when researchers found a worrisome security flaw in Superfish software that came pre-installed on some laptop computers sold by Lenovo."[48]

48.     The absence of commercial success, combined with the widespread criticism of VisualDiscovery, are indicia that the value users obtained from VisualDiscovery operating on their Affected PCs was negative.

[42]  Thomas Fox-Brewster, "Superfish: A History Of Malware Complaints And International Surveillance," *Forbes*, February 19, 2015, http://www.forbes.com/sites/thomasbrewster/2015/02/19/superfish-history-of-malware-and-surveillance/#453430ae5d7e, accessed June 8, 2016.

[43]  Thomas Fox-Brewster, "Superfish: A History Of Malware Complaints And International Surveillance," *Forbes*, February 19, 2015, http://www.forbes.com/sites/thomasbrewster/2015/02/19/superfish-history-of-malware-and-surveillance/#453430ae5d7e, accessed June 8, 2016.

[44]  Thomas Fox-Brewster, "Superfish: A History Of Malware Complaints And International Surveillance," *Forbes*, February 19, 2015, http://www.forbes.com/sites/thomasbrewster/2015/02/19/superfish-history-of-malware-and-surveillance/#453430ae5d7e, accessed June 8, 2016.

[45]  Thomas Fox-Brewster, "Superfish: A History Of Malware Complaints And International Surveillance," *Forbes*, February 19, 2015, http://www.forbes.com/sites/thomasbrewster/2015/02/19/superfish-history-of-malware-and-surveillance/#453430ae5d7e, accessed June 8, 2016.

[46]  Thomas Fox-Brewster, "Superfish: A History Of Malware Complaints And International Surveillance," *Forbes*, February 19, 2015, http://www.forbes.com/sites/thomasbrewster/2015/02/19/superfish-history-of-malware-and-surveillance/#453430ae5d7e, accessed June 8, 2016.

[47]  Brandon Bailey, "Controversial Startup Superfish Says It Will Use 'Visual Search' In New Business," *Associated Press,* May 29, 2015, http://www.theglobeandmail.com/report-on-business/small-business/sb-managing/controversial-startup-superfish-says-it-will-use-visual-search-in-new-business/article24692192/, accessed June 8, 2016.

[48]  Brandon Bailey, "Controversial Startup Superfish Says It Will Use 'Visual Search' In New Business," *Associated Press,* May 29, 2015, http://www.theglobeandmail.com/report-on-business/small-business/sb-managing/controversial-startup-superfish-says-it-will-use-visual-search-in-new-business/article24692192/, accessed June 8, 2016.

49.    The extent to which a software product protects users from violations of privacy rights and security risks is evidence of positive value.    Conversely, the extent to which a software product violates users' privacy rights and/or exposes them to security risks is evidence of negative value.

50.    Plaintiffs allege that the use of VisualDiscovery violated users' privacy rights and exposed users to security risks.    By actively tracking websites that users visit, VisualDiscovery put users' privacy and security at risk.[49]    Lenovo users publicly expressed their concern about their privacy violations.    Below are some examples of Lenovo user messages posted on Lenovo user forums:[50]

> *A bluntant (sic) man-in-the-middle attack malware breaking any privacy laws.*
>
> *Superfish Inc aka VisualDiscovery… will hijack ALL your secure webconnections (SSL/TLS) by using self signed root certificate authority, making it look legitimate to the browser…*
>
> *Here's an example of my connection to a bank, which looked OK to browser but certificate obviously has been tampered with allowing Superfish to collect all data une[n]crypted.*

51.    VisualDiscovery also exposed users to security risks by decrypting the websites the user visits and replacing the website's advertisements with a mix of secure and unsecure content.[51]    With this exposure to unsecure content, VisualDiscovery opened up the possibility of malicious software coming in and stealing sensitive information.[52]    According to a Slate Tech writer David Auerbach, "Superfish intentionally pokes a gigantic hole into your browser security

---

[49]    Ian Cutress, "Lenovo, SuperFish and Security," *AnandTech*, February 19, 2015 http://www.anandtech.com/show/8993/lenovo-superfish-and-security, accessed June 9, 2016.

[50]    Lenovo Forums: Potentially Unwanted Program - Superfish VisualDiscovery, https://forums.lenovo.com/t5/Security-Malware/Potentially-Unwanted-Program-Superfish-VisualDiscovery/td-p/1794457, accessed June 9, 2016.

[51]    Ian Cutress, "Lenovo, SuperFish and Security," *AnandTech*, February 19, 2015 http://www.anandtech.com/show/8993/lenovo-superfish-and-security, accessed June 9, 2016.

[52]    Ian Cutress, "Lenovo, SuperFish and Security," *AnandTech*, February 19, 2015 http://www.anandtech.com/show/8993/lenovo-superfish-and-security, accessed June 9, 2016.

and allows anyone on your Wi-Fi network to hijack your browser silently and collect your bank credentials, passwords, and anything else you might conceivably type there."[53]

52.     Evidence of VisualDiscovery violating users' privacy rights and exposing them to security risks are indicia that the value users obtained from VisualDiscovery operating on their Affected PCs was negative.

### 5.1.2.6     Discontinuation of VisualDiscovery Preloads on Lenovo PCs after Public Disclosure Indicates Zero or Negative Value

53.     After published reports about a security vulnerability created by the VisualDiscovery software surfaced, Lenovo took immediate action to remove it.[54]   In an open letter from Lenovo CTO Peter Hortensius, dated February 23, 2015, Mr. Hortensius publically acknowledged that the VisualDiscovery software "**frustrated some users without adding value to the experience**… *(emphasis added)*," and Lenovo was "in the process of removing it from… preloads."[55]  Mr. Hortensius apologized and assured that Lenovo "stopped the preloads and will not include this Superfish software in any devices in the future."[56]  He listed "several critical first steps" Lenovo had taken to "make… PCs safer from this vulnerability as quickly and easily as possible:"[57]

> *On Thursday, Feb. 19, Lenovo provided a manual fix and by Friday, Feb. 20, we provided an automated removal tool to make it simple for our customers to remove Superfish and related files.*
>
> *Also on Friday, our partners, Microsoft, McAfee and Symantec updated their software to automatically disable and remove this Superfish software. This means users with any of these products active will be automatically protected.*
>
> *…all new products already in inventory will be protected. Shortly after the system is first powered-on the AV program will initiate a*

---

[53]   David Auerbach, "You Had One Job, Lenovo," *Slate*, February 20, 2015, http://www.slate.com/articles/technology/bitwise/2015/02/lenovo_superfish_scandal_why_it_s_one_of_the_worst_consumer_computing_screw.html, accessed June 7, 2016.

[54]   Superfish Updated – An Open Letter From Lenovo CTO PETER Hortensius, February 23, 2015, http://news.lenovo.com/article_display.cfm?article_id=1932, accessed June 3, 2016.

[55]   Superfish Updated – An Open Letter From Lenovo CTO PETER Hortensius, February 23, 2015, http://news.lenovo.com/article_display.cfm?article_id=1932, accessed June 3, 2016.

[56]   Superfish Updated – An Open Letter From Lenovo CTO PETER Hortensius, February 23, 2015, http://news.lenovo.com/article_display.cfm?article_id=1932, accessed June 3, 2016.

[57]   Superfish Updated – An Open Letter From Lenovo CTO PETER Hortensius, February 23, 2015, http://news.lenovo.com/article_display.cfm?article_id=1932, accessed June 3, 2016.

*scan and then remove Superfish from the system. For systems which are re-imaged from the backup partition on the HDD Superfish will also be removed in the same manner.*

54.     Lenovo's public acknowledgment of a security vulnerability created by VisualDiscovery and Lenovo's efforts to remove VisualDiscovery from PCs' preloads after public disclosure indicate the *negative* value users obtained from VisualDiscovery.   Lenovo CTO publically admitted that VisualDiscovery did not add value to user experience but instead "frustrated some users."[58]     These facts indicate that the value users obtained from VisualDiscovery was negative.

### 5.1.3     Predicate #2: The Cost of VisualDiscovery is Greater Than the Positive Value Users Obtained from Using an Affected PC

55.     The second predicate mentioned above is that the cost of VisualDiscovery is greater than (i.e., more than offsets) any positive value users obtained from using the Affected PCs despite the presence of VisualDiscovery.   Below I evaluate indicia relevant to assessing the veracity of this second predicate.

#### 5.1.3.1     *The Extent to Which VisualDiscovery Was Made Difficult to Detect and Remove*

56.     The extent to which a software product such as VisualDiscovery was made difficult to detect and remove is evidence that the value users obtained was negative, otherwise why expend the resources to conceal it and obfuscate its removal?

57.     It is my understanding that Superfish and Lenovo intentionally made VisualDiscovery difficult to detect and remove by either the user or any internet security and antivirus programs running on the computer. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████     The VisualDiscovery pop-up window did not contain any detailed description of the program, looked similar to many other pop-up ads that appear on many web pages, and if the

---

[58]   Superfish Updated – An Open Letter From Lenovo CTO PETER Hortensius, February 23, 2015, http://news.lenovo.com/article_display.cfm?article_id=1932, accessed June 3, 2016.
[59]   Consolidated Class Action Complaint, ¶69; LEN-0043675-679.

user simply clicked on the close icon [x] or anywhere outside the pop-up window, the window would close and the user was deemed to have accepted the program for all future purposes.[60]

58.   Superfish and Lenovo "buried its software in the lowest level of a computer's operating system, precisely where customers and antivirus products would never detect it..."[61] McAfee, a leading antivirus vendor whose program was pre-installed on many of the Lenovo computers that contained VisualDiscovery, was unable to detect the program for more than five months and only discovered it after the controversy went public in February 2015.[62]   The same was true for Symantec, maker of the popular Norton AntiVirus, and Windows, maker of Windows Defender.[63]

59.   Lenovo was also very selective in the computer models that VisualDiscovery was installed on.[64]   The software was installed on Lenovo computer models marketed and sold primarily to consumers, and Lenovo carefully avoided installing VisualDiscovery on any computer models marketed and sold to businesses and professionals.[65]   As Errata Security CEO Robert Graham noted, "They rely upon the fact that unsophisticated users don't know how to get rid of it, and will therefore endure the ads."[66]

60.   The extent to which Superfish made VisualDiscovery difficult to detect and remove is evidence of significant negative value.

---

[60]   Consolidated Class Action Complaint, ¶87; SF_MDL_000036 ( ▮▮▮▮▮▮▮ ; LEN-0037424 ( ▮▮▮▮▮▮▮ ); LEN-0094734 ( ▮▮▮▮▮▮▮

[61]   Nicole Perlroth, "Lenovo and Superfish Penetrate the Heart of a Computer's Security," *Bits*, February 22, 2015, http://bits.blogs.nytimes.com/2015/02/22/lenovo-and-superfish-penetrate-the-heart-of-a-computers-security/, accessed June 3, 2016.

[62]   Consolidated Class Action Complaint, ¶86.

[63]   Consolidated Class Action Complaint, ¶86.

[64]   Consolidated Class Action Complaint, ¶84; LEN-0018418-419 ( ▮▮▮▮▮▮▮ ); LEN-0039919-930 ( ▮▮▮▮▮▮▮ ); Todd Haselton, "Lenovo Responds to "Superfish" Report, Says Malware is no Longer Active," February 19, 2015, *TechnoBuffalo*, http://www.technobuffalo.com/2015/02/19/lenovo-responds-to-superfish-reportsays-malware-is-no-longer-active/, accessed June 8, 2016 ("They rely upon the fact that unsophisticated users don't know how to get rid of it, and will therefore endure the ads.").

[65]   Consolidated Class Action Complaint, ¶84.

[66]   Todd Haselton, "Lenovo Responds to "Superfish" Report, Says Malware is no Longer Active," February 19, 2015, *TechnoBuffalo*, http://www.technobuffalo.com/2015/02/19/lenovo-responds-to-superfish-report-says-malware-is-no-longer-active/, accessed June 8, 2016.

### 5.1.3.2 Significance of Security Risks Created by VisualDiscovery and Value Consumers Place on Security and Privacy

61.  The magnitude of security risks and privacy violations created by VisualDiscovery is illustrated by the fact that on February 20, 2015 the United States Department of Homeland Security issued an alert and advised uninstalling Superfish VisualDiscovery and its associated root CA certificate.[67]   The United States Department of Homeland Security described VisualDiscovery as "spyware" and "adware" pre-installed by Lenovo on some of their PCs and "allowing an attacker to spoof HTTPS traffic."[68]

> *Since the private key can easily be recovered from the Superfish software, an attacker can generate a certificate for any website that will be trusted by a system with the Superfish software installed. This means websites, such as banking and email, can be spoofed without a warning from the browser.[69]*

62.  The United States Department of Homeland Security further stated that "[s]imply uninstalling the software does not remove the certificate…" and Microsoft and Mozilla provide "guidance on detecting and managing certificates…"[70]

63.  Following the United States Department of Homeland Security's alert, Lenovo publically acknowledged that VisualDiscovery provides a security concern and issued Product Security Advisory "SuperFish Vulnerability."[71]   Lenovo labeled the threat presented by VisualDiscovery as "high" and described it as follows:[72]

> *SuperFish intercepts HTTP(S) traffic using a self-signed root certificate. This is stored in the local certificate store and provides a security concern.*

---

[67]  Alert (TA15-051A), Lenovo Superfish Adware Vulnerable to HTTPS Spoofing, February 20, 2015, https://www.us-cert.gov/ncas/alerts/TA15-051A, accessed June 3, 2016.

[68]  Alert (TA15-051A), Lenovo Superfish Adware Vulnerable to HTTPS Spoofing, February 20, 2015, https://www.us-cert.gov/ncas/alerts/TA15-051A, accessed June 3, 2016.

[69]  Alert (TA15-051A), Lenovo Superfish Adware Vulnerable to HTTPS Spoofing, February 20, 2015, https://www.us-cert.gov/ncas/alerts/TA15-051A, accessed June 3, 2016.

[70]  Alert (TA15-051A), Lenovo Superfish Adware Vulnerable to HTTPS Spoofing, February 20, 2015, https://www.us-cert.gov/ncas/alerts/TA15-051A, accessed June 3, 2016.

[71]  SuperFish Vulnerability - Lenovo Support, https://support.lenovo.com/us/en/product_security/ superfish, accessed June 3, 2016.

[72]  SuperFish Vulnerability - Lenovo Support, https://support.lenovo.com/us/en/product_security/ superfish, accessed June 3, 2016.

64.     Lenovo recommended its customers to follow the Lenovo instructions to remove Superfish VisualDiscovery and related files from their PCs.[73]  Lenovo also offered to provide the free 6 month subscription "for McAfee antivirus services for Lenovo customers who purchased a Lenovo PC pre-loaded with Superfish software."[74]

65.     Microsoft added the VisualDiscovery software and the Superfish root certificate to the list of malware and other unwanted programs to be detected and deleted by Windows Defender.[75]

66.     Security researchers regarded VisualDiscovery as "the door to online criminals."[76]  Chris Palmer, a San Francisco-based security researcher, bought a Lenovo laptop and discovered that his connection to the Bank of America website had been hijacked by Superfish's own root digital certificate, which had substituted itself for Bank of America's own digital certificates.[77]  Mr. Palmer and other security researchers found that Superfish used the same private key for all Lenovo computers, meaning that a criminal could easily spoof the certificate.[78]  According to Kevin Bocek of Salt Lake City-based online-security firm Venafi, Superfish and Lenovo were "breaking everything that's been built over 20 years to create trust and privacy on the Internet."[79]

67.     The facts that the United States Department of Homeland Security issued the Superfish VisualDiscovery security alert, Lenovo labeled the threat presented by VisualDiscovery as "high" and issued product security advisory and Microsoft added the

---

[73]  SuperFish  Vulnerability  -  Lenovo  Support,  https://support.lenovo.com/us/en/product_security/ superfish, accessed June 3, 2016.

[74]  Information  on  Free  McAfee  Subscription  for  Lenovo  Customers  with  Superfish  Preload, https://support.lenovo.com/us/en/mcafeesubscription, accessed June 7, 2016.

[75]  Paul Wagenseil, "Lenovo's Security-Killing Adware: How to Get Rid of It," *Tom's Guide*, February 20, 2015,   http://www.tomsguide.com/us/lenovo-superfish-adware-removal,news-20470.html,   accessed June 8, 2016.

[76]  Paul Wagenseil, "Lenovo's Security-Killing Adware: How to Get Rid of It," *Tom's Guide*, February 20, 2015,   http://www.tomsguide.com/us/lenovo-superfish-adware-removal,news-20470.html,   accessed June 8, 2016.

[77]  Paul Wagenseil, "Lenovo's Security-Killing Adware: How to Get Rid of It," *Tom's Guide*, February 20, 2015,   http://www.tomsguide.com/us/lenovo-superfish-adware-removal,news-20470.html,   accessed June 8, 2016.

[78]  Paul Wagenseil, "Lenovo's Security-Killing Adware: How to Get Rid of It," *Tom's Guide*, February 20, 2015,   http://www.tomsguide.com/us/lenovo-superfish-adware-removal,news-20470.html,   accessed June 8, 2016.

[79]  Paul Wagenseil, "Lenovo's Security-Killing Adware: How to Get Rid of It," *Tom's Guide*, February 20, 2015,   http://www.tomsguide.com/us/lenovo-superfish-adware-removal,news-20470.html,   accessed June 8, 2016.

VisualDiscovery software to the list of malware are all indicative of the *significant* cost associated with VisualDiscovery.

68.     In order to achieve its goal of replacing website's ads with ones that are aimed at being more relevant to the user, the VisualDiscovery software monitored the web activity of Lenovo users and intercepted encrypted traffic using a "man-in-the-middle attack."[80]     This function was enabled by Lenovo giving VisualDiscovery the permission to issue its own certificates to appear as a trusted party.[81]     The biggest concern of privacy advocates was that the VisualDiscovery software might "be abused for more surreptitious means."[82]     As Forbes writer Thomas Fox-Brewster explained:[83]

> *With Superfish, it's been claimed Lenovo is using a self-signed certificate to appear as a trusted party (which it no doubt considers itself to be) along the chain. In theory, it is therefore able to see users' traffic and alter it in whatever way it sees fit.*
>
> *…*
>
> *From a privacy perspective, this isn't ideal. Lenovo could easily abuse this trust to spy on its PC owners.*

69.     Professor Alan Woodward, a security expert from Surrey University, said: "This bit of software is particularly naughty. People have shown that it can basically intercept everything and it could be really misused… If someone went to, say, the Bank of America then Superfish would issue its own certificate pretending to be the Bank of America and intercept whatever you are sending back and forth."[84]     Ken Westin, a senior analyst at security company Tripwire, agreed: "If… Lenovo is installing their own self-signed certificates, they have not only

[80]   Robert McMillan, "Lenovo's Response to Its Dangerous Adware Is Astonishingly Clueless," *Wired*, February 19, 2015, http://www.wired.com/2015/02/lenovo-superfish/, accessed June 9, 2016.
       Thomas Fox-Brewster, "How Lenovo's Superfish 'Malware' Works And What You Can Do To Kill It," *Forbes*, February 19, 2015, http://www.forbes.com/sites/thomasbrewster/2015/02/19/superfish-need-to-know/#6c5a392f5f20, accessed June 9, 2016.
[81]   Thomas Fox-Brewster, "How Lenovo's Superfish 'Malware' Works And What You Can Do To Kill It," *Forbes*, February 19, 2015, http://www.forbes.com/sites/thomasbrewster/2015/02/19/superfish-need-to-know/#6c5a392f5f20, accessed June 9, 2016.
[82]   Robert McMillan, "Lenovo's Response to Its Dangerous Adware Is Astonishingly Clueless," *Wired*, February 19, 2015, http://www.wired.com/2015/02/lenovo-superfish/, accessed June 9, 2016.
[83]   Thomas Fox-Brewster, "How Lenovo's Superfish 'Malware' Works And What You Can Do To Kill It," *Forbes*, February 19, 2015, http://www.forbes.com/sites/thomasbrewster/2015/02/19/superfish-need-to-know/#6c5a392f5f20, accessed June 9, 2016.
[84]   Jane Wakefield, "Lenovo Taken to Task Over 'Malicious' Adware," *BBC*, February 19, 2015, http://www.bbc.com/news/technology-31533028, accessed June 9, 2016.

betrayed their customers' trust, but also put them at increased risk."[85]   A BetaNews writer Barclay Ballard believed that "the potential damage to the consumer is significant…"[86]

70.     The extent to which VisualDiscovery violated users' privacy rights and severity of security risks to which users were exposed as a result of VisualDiscovery are indicia of significant negative value from VisualDiscovery.

### 5.1.3.3    Reaction to Disclosure of Lenovo's Installation of VisualDiscovery in Affected PCs

71.     In February 2015, The New York Times and a number of other reputable publications released highly critical articles about Superfish VisualDiscovery.[87]

72.      In a February 22, 2015 The New York Times article titled "Lenovo and Superfish Penetrate the Heart of a Computer's Security," New York Times described Superfish VisualDiscovery as "spyware" that [t]he Chinese computer-making giant Lenovo was inserting… in its PCs. This software could track customers' every online move, intercept secure web sessions and render their computers vulnerable to hackers."[88]   The New York Times explained that VisualDiscovery "not only drops ads into a user's web browser sessions, it hijacks a secure browsing session and scoops up data as users enter it into secure websites. In the process, it makes it easy for hackers to intercept communications."[89]

73.     In a February 19, 2015 CNN Money article titled "Lenovo slipped 'Superfish' malware into laptops," CNN stated that "[c]omputer maker Lenovo has been shipping laptops prepackaged with malware that makes you more vulnerable to hackers -- all for the sake of

---

[85]  Jane Wakefield, "Lenovo Taken to Task Over 'Malicious' Adware," *BBC*, February 19, 2015, http://www.bbc.com/news/technology-31533028, accessed June 9, 2016.

[86]  Barclay Ballard, "Lenovo's Superfish Fiasco Has Badly Damaged Consumer Trust," *BetaNews*, February 23, 2015 http://betanews.com/2015/02/23/lenovos-superfish-fiasco-has-badly-damaged-consumer-trust/, accessed June 9, 2016.

[87]  Consolidated Class Action Complaint, ¶¶102-103; Nicole Perlroth, "Researcher Discovers Superfish Spyware Installed on Lenovo PCs*," NY Times*, February 22, 2015, http://bits.blogs.nytimes.com/2015/02/19/researcher-discovers-superfish-spyware-installed-on-lenovo-pcs/, accessed June 3, 2016.

[88]  Nicole Perlroth, "Lenovo and Superfish Penetrate the Heart of a Computer's Security," *NY Times* February 22, 2015, http://bits.blogs.nytimes.com/2015/02/22/lenovo-and-superfish-penetrate-the-heart-of-a-computers-security/, accessed June 3, 2016.

[89]  Nicole Perlroth, "Lenovo and Superfish Penetrate the Heart of a Computer's Security," *NY Times* February 22, 2015, http://bits.blogs.nytimes.com/2015/02/22/lenovo-and-superfish-penetrate-the-heart-of-a-computers-security/, accessed June 3, 2016.

serving you advertisements."[90]   Superfish VisualDiscovery software is "dangerous because it undermines basic computer security protocols."[91]

74.    In a February 20, 2015 article titled "You Had One Job, Lenovo," a Slate Tech writer David Auerbach compared the Superfish VisualDiscovery incident to the Sony DRM rootkit scandal in 2005, "in which Sony automatically installed malware onto users' computers whenever someone loaded certain of their CDs."[92]  Mr. Auerbach described Lenovo's actions of "installing Superfish" as "one of the most irresponsible mistakes an established tech company has ever made. *Reckless*, *careless*, and *appalling* don't even come close to covering it."[93]

75.    Consumer outrage over Lenovo's installation of VisualDiscovery software into Affected PCs had been prevalent since mid-2014 and has only skyrocketed since then.[94] Despite Lenovo issuing tutorials showing how to remove VisualDiscovery, consumer's reactions were still filled with "anger and disbelief" at the manufacturer's actions.[95]   A BetaNews writer Barclay Ballard commented:[96]

> *For Lenovo to install this kind of software, essentially malware, onto its laptops in order to make more money from advertising is already galling, the fact that it also introduces a vulnerability into the user's system is shocking.*

---

[90]  Jose Pagliery, "Lenovo Slipped 'Superfish' Malware Into Laptops," *CNN*, February 19, 2015, http://money.cnn.com/2015/02/19/technology/security/lenovo-superfish/, accessed June 3, 2016.

[91]  Jose Pagliery, "Lenovo Slipped 'Superfish' Malware Into Laptops," *CNN*, February 19, 2015, http://money.cnn.com/2015/02/19/technology/security/lenovo-superfish/, accessed June 3, 2016.

[92]  David Auerbach, "You Had One Job, Lenovo," *Slate*, February 20, 2015, http://www.slate.com/articles/technology/bitwise/2015/02/lenovo_superfish_scandal_why_it_s_one_of_the_worst_consumer_computing_screw.html, accessed June 7, 2016.

[93]  David Auerbach, "You Had One Job, Lenovo," *Slate*, February 20, 2015, http://www.slate.com/articles/technology/bitwise/2015/02/lenovo_superfish_scandal_why_it_s_one_of_the_worst_consumer_computing_screw.html, accessed June 7, 2016.

[94]  Thomas Fox-Brewster, "How Lenovo's Superfish 'Malware' Works And What You Can Do To Kill It," *Forbes*, February 19, 2015, http://www.forbes.com/sites/thomasbrewster/2015/02/19/superfish-need-to-know/#6c5a392f5f20, accessed June 9, 2016.

[95]  Barclay Ballard, "Lenovo's Superfish Fiasco Has Badly Damaged Consumer Trust," *BetaNews*, February 23, 2015 http://betanews.com/2015/02/23/lenovos-superfish-fiasco-has-badly-damaged-consumer-trust/, accessed June 9, 2016.

[96]  Barclay Ballard, "Lenovo's Superfish Fiasco Has Badly Damaged Consumer Trust," *BetaNews*, February 23, 2015 http://betanews.com/2015/02/23/lenovos-superfish-fiasco-has-badly-damaged-consumer-trust/, accessed June 9, 2016.

76.     Users were particularly angry that they had not been told about the adware.[97] One Lenovo forum user said:[98]

> *It's not like they stuck it on the flier saying... we install adware on our computers so we can profit from our customers by using hidden software.*
>
> *However, I now know this. I now will not buy any Lenovo laptop again.*

77.     Mr. Ballard believed that even though "[i]ndividual users may be able to fix the Superfish vulnerability on their personal devices," "the wider breakdown in consumer trust may be irreparable."[99]

78.     The highly negative reaction of Lenovo consumers to disclosure of Lenovo's pre-installation of VisualDiscovery in Affected PCs and, as a result, damaged consumer trust are evidence of significant cost associated with VisualDiscovery.

79.     In conclusion, the extent to which Superfish and Lenovo made VisualDiscovery difficult to detect and remove, the magnitude of security risks and privacy violations created by VisualDiscovery and the reaction to disclosure of Lenovo's installation of VisualDiscovery in the Affected PCs support the assertion that the cost of VisualDiscovery is greater than (i.e., more than offsets) any positive value users obtained from using the Affected PCs.

### 5.1.4     Use of Consumer Survey to Estimate Class Plaintiffs Damages

80.     Based on my experience, I and other damages experts routinely rely on results of consumer surveys in calculating damages.  I personally have worked with survey experts who conducted consumer choice-based conjoint surveys to estimate the market value of a particular feature of interest embodied within a multi-featured product.  I understand that a consumer survey has been designed for application in this matter to measure the amount of a discount off the purchase price that Class Plaintiffs paid that would be necessary to induce Class Plaintiffs to

---

[97]  Jane Wakefield, "Lenovo Taken To Task Over 'Malicious' Adware," *BBC*, February 19, 2015, http://www.bbc.com/news/technology-31533028/, accessed June 9, 2016.

[98]  Jane Wakefield, "Lenovo Taken To Task Over 'Malicious' Adware," *BBC*, February 19, 2015, http://www.bbc.com/news/technology-31533028/, accessed June 9, 2016.

[99]  Barclay Ballard, "Lenovo's Superfish Fiasco Has Badly Damaged Consumer Trust," February 23, 2015 http://betanews.com/2015/02/23/lenovos-superfish-fiasco-has-badly-damaged-consumer-trust/, accessed June 9, 2016.

purchase PC laptops with VisualDiscovery installed, but fully disclosed prior to the time of purchase.

## 5.2    Component Restitution / Damages Methodology

81.    In this section I describe methodologies to measure the economic value of the three components of damages Class Plaintiffs allege they suffered as a result of the Lenovo's inclusion of VisualDiscovery in the Affected Laptops: (1) violation of Class Plaintiffs' privacy rights, Class Plaintiffs' exposure to security risks and (3) the degradation in PC performance.

### 5.2.1    Restitution / Damages Related to Violations of Class Plaintiffs' Privacy Rights

82.    Class Plaintiffs allege that VisualDiscovery's ability to inject advertisements onto secure, encrypted HTTPS websites violated Plaintiffs and Class members' privacy rights because the software tracked the content of the encrypted websites Plaintiffs and Class members accessed.[100] Class Plaintiffs further allege that Plaintiffs and Class members did not consent to Superfish's scanning the content of data they accessed on either unencrypted (HTTP) or encrypted (HTTPS) websites. This unwarranted violation of Plaintiffs and Class members' privacy rights is more extreme in light of the sensitive content displayed on encrypted websites.[101]

83.    Class Plaintiffs' damages related to violations of their privacy rights can be measured based on the discount off the purchase price Lenovo would have had to offer in order to induce consumers to purchase the Affected PCs and knowingly accept the privacy rights violations that result from VisualDiscovery.  The amount of such a discount can likely be determined using traditional consumer survey techniques, including conjoint analysis.[102]  It is my

---

[100] Consolidated Class Action Complaint, ¶47-54; SF_MDL_013358-361 █████████████████████

[101] █████████ Consolidated Class Action Complaint, ¶6, 48; *see* SF_MDL_013427-428 (████████ ███████████████████████████ SF_MDL_000036 (█ ██████████████████████████████ ; SF_MDL_013035-040 (█

[102] Damages experts routinely rely on consumer surveys for purposes of measuring damages, and specifically for purposes of measuring the value of a specific feature or attribute, or the value of an improvement to or worsening of a feature or attribute, within a multi-featured consumer product.  Once such survey technique to measure the market value for a product attribute change is conjoint analysis. *See* Ofek, E. Srinivasan, V.  2002. How Much Does the Market Value an Improvement in a Product Attribute. *Marketing Science*.  INFORMS. Vol. 21, No. 4, Fall 2002, pp. 398-411.  *See also*, Steckle, J., L. Stern, R. Befurt, R. Fair. 2013. Is it Worth Anything?  Using Surveys in Intellectual Property Cases.

understanding that counsel for Class Plaintiffs has retained a survey expert to perform a consumer survey that will measure the reduction in market value of PC laptops associated with the inclusion of ad injection software with privacy issues and security risks commensurate with that which results from the use of VisualDiscovery. As discussed, above, the data obtained from such a survey can be used as an alternative, common item of proof to show that negative value of Lenovo Affected PCs with preloaded VisualDiscovery fully disclosed exceeds the positive value received by Affected PC owners during the period VisualDiscovery was loaded and operating on their Affected PCs, such that the information omitted at the time of sale was both material to consumers and resulted in an overpayment or loss of value.

84.    A survey of computer users conducted to "empirically identify the rhetoric and the reasoning behind users' disgust of spyware" found that (1) a vast majority of the respondents found spyware to be harmful, (2) privacy concerns outweigh the potential benefits of spyware, (3) privacy concerns also outweigh the focused marketing benefits of spyware and (4) privacy concerns are more important than lost CPU cycles.[103]  The authors concluded based on the survey results that while privacy and performance were both important issues, privacy was more important than performance.[104] The survey that is being proposed by Class Plaintiff here similarly measures the market value consumers place on their privacy and security when purchasing and using a consumer laptop PC.

### 5.2.2    Restituion / Damages Related to Exposure to Security Risks

85.    Class Plaintiffs allege that defendants exposed Plaintiffs and Class members to severe security risks because VisualDiscovery created a vulnerability that has allowed cyber-attackers and criminals to easily access and steal such private information.[105]  As with respect to damages related to Class Plaintiffs' privacy rights violations, damages related to Class Plaintiffs' exposure to security risks can similarly be measured based on the discount off the purchase price Lenovo would have had to offer in order to induce consumers to purchase the

---

AIPLA White Paper, p. 4. ("[S]cholars often employ conjoint analysis, a methodology that relies on a widely accepted model of human decision making. Conjoint analysis has been shown to predict consumers' choices very well and has been employed in high-profile product investment and design decisions for more than three decades.")

[103] Freeman, L and Urbaczewski, A. Why Do People Hate Spyware? Communications of the ACM. August 2005/Vol. 48. No. 8, pp. 50-53.

[104] Freeman, L and Urbaczewski, A. Why Do People Hate Spyware? Communications of the ACM. August 2005/Vol. 48. No. 8, p. 53.

[105] Consolidated Class Action Complaint, ¶60.

Affected PCs and knowingly accept the exposure to the security risks associated with VisualDiscovery. As discussed above, the amount of such a discount can likely be determined using traditional consumer survey techniques, including conjoint analysis.

### 5.2.3 Restitution / Damages Related to Degradation in PC Performance

86. Class Plaintiffs allege that the inclusion of VisualDiscovery adversely impacted the performance of the Affected PCs in the following ways:

- Consumed CPU computing resources (e.g., consumed CPU cycles)
- Consumed memory resources (RAM, hard disk)
- Consumed internet connection bandwidth
- Consumed battery power (reduced use time of single battery charge)
- Increased time to start PC (i.e., increased boot time)
- Created conflicts with other applications

87. I note that Class Plaintiffs' allegations that VisualDiscovery degraded the performance of the Affected PCs are consistent with academic studies regarding the impact of spyware on PC performance. One such study states:

> Consumers loathe spyware for several reasons, not the least of these is the potential for invasion of privacy and the appropriation of personal information surreptitiously by unscrupulous marketers. The pop-up ads that spyware generate are rarely popular among the computer users targeted for their attentions. However, **a more important issue is that spyware can interfere with the operation of computers, monopolizing CPU cycles and networking bandwidth.**[106] (emphasis added)

88. Of the six performance factors allegedly adversely affected by VisualDiscovery listed above, the overcharge Class Plaintiffs paid associated with the first four factors listed (CPU, memory, battery power, internet bandwidth) can be measured based on the market price consumers pay to obtain additional increments of these performance factors.

89. For example, the overcharge Class Plaintiffs paid associated with CPU computing resources allegedly wrongly consumed by VisualDiscovery can be measured based on the market price consumers pay to obtain additional CPU computing resources for

---

[106] Stafford, T. and Urbaczewski, A. Spyware: The ghost in the machine. *Commun AIS 14*, (2004), 291–306.

comparable PCs (e.g., based on faster clock speeds and/or additional computing cores in the CPU).  Similarly, the overcharge Class Plaintiffs paid associated with the RAM and hard drive memory resources allegedly wrongly consumed by VisualDiscovery can be measured based on the market price consumers pay to obtain additional RAM and hard drive memory for comparable PCs.[107]

90.     The market price consumers pay to obtain additional increments of a given performance factor represents a market-based, fair market valuation that can be used to estimate the cost Class Plaintiffs would have incurred in order to restore the performance of their Affected PCs to the performance they would have enjoyed absent the inclusion of VisualDiscovery.  In this way, the market price consumers pay to obtain additional increments of a given performance factor—adjusted for the length of time Class Plaintiffs' Affected PCs were impacted by VisualDiscovery—represents a reliable proxy for the fair market value of the overcharge Class Plaintiffs paid related to the diminution in the performance of the Affected PCs.

### 5.2.3.1     Restitution / Damages related to lost CPU computing resources

91.     As mentioned above, Class Plaintiffs allege that the inclusion of VisualDiscovery consumed CPU computing resources.  Academic studies have analyzed the relationship between the price of a CPU and its relative performance in order to measure the value associated with added (or lost) CPU performance.  The results of one such study is reflected in Figure 9 below:

---

[107] To calculate the overcharge, the incremental cost consumers pay to obtain additional increments of a given performance factor would be adjusted to take into account the relevant time period during which Class Plaintiffs' Affected PCs were adversely impacted by VisualDiscovery.

**Figure 9:    Comparison of CPU Price versus Performance[108]**



92.    The results of this study, as reflected in Figure 9, support the unremarkable finding that increases in CPU performance are generally accompanied by increases in CPU price.    Given this relationship between CPU price and performance, the overcharge Class Plaintiffs paid as a result of the diminished CPU performance due to VisualDiscovery can be measured based on (1) the price consumers pay to obtain additional CPU resources in the Affected PCs and (2) the amount of CPU resources in the Affected PCs wrongly consumed by VisualDiscovery.

93.    The market price consumers pay to obtain additional CPU computing resources for a Lenovo Ideapad 510s 14" laptop is calculated in Figure 10 below:

---

[108] Nosko, C. 2010.    Competition and Quality Choice in the CPU Market. Revise and Resubmit. *Quantitative Marketing and Economics* available at:    http://faculty.chicagobooth.edu/workshops/marketing/past/PDF/nosko_jmp.pdf.

**Figure 10: Calculation of Market Price Consumers Pay for Additional CPU Computing Resources in Lenovo Ideapad 510s 14" Laptop[109]**

| Part Number | Lenovo Ideapad 510S 14" Silver Laptop | | Upgrade Cost |
| --- | --- | --- | --- |
| | 80TK002QUS | 80TK002PUS | |
| Price | $749.99 | $899.99 | |
| Processor | 6th Generation Intel® Core™ i5-6200U Processor (2.30GHz 2133MHz 3MB) | 6th Generation Intel® Core™ i7-6500U Processor (2.50GHz 2133MHz 4MB) | $150.00 |
| Graphics | AMD Radeon R7 M460 2GB | AMD Radeon R7 M460 2GB | |
| Memory | 8.0GB DDR4 2133 MHz | 8.0GB DDR4 2133 MHz | |
| Hard Drive | 1TB 5400 RPM | 1TB 5400 RPM | |
| Operating System | Windows 10 Home 64 | Windows 10 Home 64 | |
| Display | 14.0" FHD IPS LED AntiGlare Backlight (1920x1080) with integrated camera | 14.0" FHD IPS LED AntiGlare Backlight (1920x1080) with integrated camera | |
| Optical Drive | No Optical Disk Drive | No Optical Disk Drive | |
| Network card | Lenovo AC Wireless | Lenovo AC Wireless | |
| Bluetooth | Bluetooth Version 4.0 | Bluetooth Version 4.0 | |
| Warranty | One year | One year | |
| Pointing Device | ClickPad | ClickPad | |
| Battery | 3 Cell 45 Watt Hour Li-Polymer | 3 Cell 45 Watt Hour Li-Polymer | |
| Keyboard | Backlit English Keyboard | Backlit English Keyboard | |

94.     In Figure 10 above, the pricing and components of two versions of a Lenovo Ideapad 510s 14" laptop advertised on Lenovo's website are compared.  As shown in the figure, the only advertised difference between the two versions of the Ideapad 510s laptop is the processor (i.e., CPU)—all other listed components are the same.[110]   The price difference between the two versions is $150.  Therefore, the market price consumers pay to upgrade to the higher performance processor (CPU) is $150.

---

[109] Lenovo, "Ideapad 510S – 14" Configurable Laptop, http://shop.lenovo.com/us/en/laptops/ideapad/500-series/510s-14-inch/, accessed July 20, 2016.

[110] The example given is for illustrative purposes only, to isolate the price paid for a given feature.

### 5.2.3.2    Restitution / Damages related to consumption of memory resources

95.     As mentioned above, Class Plaintiffs allege that the inclusion of VisualDiscovery consumed memory resources—both random access memory ("RAM") as well as hard disk space.  As demonstrated above regarding lost CPU resources, the overcharge Class Plaintiffs paid as a result of memory resources consumed by VisualDiscovery can be measured based on (1) the price consumers pay to obtain additional RAM and (2) the amount of RAM memory wrongly consumed by VisualDiscovery.

96.     For example, the upgrade cost Lenovo customers pay to obtain additional RAM for a Lenovo Ideapad 710s 14" laptop is calculated in Figure 11 below:

**Figure 11: Calculation of Market Price Consumers Pay for Additional RAM Memory in Lenovo Ideapad 710s 14" Laptop**[111]

| Part Number | Lenovo Ideapad 710S 13" Silver Laptop | | Upgrade Cost |
|---|---|---|---|
| | 80SW002NUS | 80SW002MUS | |
| Price | $1,199.99 | $1,399.99 | |
| Processor | 6th Generation Intel Core i7-6560U Processor (2.20GHz 1866MHz 4MB) | 6th Generation Intel Core i7-6560U Processor (2.20GHz 1866MHz 4MB) | |
| Graphics | Intel® Iris™ Graphics 540 | Intel® Iris™ Graphics 540 | |
| Memory | 8.0GB LPDDR3-1866 MHz | 16.0GB LPDDR3-1866 MHz | $200.00 |
| Hard Drive | 512GB PCIe SSD | 512GB PCIe SSD | |
| Operating System | Windows 10 Home 64 | Windows 10 Home 64 | |
| Display | 13.3" FHD IPS AntiGlare LED Backlight (1920x1080) | 13.3" FHD IPS AntiGlare LED Backlight (1920x1080) | |
| Optical Drive | No Optical Disk Drive | No Optical Disk Drive | |
| Network card | Lenovo AC Wireless (2x2) | Lenovo AC Wireless (2x2) | |
| Bluetooth | Bluetooth Version 4.0 | Bluetooth Version 4.0 | |
| Warranty | One year | One year | |
| Pointing Device | ClickPad | ClickPad | |
| Battery | 4 Cell 46 Watt Hour Li-Cylindrical | 4 Cell 46 Watt Hour Li-Cylindrical | |
| Keyboard | Backlit English Keyboard | Backlit English Keyboard | |

97.     In Figure 11 above, the pricing and components of two versions of a Lenovo Ideapad 710s 14" laptop advertised on Lenovo's website are compared. As shown in the figure, the only advertised difference between the two versions is the processor (i.e., CPU)—all other listed components are the same.[112] The price difference between the two versions is $200.

---

[111] Lenovo, "Ideapad 710S – CuttingEdge Stylish Laptop, http://shop.lenovo.com/us/en/laptops/ideapad/700-series/710s/, accessed July 20, 2016.

[112] The example given is for illustrative purposes only, to isolate the price paid for a given feature.

Therefore, the market price consumers pay to obtain an additional eight gigabytes of RAM for this Lenovo laptop is $200, or $25 per gigabyte.

### 5.2.3.3 Restitution / Damages related to Internet Connection Bandwidth Consumed by VisualDiscovery

98.     Class Plaintiffs also allege that the inclusion of VisualDiscovery consumed internet connection bandwidth.   As demonstrated above regarding lost CPU resources and consumption of memory resources, the overcharge Class Plaintiffs paid as a result of internet connection bandwidth consumed by VisualDiscovery can be measured based on (1) the price consumers pay to obtain additional increments of internet connection bandwidth and (2) the amount of internet connection bandwidth consumed by VisualDiscovery operating on Affected PCs.

99.     As an example, the price consumers pay to obtain additional increments of internet connection bandwidth can be calculated as follows:

Figure 12:  Example Calculation of Cost per Additional Mbps of Internet Connection Bandwidth[113]

| | Base Pricing | | | Change From Next Slower Speed | | |
|---|---|---|---|---|---|---|
| | Speed | Price | | Speed | Price | Price/Mbps |
| | *Mbps* | *per month* | | | | |
| **Comcast** | | | | | | |
| *(a)* | 10 | $39.99 | | | | |
| *(a)* | 25 | $49.99 | | 15 | $10.00 | $0.67 |
| *(a)* | 75 | $59.99 | | 50 | $10.00 | **$0.20** |
| | | | | | | |
| **AT&T** | | | | | | |
| *(b)* | 6 | $20.00 | | | | |
| *(b)* | 24 | $40.00 | | 18 | $20.00 | $1.11 |
| *(b)* | 45 | $50.00 | | 21 | $10.00 | $0.48 |
| *(b)* | 75 | $60.00 | | 30 | $10.00 | **$0.33** |

---

[113]   Comcast data obtained from http://www.xfinity.com/shop/xfinity-internetplus-west-alt?CMP=KNC-IQ_ID_sIW8gmqly-VQ2-g-VQ6-61119114216-VQ16-c-pkw-comcastinternet-pmt-e-slid--tid--17589rb155979- on July 18, 2016.   AT&T data obtained from http://www.attinternetservice.com/plans.html on July 18, 2016.

100.    Based on the homeowner internet packages offered by Comcast summarized in Figure 12 above, the lowest price Comcast charges for incremental internet connection bandwidth is $0.20 per Mbps.  Similarly, the lowest price AT&T charges is $0.33 per Mbps.

101.    It is my understanding that the amount of internet connection bandwidth consumed by VisualDiscovery operating on Affected PCs could be determined based on analyses by technical experts.

### 5.2.3.4    Restitution / Damages related to Battery Power

102.    The common methodologies shown above regarding VisualDiscovery's consumption of CPU, RAM and internet bandwidth resources could also be used to measure the overcharge Class Plaintiffs paid related to VisualDiscovery's adverse impact on PC battery power.  By measuring the average diminution in battery life caused by VisualDiscovery and the price consumers pay to obtain additional increments of battery life, it is possible to determine the overcharge Class Plaintiffs paid as a result of VisualDiscovery's adverse impact on PC battery power.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 22, 2016 in Mountain View, California.

Bruce McFarlane

# EXHIBIT 1

# CURRICULUM VITAE
## BRUCE L. McFARLANE

**POSITION**     Managing Director, LitiNomics (January 2007 to Present; CEO 1/07 - 8/11)

**EDUCATION**     B.A., Business Administration (Accounting), University of Washington (1984)

**PROFESSIONAL AFFILIATIONS (current)**
Certified Public Accountant (2/8/88 - 2/28/14, Inactive status effective 3/1/14)
Certified Management Accountant

**PROFESSIONAL AFFILIATIONS (past)**
Member, Licensing Executive Society
Member, The Sedona Conference
    Working Group 9 - Patent Damages and Remedies
Member, American Institute of Certified Public Accountants
    Business Valuation and Litigation Services Section Member
    Certified in Financial Forensics
Certified Management Consultant
Member, Oregon Society of Certified Public Accountants Litigation Services Committee
Member, Washington Society of CPAs Litigation Services Committee
Member, Institute of Management Consultants
Oregon Society of CPAs Litigation Services Committee (Chair, 1992; Vice Chair, 1991)
Chair, Oregon Society of CPAs Litigation Services Conference Committee (1991)
National Institute of Trial Advocacy, Faculty Expert Witness
Senior Consultant, CRA International
Member, Institute of Management Accountants
Member, California Society of CPAs
    Litigation Section Member
Member, Intellectual Property Owners Association
    Damages and Injunctions Committee member

**RANGE OF EXPERIENCE**
Experience includes testimony and consulting services in accounting, financial, economic and business issues related to commercial litigation and intellectual property related transactions.

**PROFESSIONAL AND BUSINESS HISTORY**
Independent Consultant February 2004–December 2006
InteCap, Inc. (Mountain View, California)
    Managing Director, October 1999–February 2004
PHB Hagler Bailly, Inc. (Portland, Oregon; Palo Alto, California):
    Principal, January 1996–September 1999
    Associate, January 1993–December 1995
Price Waterhouse (Portland, Oregon):
    Manager, July 1990–December 1992
    Senior Consultant, July 1988–June 1990
    Staff Consultant, November 1987–June 1988
Arthur Andersen (Portland, Oregon):
    Staff Accountant, June 1986–October 1987
Peterson & Company (San Francisco, CA):
    Staff Consultant, January 1985–May 1986

**PUBLICATIONS**
"The Sedona Conference Commentary on Patent Damages and Remedies," 2014 (contributing editor)
Intellectual Property/Equipment," Litigation Support Report Writing, 2003 (co-authored with Lilian Quah).
"10 Largest Trade Secrets Damages Awards" InteCap ReCap, Spring 2003
"10 Largest Patent Damages Awards" InteCap ReCap, Fall 2002

| | |
|---|---|
| **PUBLICATIONS (continued)** | "Court Expands Lost Profits Damages From Patent Infringement," CPA Expert, Summer 1996 (co-authored with Michael J. Wagner). |

<table>
<tr><td><b>PUBLICATIONS<br>(continued)</b></td><td>"Court Expands Lost Profits Damages From Patent Infringement," CPA Expert, Summer 1996 (co-authored with Michael J. Wagner).<br>
"The Implications of Changes in the Federal Rules of Civil Procedure for CPA—Expert Witnesses," The CPA Management Consultant, Newsletter of the AICPA Management Consultant Division (Spring 1994) (co-authored with Michael J. Wagner).<br>
"The Revised Federal Rules of Civil Procedures That Apply to Expert Witnesses," CPA Litigation Services Counselor, Volume 1994 Issues 2  3.  Harcourt Brace (February and March 1994) (co-authored with Michael J. Wagner).<br>
"Opportunities in Litigation Services," Journal of Accountancy (June 1992) (co-authored with Michael J. Wagner).<br>
"The Role of the CPA in Commercial Litigation," The Oregon Certified Public Accountant (September 1991) (co-authored with Michael J. Wagner).<br>
"Using CPAs in Your Law Practice," The Seattle-King County Bar Bulletin (February 1991) (co-authored with Michael J. Wagner).</td></tr>
<tr><td><b>SPEECHES</b></td><td>"Anatomy of a Patent Damages Calculation" Morgan Lewis, Palo Alto, March 5, 2008<br>
"Calculating & Proving Patent Damages" Law Seminars International, San Diego, January 20, 2004.<br>
"Valuation of Intellectual Property For Computer Related Technologies" Computer Law Association, Palo Alto, CA June 4, 2003.<br>
"Damages Strategies for Infringement of Intellectual Property Rights" Computer Law Association, Palo Alto, CA, May 14, 2003; Intellectual Property Society, Los Altos, CA, August 13, 2003.<br>
"Extracting Value from Your IP Litigation" Tomlinson, Zisko, Morosoli  Maser's "Chautauqua" Series, Palo Alto, CA, September 25, 2002.<br>
"Perspectives on Value Extraction Models for Intellectual Capital Assets: Lessons Learned from the Trenches" The Intellectual Property Society, Santa Clara, CA, August 22, 2002.<br>
"Litigating Trade Secrets" Licensing Executive Society, 2002 Winter Conference, Las Vegas, NV, February 14, 2002.<br>
"Patent Damages 101:  From Novice to Expert in Under Two Hours" Santa Clara University Law School, February 8, 2002.<br>
"Trade Secret Damages" Finnegan, Henderson, Farabow, Garrett & Dunner, July 12, 2001.<br>
"IP Valuation Issues in Litigation:  Hot Topics," San Francisco Intellectual Property Lawyers Association, San Francisco, California, November 14, 2000; Gray Cary Ware Freidenrich, Palo Alto, California, February 1, 2001.<br>
"Case Studies in the Application of Regression Analysis,"  American Institute of CPAs Advanced Litigation Services Conference, Beverly Hills, California, October 17, 2000.<br>
"Quantifying Damages in Environmental Disaster Litigation," Oregon State Bar Convention, Seaside, Oregon, September 29, 1995.<br><br>
"Issues in Risk Rate Selection Regarding Prejudgment Interest Rates," California Society of CPAs' Litigation Advanced Forum, San Diego, April 28, 1995.<br>
"The Revised Federal Rules of Civil Procedure as They Apply to Expert Witnesses," various law firms in the Pacific Northwest, October 1993–March 1994.<br>
"Common Mistakes Made by Damage Experts," Oregon Trial Lawyers Association Annual Conference, Sun River, Oregon, August 12, 1993.<br>
"Damages Arising From Business and Commercial Claims," Oregon State Bar Continuing Legal Education Seminar, Portland, February 12, 1993.<br>
"Improving Expert Witness Effectiveness," 1992 OSCPA Litigation Services Conference, Portland, September 25, 1992.<br>
"Calculating a Reasonable Royalty," Price Waterhouse 1992 Litigation Managers Group Seminar, New Orleans, July 13–15, 1992.<br>
"Damages Including Loss of Earnings," 1991 OSCPA Litigation Support Services Conference, Portland, September 27, 1991.<br>
"Calculating a Reasonable Royalty," Price Waterhouse 1991 Litigation Managers Group Seminar, Denver, July 18–20, 1991.</td></tr>
</table>

|   | Type | Lawsuit | | Testimony | | | Court | Law Firm | Work Performed |
|---|------|---------|---|-----|---|-----|-------|----------|----------------|
|   |      |         | * | Dep | T | Dec |       |          |                |
| 1 | Alter Ego | Cadence Design Systems, Inc. v. IMI Telecommunications, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. C 00-20430 JF/EAI (2001) | Cooley Godward/Melina Patterson | Analysis of financial factors applicable to doctrine of alter ego. |
| 2 | Alter Ego | Comdisco, Inc. v. SocialNet, Inc., Match-Net, Inc., et al. | P | ☐ | ☐ | ☐ | California Superior Court, Santa Clara County; Case No. CV 800 611 (2004) | Winston & Strawn | Alter ego analysis. |
| 3 | Antitrust | Atlas Electric, et al. v. National Association of Electrical Contractors | D | ☐ | ☐ | ☐ | U.S. District Court, Oregon (1993) | Lane Powell Spears Lubersky/Milo Petranovich | Damages analysis. |
| 4 | Antitrust | B&R Supermarket, et a. v. Visa, Inc., et al. [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California, San Francisco Division; Case no. Case No. 3:16-cv-01150 | Robbins Geller Rudman & Dowd / Alexandra Bernay, Carmen Medici | Calculate damages due to alleged conspiracy regarding EMV chip technology used in credit cards. |
| 5 | Antitrust | Dahl v. Bain Capital Partners, et al. [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, District of Massachusetts; Lead Case No. 1:07-cv-12388-EFH | Scott + Scott / Chris Burke | Analysis of damages due to defendants' alleged monopsony of the LBO market. |
| 6 | Antitrust | Flying J, Inc. v. Comdata Network, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, District of Utah Northern Division; Civil No. 1:96CV0066K (2000) | Giauque, Crockett, Bendinger & Peterson/Gary Bendinger, John Bogart | Analysis of lost profits damages in the trucker fuel card industry due to Comdata's violations of antitrust laws. |
| 7 | Antitrust | In Re Aluminum Warehousing Antitrust Litigation [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, Southern District of New York; Master Action No. 13-md-02481-KBF | Robbins, Geller, Rudman & Dowd / Bonny Sweeney, Carmen Medici | Analysis of damages issues related to defendants' alleged anticompetitive conduct related to aluminum warehousing. |
| 8 | Antitrust | In re Currency Conversion Fee Antitrust Litigation [Class Action] | P | ☑ | ☐ | ☐ | US District Court; Southern District of New York; MDL Docket No. 1409 | Schrag & Baum/Tom Schrag; Steyer Lowenthal Boodrookas Alvarez & Smith/Allan Steyer; Lerach Coughlin Stioa & Robbins/Chris Burke | Respond to defendants' expert's analysis of defendant banks' net incremental cost to provide international credit card transactions. |
| 9 | Antitrust | In Re Foreign Exchange Benchmark Rates Antitrust Litigation [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, Southern District of New York; Case No. 1:13-cv-07789-LGS | Scott + Scott / Chris Burke, Kristen Anderson | Calculate damages to class due to defendant banks' alleged collusion to fix foreign currency exchange rates. |
| 10 | Antitrust | In Re: Payment Card Interchange Fee and Merchant-Discount Antitrust Litigation [Class Action] | P | ☑ | ☐ | ☐ | U.S. District Court, Eastern District of New York; Case No. 1:05-md-1720-JG-JO | Berger & Montague / Merrill Davidoff, Michael Kane; Coughlin, Stoia, Geller, Rudman & Robbins / Chris Burke, Bonny Sweeney; Robins, Kaplan, Miller & Ciresi / Craig Wildfang. | Analysis of damages issues related to interchange fees charged merchants accepting Visa and MasterCard payment cards. |
| 11 | Antitrust | Knutson Towboat, Inc. v. Coos Bay Pilots Association | P | ☑ | ☐ | ☐ | U.S. District Court, Oregon (1988) | Ragen, Tremaine, Krieger, Schmeer & Neil/John McGrory, Fred Aibe | Market share analysis; calculate plaintiff's lost profits. |

| | Type | Lawsuit | | Testimony | | | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| | | | * | Dep | T | Dec | | | |
| 12 | Antitrust | Peace Northwest Corp. v. Merle West Medical Center | P | ☐ | ☐ | ☐ | U.S. District Court, Oregon (1988) | Perkins Coie/Michael Simon | Business valuation. |
| 13 | Antitrust | Peterson Industries, Inc. v. Goldman Sachs Group, Inc., et al. [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, Southern District of New York; Case No. 1:13 cv 6689 | Robbins Geller Rudman & Dowd LLP / Bonny Sweeney, Carmen Medici | Analyze data related to price fixing allegations concerning the aluminum market in the U.S. |
| 14 | Bad faith | Lorie Kuppenbender, et al. v. California State Automobile Association Interinsurance Bureau [Class Action] | P | ☐ | ☐ | ☑ | Superior Court, State of California, County of Sacramento; Case No. 07AS03197 | Kershaw, Cutter, Ratinoff & York / Brooks Cutter; Dreyer, Babich, Buccola & Callaham / Steve Campora | Analysis of class damages due to CSAA's alleged failure to waive deductibles in accident claims involving uninsured motorists. |
| 15 | Bad faith | Patricia Vanderpool, et al. v. Allstate Insurance Company, et al. [Class Action] | P | ☐ | ☐ | ☐ | California Superior Court, Sacramento County; Case No. 02-AS01532 | Kershaw, Cutter, Ratinoff & York / Brooks Cutter | Analysis of auto premium overcharges due to improper mileage rating. |
| 16 | Bankruptcy | Black v. Finkelstein | P | ☐ | ☐ | ☐ | U.S. Bankruptcy Court, Central District of California (1988) | Ball, Janik & Novack/Ken Novack | Forensic accounting. |
| 17 | Bankruptcy | Continental Casualty Insurance Co. v. Lincoln Property Management Co. | P | ☐ | ☐ | ☐ | Pre-litigation (1990) | Chapman & Cutler | Forensic accounting. |
| 18 | Bankruptcy | First Interstate Bank of Oregon v. Latitude Marines, Inc. | P | ☐ | ☑ | ☐ | U.S. Bankruptcy Court, Oregon (1988) | Stoel, Rives, Boley, Jones & Grey/Bennett Goldstein | Forensic accounting; calculation of earnings. |
| 19 | Bankruptcy | In re: Stayton SW Assisted Living, LLC [Class Action] | D | ☐ | ☐ | ☑ | U.S. District Court, Oregon; Case No. 09-cv-6082-HO | Ball Janik, LLP / Rick Stone, Tony Summers, Robert Taylor | Perform forensic accounting analysis. |
| 20 | Bid rigging | State of California v. Rosendin, et al. | P | ☐ | ☐ | ☐ | California Superior Court, Sacramento County (1992) | California State Attorney General/Tom Greene | Statistical analysis of bid data regarding electrical construction contracts. |
| 21 | Bid rigging | State of California v. Sherwin, et al. | P | ☐ | ☐ | ☐ | Sacramento County Superior Court; Case No. 95F00913 (1997) | California State Attorney General/Molly Alden | Statistical analysis of bid data regarding contracts to provide food services to state prisons. |
| 22 | Breach of contract | 3CX, Inc. v. Global Strategic Investment, Inc. | P | ☐ | ☐ | ☐ | Pre-litigation | Werner & Burke/Ryan Werner | Determine value of 3CX shares pursuant to buy-out provision in shareholder agreement. |
| 23 | Breach of contract | A.P.J. Associates, Inc. v. North American Philips Corporation and Signetics Company | D | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of Michigan; Case No. 98-74911 | Banchero & Associates/Jeff Banchero | Determine compensation due plaintiff in connection with defendants' sales of microprocessors. |
| 24 | Breach of Contract | Advanced Business Telecommunications v. Pac Bell | D | ☐ | ☐ | ☐ | U.S. District Court, Central District of California (1993) | Orrick Herrington/Tom Gray | Respond to plaintiff's analysis of lost profits. |
| 25 | Breach of Contract | Ammari Electronics, et al., v. SBC Pacific Bell Directory, et al. [Class Action] | P | ☑ | ☑ | ☐ | California Superior Court, Alameda County; Case No. RG-05198014 | Meade & Schrag / Tyler Meade, Michael Schrag; Gillin Jacobson Ellis & Larsen / Luke Ellis. | Prepare calculation of plaintiff-merchants' damages due to defendant's alleged failure to fulfill obligation to distribute yellow page directories. |

| | Type | Lawsuit | | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 26 | Breach of contract | Axiom Investment Advisors, LLC v. Barclays Bank PLC, et al. [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, Southern District of New York; Case no. Case No. 1:15-cv-09323 | Scott + Scott / Chris Burke, Kristen Anderson | Calculate damages due to defendants' alleged wrongful use of "last look" in currency trades. |
| 27 | Breach of Contract | Bank One, Oklahoma, N.A. et al. v. Trammell Crow Services, Inc., et al. | D | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Illinois, Eastern Division; Case No. 03 C 3624 | Jenner & Block / David Sanders | Analysis of Bank One's damages due to alleged errors contained in Trammel Crow's financial analysis of a real estate investment. |
| 28 | Breach of contract | Brown v. Pacific Northwest Bell | D | ☐ | ☑ | ☐ | American Arbitration Association (1988) | Schwabe, Williamson & Wyatt/Jay Waldron | Calculate plaintiff's damages due to breach of contract involving error in yellow page advertising. |
| 29 | Breach of contract | Children's Hospital & Regional Medical Center v. Eclipsys Corporation | D | ☐ | ☐ | ☐ | Superior Court of Washington For King County; Case No. 02-02-02361-1SEA (2003) | Richard Johnston, Lisa Cameron/Hale & Dorr | Determine plaintiff's damages due to defendant's alleged breach of contract to install a Clinical Information System at plaintiff's hospital. |
| 30 | Breach of contract | CIAL v. Venture Imaging | D | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1988) | Perkins Coie/Michael Simon | Damages analysis. |
| 31 | Breach of contract | Cleghorn Bar Enterprises, et al. v. Museum Parc Partners, L.P., et al. | P | ☐ | ☑ | ☐ | Arbitration; Case No. 74 180 00754 (San Francisco, 2002) | Banchero & Associates/Jeff Banchero, Nance Becker | Forensic accounting. Analysis of amounts due limited partners in San Francisco retail space limited partnership. |
| 32 | Breach of contract | Computer Business Applications, Inc. v. Computer Development, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Central District of California (1994) | Perkins Coie/Doug Thorpe, Dan Johnson | Valuation of intellectual property. |
| 33 | Breach of contract | Convergence Associates v. NaviSite, Inc. | P | ☑ | ☑ | ☐ | Arbitration; JAMS Case No. 1100040436 | Russo & Hale/Jack Russo, Tim Hale, Mike Risch | Determine Convergence's earnout revenues absent NaviSite's alleged breach of purchase agreement. |
| 34 | Breach of contract | David McDonald v. Silicon Valley Expert Witness Group, et al. | D | ☑ | ☐ | ☐ | Superior Court of California; Santa Clara County; Case No. CV 809 162 | Russo & Hale/Jack Russo, Tim Hale, Mike Risch | Calculation of share value per terms of shareholder agreement. |
| 35 | Breach of contract | Deutsch Technology Research v. OrCAD, Inc. | D | ☐ | ☐ | ☐ | American Arbitration Association; Case No. 74 Y 117 01319 98 (1998) | Ater Wynne/Steve Blackhurst | Rebut plaintiff's damages analysis regarding breach of software distribution agreement. |
| 36 | Breach of contract | DP-TEK Development Company v. Integrated Device Technology, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, District of Kansas; Case No. 97-1541-JTM (1998) | Gibson, Dunn & Crutcher/Charles Ivie | Calculate plaintiff's damages resulting from defendant's breach of contract re software development. |
| 37 | Breach of contract | Eastman Kodak Company v. Calcomp Technology, Inc., et al. | D | ☐ | ☐ | ☐ | Superior Court of California; County of Orange (2000) | Irell & Manella/Ken Heitz | Determine plaintiff's damages due to defendant's failure to develop inkjet printer technology. |

| | Type | Lawsuit | | Testimony | | | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| | | | * | Dep | T | Dec | | | |
| 38 | Breach of contract | F. M. Nicholas Co., Inc. v. AMP, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. C 00 2731 MEJ (2000) | Banchero & Associates/Jeff Banchero | Analysis of plaintiff's damages due to defendant's breach of distributor agreement. |
| 39 | Breach of contract | fourthchannel, inc. v. Pivotal Corporation | D | ☐ | ☐ | ☐ | American Arbitration Association; Case No. 50 T 133 00200 (2001) | Dorsey & Whitney/Peter Sipkins | Analysis of plaintiff's damages due to defendant's breach of software development and license agreement re internet commerce software. |
| 40 | Breach of contract | Fred Meyer v. A.T. Kearney | D | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1992) | Bullivant, Houser, Baily Pendergrass & Hoffman/ Doug Houser, Dan Lindahl | Damages analysis related to failed computer system installation. |
| 41 | Breach of contract | Glass & Associates v. Factory Mutual Insurance Company | P | ☐ | ☐ | ☐ | U.S. District Court, District of Oregon; Civil No. 99-6105-HO (2000) | Ball Jan k/Rick Stone | Determine damages to plaintiff's plywood mill due to insurance company's bad faith in settlement of business interruption claim. |
| 42 | Breach of contract | Green Hills Software, Inc. v. Integrated Software, Inc. | P | ☐ | ☐ | ☐ | Arbitration; Case No. 72 117 01213 97 | Munger Tolles & Olson/Greg Stone, Kelly Klaus | Calculate plaintiff's damages resulting from defendant's breach of software license agreement. |
| 43 | Breach of Contract | Hifn, Inc. v. Intel Corporation | P | ☑ | ☐ | ☐ | Superior Court for the State of Delaware, County of New Castle.  Case No. 05C-06-052-PLA | Tom Moore Law Group / Tom Moore | Calculate damages due to Intel's breach of technology license and purchase agreement. |
| 44 | Breach of contract | Honey Baked Ham, Inc., et al. v. Pilgrim's Pride Corporation | P | ☐ | ☐ | ☐ | U.S. District Court, Central District of California (Santa Ana); Case No. SACV 04-01158 | Peterson, Weyand & Martin / Kurt Peterson | Calculation of lost profits due to Pilgrim's failure to timely deliver food products. |
| 45 | Breach of contract | Honey Baked Hams, Inc. v. Towne, Inc. | P | ☐ | ☐ | ☐ | Superior Court of the State of California, County of Orange (2002) | Peterson Weyand & Martin/Kurt Peterson | Determine Honey Baked Hams' damages due to printing of incorrect telephone number in mailing catalog. |
| 46 | Breach of Contract | Ion Beam Applications, Inc. v. Outrigger Systems, Inc., et al. | D | ☐ | ☐ | ☐ | California Superior Court, Santa Clara County; Case No. 1-03-CV-006620 | Orrick Herrington & Sutcliffe/Matt Poppe | Analysis of balance due on promissory notes. |
| 47 | Breach of contract | Jeffrey Christie v. Bank of America, et al. [Class Action] | P | ☐ | ☐ | ☑ | U.S. District Court, Middle District of Florida; Case No. 8:13-cv-01371-JDW-TBM | Zebersky | Payne / Todd Payne | Analysis of damages due to Bank of America's failure to credit borrows with proceeds from claims filed under force placed insurance policies. |
| 48 | Breach of Contract | Joseph Ruwe, et al. v. Cellco Partnership d/b/a/ Verizon Wireless [Class Action] | P | ☑ | ☐ | ☑ | U.S. District Court, Northern District of California, San Francisco Division; Case No. 07-cv-03679 JSW | Hagens, Berman, Sobol, Shapiro, LLP / Jeff Friedman; Chavez & Gertler LLP / Nance Becker; Law Offices of Peter B. Fredman / Peter Fredman | Analyze Verizon's practice of charging late fees to customers who pay late. |

|  | Type | Lawsuit | * | Testimony | | | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Dep | T | Dec |  |  |  |
| 49 | Breach of contract | Kaiser Aerospace & Electronics v. Teledyne Industries | P | ☑ | ☐ | ☐ | 11th Judicial Circuit Miami - Dade County, Florida; Civil Action No. 95-05288-CA-15 (2001) | Weil Gotshal & Manges/Ed Soto, Oscar Cantu, Gina Dombosch | Determine damages due to defendant's breach of contract to jointly acquire Piper Aircraft Corporation's assets out of bankruptcy. Business valuation. |
| 50 | Breach of contract | Legacy Health Hospitals v. Aramark Corporation | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1999) | Ball Janik/Rick Stone, Bruce Conn | Determine damages to Legacy Health Hospitals resulting from Aramark's breach of Management Services Agreement. |
| 51 | Breach of contract | Loranzo-Gurley, Inc., et al. v. Northfield Insurance Company, et al. | P | ☑ | ☐ | ☐ | California Superior Court, Santa Clara County, Case No. 106CV0577706 | Kastner Banchero / Jeff Banchero | Analysis of plaintiff's damages due to defendant's failure to tender defense of a claim submitted by plaintiff / policy holder. |
| 52 | Breach of Contract | Lucey, et al. v. Prudential Insurance Company of America [Class Action] | P | ☑ | ☐ | ☑ | U.S. District Court, District of Massachusetts, Western Division; Case No. 3:10-CV-30163-MAP | Scott & Scott / Chris Burke; Kerr & Wagstaffe / Michael von Loewenfeldt | Analysis of class damages due to Prudential's alleged breach of contract related to payment of life insurance policy benefits for U.S. military service personnel. |
| 53 | Breach of contract | Lussier Subaru, et al v. Subaru of New England, Inc., et al. [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, District of New Hampshire; Case No. C-99-109-B (2000) | Kronick, Moskovitz, Tiedemann & Girard/Bill Kershaw; Wiggin & Nourie/Rich McNamara | Determine damages to class of Subaru dealers due to over accessorizing of cars. |
| 54 | Breach of contract | Manfredi Lacoste v. Oracle Corporation | D | ☐ | ☐ | ☐ | Buenos Aires, Argentina | Baker & McKenzie / Ben Ho | Analysis of damages due to Seibel Systems' (acquired by Oracle) alleged breach of employment contract by failure to pay commissions due. |
| 55 | Breach of contract | Market Transport, Inc. v. Wackenhut Corp. | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1990) | Markowitz, Herbold, Stafford & Glade/Burt Stafford | Damages/business interruption analysis. |
| 56 | Breach of contract | Micky Novak v. Seiko Corp., et al. | P | ☐ | ☐ | ☐ | U.S. District Court, Oregon; Case No. CV 99 1022 RE (2000) | Elliott & Park/Dennis Elliott | Determine reasonable compensation for plaintiffs role regarding defendants' sales of sport watches to Nike. |
| 57 | Breach of contract | Moving Media, Inc. v. Speck Cab Company. | P | ☐ | ☑ | ☐ | Superior Court of California, County of San Francisco; Case No. 978740 (2001) | Werner & Burke/Ryan Werner | Analysis of damages due to defendant's breach of advertising contract. |
| 58 | Breach of Contract | NeWire, Inc. v. Southwire Company | D | ☑ | ☐ | ☐ | Chancery Court, State of Tennessee, 18th Judicial District at Sumner County; Case No. 2011C-21 | Paul Hastings / William Whitner, Eric Stolz, Rachel Saloom | Analysis of damages related to Southwire's alleged failure to use best efforts to commercialize flatwire technology. |
| 59 | Breach of contract | Oregon Metallurgical Corp. v. Burlington Northern & Santa Fe Railway Company, CSX Transportation Company | P | ☑ | ☑ | ☐ | US District Court, District of Oregon; Case No. 01-1052-HA (2001) | Lane Powell Spears Lubersky/Met Wilson, Milo Petranovich | Determine damages due to late railcar deliveries of raw material used in manufacture of titanium sponge. |

| | Type | Lawsuit | | Testimony | | | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| | | | * | Dep | T | Dec | | | |
| 60 | Breach of contract | Or-kav Solutions Ltd. v. Altium, Ltd | D | ☐ | ☑ | ☐ | Amierican Arbitration Association; Case No. 74 117 Y 00165 12 nolg | Hale & Associates / Tim Hale; Computerlaw Group / Jack Russo. | Analysis of Or-Kav's damages due to Altium's alleged breach of Value Added Reseller agreement regarding distribution of electronic design automation (EDA) software in Israel. |
| 61 | Breach of contract | Ostex International, Inc. v. Boehringer Mannheim | P | ☐ | ☐ | ☐ | American Arbitration Association; Case No. 79T184 00192 95 (1996) | Mundt, MacGregor, Happel, Falconer, Zulauf & Hall/Jay Zulauf | Determine damages due to defendant's breach of contact to promote plaintiff's osteoporosis testing technology. |
| 62 | Breach of contract | PC Designs, Inc. v. GN Hello Direct | P | ☐ | ☐ | ☐ | Arbitration (Florida) | Andrews & Galatis / Ted Galatis | Determine additional royalties due per license agreement. |
| 63 | Breach of contract | Polo Ralph Lauren L.P. v. The Magnin Company, Inc. | D | ☐ | ☐ | ☐ | American Arbitration Association (1997) | Browne & Woods/Eddie Woods | Determine damages due to defendant's breach of franchise agreement by not allowing plaintiff to open a Polo Ralph Lauren store at LAX International Airport. |
| 64 | Breach of contract | Prestige Card, Inc. v. Bank One, et al. | D | ☐ | ☑ | ☐ | Arbitration (1998) | Lane Powell Spears Lubersky/Met Wilson | Analysis of lost profits due to defendant's breach of contract to develop affinity credit card program. |
| 65 | Breach of contract | Pyramed, Inc. v. Caremark, Inc. | D | ☐ | ☐ | ☐ | American Arbitration Association (1989) | Spears, Lubersky, Bledsoe, Anderson, Young & Hilliard/Bob Maloney | Damages analysis. |
| 66 | Breach of contract | Raikow v. Frontier Jeep Eagle | D | ☐ | ☑ | ☐ | Arbitration (1991) | Betts, Patterson & Mines/James Nelson, Lori Guzzo; Stoll, Stoll, Berne & Lokting/Rob Shlachter | Forensic accounting; determine profit earned by auto dealership. |
| 67 | Breach of Contract | Retail Distributor v. Wholesale Manufacturer (disclosure of parties precluded by settlement agreement) | P | ☐ | ☐ | ☐ | Disclosure precluded by settlement agreement | Hennlley & Grossfeld / Orlando Cabanday, Ryan Jike | Analysis of plaintiff's lost profits due to alleged breach of contract regarding allocation of product among retail distributors. |
| 68 | Breach of contract | Sedona Corporation v. Open Solutions, Inc. | P | ☑ | ☐ | ☐ | U.S. District Court, District of Connecticut; Civil Action No. 3:07CV171 (MRK) | Schiff Hardin / Gary Grossman, Paul Schuck | Calculate royalties due plaintiff due to defendant's alleged breach of software license agreement. |
| 69 | Breach of contract | Seer Systems, Inc. v. Creative Technology, Ltd. | P | ☐ | ☐ | ☐ | Superior Court of California, County of Santa Clara, Case No. CV 793916 | Peterson Weyand & Martin/Alex Weyand | Determine lost profits due to defendant's breach of technology licensing agreement. |
| 70 | Breach of contract | Seymon v. EASI, Inc., et al. | P | ☐ | ☑ | ☐ | Superior Court of California, County of San Joaquin; Case No. CV010303 (2001) | Chadeayne, Burns & Leachman/Ron Leachman | Valuation of goodwill value of EASI, Inc. |
| 71 | Breach of contract | SMS Automotive v. Allied Signal | D | ☐ | ☐ | ☐ | U.S. District Court, Pennsylvania (1992) | Duane, Morris & Hecksher | Damages analysis/ business valuation. |

| | Type | Lawsuit | * | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|------|---------|---|------|---|-----|-------|----------|----------------|
| 72 | Breach of contract | Tarkington, O'Connor & O'Neill v. Fireman's Fund Insurance Companies | D | ☐ | ☐ | ☐ | California Superior Court; County of San Francisco; Case No. 958950 (1996) | Rice, Fowler, Booth & Banning/Kurt Micklow | Analysis of factors contributing to plaintiff's financial decline. |
| 73 | Breach of Contract | The Doan, Paul Endrest v. State Farm General Insurance Company [Class Action] | P | ☑ | ☑ | ☐ | Superior Court, State of California, County of Santa Clara; Case No. 108CV129264 | Kershaw, Cutter & Ratinoff, LLP / Brooks Cutter, JR Parker | Analysis of depreciation used for purposes of settlement of home owner insurance policy claims. |
| 74 | Breach of contract | TRW, Inc. v. Talley Industries, Inc., et al. | D | ☐ | ☐ | ☐ | U.S. District Court, District of Arizona; Civil Action 94-0350-PHX-PGR (1995) | Donovan, Leisure, Newton & Irving/Jeff Conciatori | Calculate defendant's damages resulting from plaintiff's breach of contract regarding sales of air bag technology. |
| 75 | Breach of contract | Ultratech Stepper v. Dynamic Automated | P | ☐ | ☐ | ☐ | Arbitration (San Francisco; 2001) | Russo & Hale/John Kelley, Mike Risch | Determine plaintiff's damages due to defendant's breach of contract to develop high speed material handler used in semiconductor manufacturing. |
| 76 | Breach of contract | United Computer Systems, Inc. v. AT&T | D | ☐ | ☐ | ☐ | American Arbitration Association; No. 72 117 1362 91 (1998) | Orrick Herrington & Sutcliff/Bob Freitas | Rebut plaintiff's lost profits damages analysis re breach of software development contract. |
| 77 | Breach of contract | Wolfgang Brox v. Andreas Peneder | P | ☐ | ☑ | ☐ | California Superior Court, County of Napa; Case No. 26-25972 | Kastner Banchero / Jeff Banchero | Determine damages from operation and sale of partnership that owned The Candlelight Inn in Napa, CA. |
| 78 | Breach of contract | Workshare Technology, Inc. v. Litera Corporation | P | ☐ | ☐ | ☐ | American Arbitration Association; Case No. 74-117-00863-08 | Perkins Coie / Michael Baily, Chris Coleman | Determine lost profits Workshare suffered due to Litera's alleged breach of settlement agreement regarding Workshare's copyrights used in document comparison software. |
| 79 | Breach of contract | WSI v. Port of Portland | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1991) | Bogle & Gates/Dave Canary | Determine damages due to defendant's breach of contract to repair dry dock ship repair facilities. |
| 80 | Breach of contract, bad faith | insureon.com v. Philadelphia Indemnity Insurance Company, et al. | P | ☑ | ☐ | ☐ | Superior Court of California, County of Alameda (2002) | Werner & Burke/Ryan Werner, Joe Burke | Analysis of damages due to defendants failure to fund defense of trademark infringement suit filed against Insureon. |
| 81 | Breach of contract, breach of fiduciary duty | LASVN#2, et. al. v. Vann Ness and Sperry, et. al. | P | ☐ | ☐ | ☐ | Los Angeles Superior Court, California; Case No. BC 206251 (2002) | Krane & Smith/Marc Smith | Determine plaintiff's damages due to wrongful termination of commercial real estate brokerage. |
| 82 | Breach of fiduciary duty | Ainslie, et al. v. First Interstate Bank of Oregon | D | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1993) | Lane Powell Spears Lubersky/Met Wilson | Analysis of defendant's compliance with terms of escrow agreement. |
| 83 | Breach of fiduciary duty | Huntington Bank, Inc. v. Gilchrist Timber Company | D | ☐ | ☐ | ☐ | U.S. District Court, Oregon; (1993) | Ater, Wynn, Hewitt, Dodson & Skerritt/Steve Blackhurst | Financial analysis. Business valuation. |

| | Type | Lawsuit | | Testimony | | | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Dep | T | Dec | | | |
| 84 | Breach of fiduciary duty | Ingersoll-Rand Financial Corp. v. First Interstate Bank of Oregon | D | ☐ | ☐ | ☐ | U.S. District Court, Oregon (1993) | Lane Powell Spears Lubersky/Met Wilson, Tim Harmon | Analysis of defendant's compliance with terms of escrow agreement. |
| 85 | Breach of fiduciary duty | Oregon Dental Association v. United States National Bank | P | ☐ | ☐ | ☐ | U.S. District Court, Oregon (1988) | Perkins Coie/Michael Simon | Jury award distribution analysis. |
| 86 | Breach of fiduciary duty | Stephen Friedman v. Appaloosa Interactive Corporation; Andras Csaszar, Sega Enterprises USA, Bonus.com | D | ☑ | ☑ | ☑ | Superior Court of California, Santa Clara County; Case No. 1-05-CV-050715 | Baker & McKenzie / Tod Gamlen, Keith Wurster | Rebuttal of plaintiff's business valuation damages analysis. |
| 87 | Breach of fiduciary duty | Supra Corporation v. D.L. Horton Enterprises, Inc. | P | ☐ | ☐ | ☐ | Superior Court of California, County of Los Angeles; Case No. BC 093085 (1995) | Stradling, Yocca, Carlson & Rauth/Julie McCoy Akins | Calculate plaintiff's lost profits due to business interruption. |
| 88 | Breach of franchise agreement | Bernhart v. Johnson | P | ☐ | ☐ | ☐ | Washington State Superior Court, King County (1994) | Preston, Gates & Ellis/Carol Arnold | Calculate damages due to alleged wrongful termination of real estate franchise agreement |
| 89 | Breach of trust | The Commissioner of Insurance of the State of Michigan v. Harris Trust and Savings Bank, et al. | D | ☐ | ☐ | ☐ | Michigan Circuit Court, Ingham County (1996) | Winston & Strawn/Mark Rotert, Carolyn McNiven | Transactional analysis of trust account activity; damages analysis. |
| 90 | Breach of warranty | Emerson Radio Corp. v. G&C Distributing | P | ☑ | ☐ | ☐ | American Arbitration Association (1988) | Ball, Janik & Novack/Ken Novack | Analysis of defendant's sales, calculate lost profits. |
| 91 | Breach of warranty | General Chemical v. Nisshin Gulf Coast, Inc. | P | ☐ | ☐ | ☐ | California Superior Court, County of San Francisco; Case No. 306072 (2000) | Banchero & Associates/Jeff Banchero, Nance Becker | Calculate plaintiff's damages caused by failure of defendant's equipment used in the manufacture of high purity sulfuric acids. |
| 92 | Breach of warranty | I. B. Fischer v. Foodmaker, Inc. | P | ☐ | ☐ | ☐ | N/A (1993) | Milbank, Tweed, Hadley & McCloy/Rick Stone, Betsy Lear | Determine damages due to defendant's provision of e coli tainted meat to Jack In The Box franchisee. |
| 93 | Breach of warranty | Lewis River Golf Course v. Scott Seed Company, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Western District of Washington (1988) | Schwabe, Williamson & Wyatt/Donald Joe Willis | Determine damages due to defendant's provision of incorrect grass seed. |
| 94 | Breach of warranty | LHS Communications Systems, Inc. v. Pacific Bell Mobile Services. | D | ☑ | ☑ | ☐ | Arbitration; Case No. 30 Y 181 00786 99 (San Francisco, 2001) | Orrick, Herrington & Sutcliffe/Matt Poppe, Chris Ottenweller | Prepare counterclaim damages analysis regarding failure of plaintiff's billing software program. |
| 95 | Breach of warranty | Virtual Silicon Technology, Inc. v. Library Technologies, Inc. | P | ☐ | ☐ | ☐ | American Arbitration Association (San Francisco, 2003) | Russo & Hale/Tim Hale, John Kelley, Mike Risch | Analysis of damages due to alleged deficiencies in defendant's standard cell library software. |
| 96 | Business devastation | Ball, Ball, Brosamer, Inc. v. Myles Lorentz, Inc. | P | ☐ | ☐ | ☐ | District Court, City and County of Denver, Colorado; Civil Action #93 CV 1234 (1995) | Holland & Hart/Robert Benson, Ian Karpel | Analysis of factors contributing to defendant's bankruptcy. |

| | Type | Lawsuit | | Testimony | | | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| | | | * | Dep | T | Dec | | | |
| 97 | California Business & Professions Code § 17200 | Adam Schwartz v. VISA International Corp., MasterCard International, Inc. et al. [Class Action] | P | ☑ | ☑ | ☐ | Superior Court of California, County of Alameda; Case No. 822204-4 (2001) | Schrag & Baum/Tom Schrag; Steyer Lowenthal Boodrookas Alvarez & Smith/Allan Steyer; Millberg Weiss/Chris Burke | Prepare cost and profitability analysis of multicurrency conversion settlement system. |
| 98 | Complaint for Indemnity | Cleghorn Bar Enterprises, et al. v. Garlock, et al. | P | ☐ | ☑ | ☐ | California Superior Court, County of San Francisco; Case No. CGC 04-432322 (2005) | Kastner Banchero / Jeff Banchero | Forensic accounting analysis. Determine amounts owing plaintiffs. |
| 99 | Copyright Infringement | Oracle America, Inc. v. Terix Computer Company, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California, Case No. CV 13 3385 | Hopkins & Carley / John Picone, Jennifer Coleman, Cary Chien | Analysis of damages regarding defendant's alleged copyright infringement of Oracle software. |
| 100 | Copyright infringement | Yield Dynamics v. Macrovision, et al. | P | ☐ | ☐ | ☐ | United States District Court, Northern District of California (2003) | Russo & Hale / Tim Hale | Analysis of plaintiff's damages due to defendants alleged use of plaintiff's software code. |
| 101 | Dealer termination | Bayshore Ford Truck Sales, Inc. et al. v. Ford Motor Company [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, District of New Jersey; Case No. 99 cv 741 (JCL) | Kronick, Moskovitz, Tiedemann & Girard/Bill Kershaw, Lyle Cook, Jonathan Renner | Calculate damages for class of truck dealers regarding Ford's sale of its heavy duty truck business to Freightliner. |
| 102 | Dealer termination | Blount v. Oregon Tractor | D | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1992) | Perkins Coie/Chris Angius | Determine damages due to plaintiff's alleged wrongful termination of franchise agreement. |
| 103 | Dealer termination | Lusk v. Jiffy Lube | D | ☐ | ☐ | ☐ | California Superior Court, Sacramento County (1992) | Porter, Scott, Weibert & Delehart | Analysis of plaintiff's damages due to termination of franchise agreement. |
| 104 | Dealer termination | Meyers v. UNOCAL | P | ☐ | ☐ | ☐ | U.S. District Court, Oregon (1991) | James, Denecke & Harris/Roger Harris | Analysis of plaintiff's damages due to termination of franchise agreement. Business valuation. |
| 105 | Dealer termination | The Communications Group v. GTE Mobilnet | D | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1992) | Lane Powell Spears Lubersky/Met Wilson, George Kirkland | Analysis of plaintiff's damages due to termination of franchise agreement. |
| 106 | Dissenting minority shareholder | Benchmark Designs of California v. D.W. Industries, Inc., et al. | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County; Case No. 9408-05328 (1995) | Larry Sokol & Associates/ Larry Sokol | Valuation of minority shareholder interest. |
| 107 | Eminent domain | State of California v. Bio-Rad | D | ☐ | ☐ | ☐ | Alameda Superior Court, California (1992) | Law offices of James Whitaker/Jim Whitaker | Determine damages resulting from state of California seizing defendant's land through eminent domain in connection with construction of highway. |
| 108 | Environmental contamination | General Electric | P | ☐ | ☐ | ☐ | N/A (1995) | GE in-house counsel | Estimate costs to remediate contaminated sites. |

| | Type | Lawsuit | | **Testimony** | | | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| | | | * | Dep | T | Dec | | | |
| 109 | Environmental contamination | Lowe's Home Centers, Inc. v. General Electric Company | D | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Georgia; Case No. 4:98-CV-0028-HLM (2000) | Williams & Connolly/Steve Kuney, Bob Shaughnessy | Rebut plaintiff's lost profits damages analysis regarding lost opportunity to open a Lowes superstore in Rome, GA. |
| 110 | False advertising / Lanham Act | NEC Technologies v. Samsung | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Illinois (2001) | Bates & Carey/Richard Nicolaides | Analysis of plaintiff's damages due to defendant's false advertisements re flat panel pc monitors. |
| 111 | Fifth Amendment Takings | Michael Etchegoinberry, et al. v. The United States | P | ☐ | ☐ | ☐ | U.S. Court of Federal Claims; Case No. 11-564C | Kershaw Cutter and Ratinoff / Bill Kershaw | Analysis of proposed settlement. |
| 112 | Fraud | Callaway v. Mercedes Benz USA, LLC, et al. [Class Action] | P | ☑ | ☐ | ☑ | U.S. District Court, Northern District of California; Case no. Case No. 8:14-cv-02011 JVS (DFMx) | Eagan Avenatti, LLP / Scott Sims, Jason Frank | Calculate damages due class due to defendant's failure to disclose defect in seat heaters. |
| 113 | Fraud | Damerow Ford v. Prebble | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1989) | Schwabe, Williamson & Wyatt/Tom Dulcich, Peter Ozanne | Forensic accounting. Investigation of possible fraud by operating partner of auto dealership. |
| 114 | Fraud | Eulrich v. Snap-On Tools Corp. | D | ☐ | ☐ | ☐ | Oregon Circuit Court, Linn County (1990) | Spears, Lubersky, Bledsoe, Anderson, Young & Hilliard/Milo Petranovich | Determine damages due to defendant's alleged wrongful termination of franchise agreement. |
| 115 | Fraud | First Interstate Bank of Oregon v. C&B Livestock, Inc. | P | ☐ | ☐ | ☐ | N/A (1991) | Weiss, Jensen, Ellis & Botteri/Charlie Starkey | Forensic accounting. Analysis of defendant's financial reporting. |
| 116 | Fraud | Hammersmith v. Taco Bell Corp. | D | ☐ | ☐ | ☐ | U.S. District Court, Oregon (1990) | Skadden, Arps, Slate, Meagher & Flom | Determine damages due to defendant's alleged wrongful termination of franchise agreement. |
| 117 | Fraud | In Re Lenovo Adward Litigation [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California, San Jose Division; Case no. 5:15-md-02624-RMW | Girard Gibbs / Elizabeth Kramer; Cotchett, Pitre & McCarthy / Matt Edling. | Calculate damages due class due to inclusion of adware / spyware in Lenovo laptops. |
| 118 | Fraud | PG&E v. Satrap | P | ☐ | ☐ | ☐ | Pre-litigation (1989) | PG&E's Internal Audit Department | Forensic accounting. Analysis of terms of natural gas contracts PG&E entered into with gas suppliers. |
| 119 | Fraud | Pioneer Liquidating Corporation v. San Diego Trust & Savings Bank, et al. | D | ☐ | ☐ | ☐ | United States District Court, Southern District of California; Case No. 94-361 (1995) | Post, Kirby, Noonan & Sweat/David Noonan, Steve Sanchez | Analysis of check kiting scheme. Analyze and respond to plaintiff's damages theories and calculations. |
| 120 | Fraud | Sharon Scofield, et al. v. Hammer Lane RV and Mini Storage LP, et al. | P | ☐ | ☐ | ☐ | Superior Court of California, County of Sacramento; Case No. 34-2012-00124071 | Peterson Martin and Reynolds / Kurt Peterson | Forensic accounting analysis of mini-storage limited partnership property. Calculate damages. |

| | Type | Lawsuit | | Testimony | | | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Dep | T | Dec | | | |
| 121 | Fraud | Shuxin Li v. EFT Holdings, Inc. [Class Action] | P | ☑ | ☐ | ☑ | US District Court, Central District of California; Case No. 2:15-CV-00727-DSF-CWx | Locke Lord / John Hulihan; Howarth & Smith / Don Howarth, Paddy Glaspy, Jess Walsh | Analysis of class damages due to defendant's sales of products and memberships through endless chain scheme. |
| 122 | Fraud | State of Oregon v. Vendu Services, Inc. | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Marion County (1993) | Oregon State Attorney General/Gene Ebersole | Forensic accounting; calculation of defendant's unreported sales revenue. |
| 123 | Fraud, breach of contract | Jo Edward Enterprises, Inc. v. Ball, Ball, Brosamer, Inc., et al. | D | ☐ | ☐ | ☐ | District Court, City and County of Denver, Colorado; Civil Action #9 CV 4495 (1995) | Holland & Hart/Robert Benson, Todd Miller | Forensic accounting. Analysis of invoice and payment transactions. |
| 124 | Fraud, Securities Laws Violations | Securities and Exchange Commission v. Sunwest Management, Inc., et al. | D | ☐ | ☑ | ☑ | US District Court, District of Oregon; Case No. 09-CV-6056 | Ball Janik, LLP / Rick Stone, Tony Summers, Robert Taylor | Perform forensic accounting analysis. |
| 125 | Fraud, Unfair Business Practices | Paul Miller v. Bank of America [Class Action] | P | ☑ | ☑ | ☐ | Superior Court of California; San Francisco County; Case No. 301917 | The Sturdevant Law Firm/Jim Sturdevant, Mark Johnson, Jesper Rasmussen | Determine NSF fees charged to class. Profitability analysis. |
| 126 | Fraudulent transfer | Dorothee Dary, et al. v. William and Lee Ann Gibert, et al. | D | ☑ | ☐ | ☐ | Superior Court of California; San Mateo County; Case No. 406876 | Werner & Burke/Ryan Werner, Joe Burke | Determine goodwill value of saloon. |
| 127 | Good Faith And Fair Dealing | Checking Account Overdraft Litigation MDL No. 2036 (BancorpSouth Bank) [Class Action] | P | ☑ | ☐ | ☐ | U.S. District Court, Southern District of Florida; Case No. 1:09-MD-02036 JLK | Kopelowitz Ostrow Ferguson Weiselberg Keechl / Jonathan Streisfeld | Develop methodologies to measure overdraft fee damages due to defendant bank's alleged wrongful practice of posting debits to customer accounts in high-to-low order of dollar amount. |
| 128 | Good Faith And Fair Dealing | Checking Account Overdraft Litigation MDL No. 2036 (Capital One) [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, Southern District of Florida, Miami Division; Case No. 1:09-MD-02036 JLK | Golomb & Honik / Ken Grunfeld; Golomb & Honik; Grossman Roth, P.A. / Bobby Gilbert | Develop methodologies to measure overdraft fee damages due to defendant bank's alleged wrongful practice of posting debits to customer accounts in high-to-low order of dollar amount. |
| 129 | Good Faith And Fair Dealing | Checking Account Overdraft Litigation MDL No. 2036 (Union Bank of California) [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, Southern District of Florida; Case No. 1:09-MD-02036 JLK | Lieff, Cabraser, Heimann & Bernstein / Roger Heller, Michael Sobol | Develop methodologies to measure overdraft fee damages due to defendant bank's alleged wrongful practice of posting debits to customer accounts in high-to-low order of dollar amount. |
| 130 | Good Faith And Fair Dealing | In Re: Chase Bank USA, N.A. "Check Loan" Contract Litigation [Class Action] | P | ☑ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. 09-cv-02032 MMC; MDL NO. 2032 | The Sturdevant Law Firm / Jim Sturdevant; Green Welling / Robert Green; Lieff Cabraser Heimann & Bernstein / Roger Heller. | Analysis of damages due plaintiff borrowers due to Chase Bank's change in terms of "Check Loan" agreements. |

| | Type | Lawsuit | * | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 131 | Insurance claim | Christensen Yachts v. New Hampshire Insurance | P | ☐ | ☐ | ☐ | Arbitration (1992) | N/A | Determine economic impact on yacht manufacturer following destruction of manufacturing facility by fire. |
| 132 | Intellectual property | Virgin Vision, Ltd. v. The Samuel Goldwyn Co. | P | ☐ | ☐ | ☐ | California State Superior Court, Los Angeles County; No. BC-013701 (1994) | Law Offices of James P. Tierney/Susan Cleary | Determine damages due to defendant's failure to post listing in film credits. |
| 133 | Intentional interference with prospective business advantage | Phase Metrics, Inc. v. Magnetic Recording Solutions, Inc., et al. | D | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. C-98-1799-CAL | Hoge, Fenton, Jones & Appel/Howard Lloyd, Bill Bretschneider | Calculate plaintiff's damages resulting from defendant's interfering with plaintiff's contract with third party concerning sale of hard disk drive testing equipment manufacturer. |
| 134 | Interference with Prospective Economic Advantage | Asahi Kasei Pharma Corporation v. Actelion LTD, et al. | P | ☐ | ☐ | ☑ | California Superior Court, San Mateo County; Case No. CIV 478533 | Morgan Lewis & Bockius / Ben Smith, Chris Banks | Analysis of damages due to Actelion's alleged interference with Asahi's contract with CoTherix to develop the drug Fasudil for the treatment of pulmonary arterial hypertension ("PAH"). |
| 135 | Labor law violations | David Cooke, et al. v. Fremont Rideout Health Group [Class Action] | P | ☑ | ☐ | ☑ | California Superior Court, County of Yuba; Case No. 08-0000278 | Kershaw, Cutter & Ratinoff / Bill Kershaw, Lyle Cook | Calculate plaintiff class damages due to defendant's alleged failure to compensate certain employees pursuant to California wage and hour laws. |
| 136 | Labor law violations | Jason Campbell, et al. v. PricewaterhouseCoopers, LLP [Class Action] | P | ☑ | ☐ | ☐ | US District Court, Eastern District of California, Case No.: 06-CV-02376-LKK-GGH | Kershaw, Cutter & Ratinoff LLP / Bill Kershaw | Calculate plaintiff class damages due to PWC's alleged failure to compensate certain employees pursuant to California wage and hour laws. |
| 137 | Labor law violations | Julie Campanelli, et al. v. The Hershey Company [Class Action] | P | ☑ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. 08-cv-01862-WDB | The Brandi Law Firm / Thomas Brandi, Brian Malloy | Analysis of overtime wages due. |
| 138 | Labor law violations | Yelena Lebedchik, et al., v. Pacific Bell Telephone Co. [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of California; Case No. 2-07-CV-392 | Kershaw, Cutter & Ratinoff / Brooks Cutter | Analysis of class damages due Pacific Bell's alleged violation of California labor laws. |
| 139 | Lanham Act | Collegenet, Inc. v. Embark.com, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, Oregon; Case No. CV 00 981 ST | Stoll, Stoll, Berne, Lokting & Shlachter/Robert Stoll | Determine plaintiff's damages due to alleged false statements by defendants regarding online college application website service. |
| 140 | Lanham Act | Monogram Aerospace Fasteners, Inc. v. The Fairchild Corporation | D | ☑ | ☐ | ☐ | Los Angeles Superior Court (2001) | Irell & Manella/Tom Foley, Mike Ermer | Determine plaintiff's damages due to wrongful termination notice. |

| | Type | Lawsuit | | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 141 | Lanham Act | Southland Sod Farms v. Stover Seed Company, et al. | P | ☐ | ☐ | ☐ | U.S. District Court, Central District of California; Civil No. 92-4894-JMI (1994) | Nordman, Cormony, Hair & Compton/Bob Compton | Determine damages due to defendant's alleged false advertising regarding proprietary grass seed. |
| 142 | Lanham Act | Tube Forgings, Inc. v. Weldbend, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, Oregon (1992) | Mayer, Brown & Platt/Tom McNeill | Determine damages due to defendant's alleged false advertising regarding carbon steel butt-weld pipe fittings. |
| 143 | Legal malpractice | Chain Tool Co. v. Workman, Nydegger & Jensen, et al. | P | ☐ | ☐ | ☐ | Third District Court, Utah (1990) | Wi kins, Oritt & Headman/Jeff Oritt | Determine damages due to defendant law firm's failure to procure foreign patent protection for U.S. patented chain tool device. |
| 144 | Legal malpractice | Dr. Magda Botez v. Herzfeld & Rubin, International Housing Systems, Inc. | P | ☐ | ☐ | ☐ | Superior Court of the State of California, County of Los Angeles;  Case No. BC 192893 | Green, Broillet, Taylor, Wheeler & Panish/Bruce Broillet, Scott Carr | Prepare valuation analysis of hotel/spa opportunity in Romania. |
| 145 | Lender liability | First Interstate Bank of Oregon v. Haynes & Waldon Farms, Inc. | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Deschutes County (1989) | Marceau, Karnopp, Peterson, Noteboom & Hubel/Martin Hansen | Forensic accounting. Determine cause of failure of defendant's potato farming operation. |
| 146 | Lender liability | Hrebec Properties, Inc. v. First Interstate Bank of California | D | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1991) | Lane Powell Spears Lubersky/Bob Maloney | Calculate damages due to defendant's alleged breach of contract to provide funding for construction of apartment complex. |
| 147 | L bel | JRS Products v. Network Office Systems | P | ☐ | ☐ | ☐ | Sacramento County Superior Court, California; Case No. 95 AS 04411 (1997) | Law Offices of Richard Hart/ Richard Hart | Compute plaintiff's lost profits. |
| 148 | Marital dissolution | McCaw v. McCaw | P | ☐ | ☐ | ☐ | King County Superior Court, Washington; Case No. 95-3-07235-0 SEA (1997) | Perkins Coie; Danielson, Harrigan & Tollefson; Kinzel, Allan, Skone & Searing; Law Offices of Gordon Wilcox | Investigatory accounting regarding divorce. |
| 149 | Marital dissolution | Orem v. Orem | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Klamath County (1993) | James, Denecke & Harris/Richard Urrutia | Business valuation; valuation of marital estate. |
| 150 | Marital dissolution | Sohn v. Sohn | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Douglas County (1991) | Hutchinson, Anderson, Cox, Parrish & Coons | Business valuation. |
| 151 | Misappropriati on of intangible assets | E.L. Hamm & Associates, Inc. v. American Management Systems, Inc., et al. | D | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of Virginia, Norfolk Division; Case No. 2:98cv1046 | Shaw Pittman Potts & Trowbridge/Ralph Taylor; Kaufman & Canoles/Steve Noona | Rebut plaintiff's damages analysis regarding valuation of computer graphics marketing material. |
| 152 | Partnership dissolution | Franklin v. Johnny Limbo & The Lugnuts | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1994) | Jolles, Sokol & Berstein/Bernie Jolles | Prepare valuation analysis of band member's interest in partnership. |

| | Type | Lawsuit | * | Dep | T | Dec | Court | Law Firm | Work Performed |
|---|------|---------|---|-----|---|-----|-------|----------|----------------|
| | | | | | **Testimony** | | | | |
| 153 | Patent Infringement | Adaptix, Inc. v. Alcatel-Lucent USA, Inc. et al. | D | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of Texas (Tyler Division); Case No. 6:12-cv-00022-LED | Quinn Emanuel / Stephen Swedlow, Marc Kaplan | Calculate reasonable royalty damages regarding patents related to 4G cellular network switching technology. |
| 154 | Patent Infringement | Advanced Micro Devices, Inc., et al. v. Samsung Electronics Co., LTD., et al. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. CV-08-0986-SL | Robins, Kaplan, Miller & Ciresi / Bill Manning, Eric Jackson | Calculate reasonable royalty damages due to Samsung's alleged infringement of patents related to memory, microprocessor and digital display technologies. |
| 155 | Patent Infringement | Allvoice Developments US, LLC v. Microsoft Corp. | P | ☐ | ☐ | ☐ | U.S. District Court, Washington (Western District); Case No. C10-2102RAJ | Susman Godfrey / Ian Crosby, Rachael Black; Gardere Wynne Sewell LLP / Chris Perque | Analysis of reasonable royalty damages due to Microsoft's alleged infringement of patented technology related to speeh recognition. |
| 156 | Patent Infringement | Altana Pharma, AG and Wyeth v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals, Ltd. | D | ☐ | ☐ | ☑ | U.S. District Court, District of New Jersey; Case No. 04-2355 | Merchant & Gould / Chris Sorenson | ANDA case. Provide declaration testimony regarding methodologies and ability to quantify patent infringement damages allegedly resulting from introduction of generic version of Protonix (Pantoprazole). |
| 157 | Patent Infringement | Ameranth, Inc. v. Genesis Gaming Solutions, Inc. et al. | D | ☐ | ☐ | ☐ | U.S. District Court, Central District of California; Case No. SACV11-0189 AG (RNBx) | Law Office of David B. Abel / David Abel | Analysis of reasoanble royalty damages regarding defendant's alleged infringement of patents related to casino gaming management software. |
| 158 | Patent Infringement | American Video Graphics v. Microsoft | P | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of Texas; Case No. 6:05cv006 LED | McKool & Smith / Chris Harrington | Calculation of damages due to Microsoft's infringement of patents regarding pre-emptive multitasking in a computer operating system. |
| 159 | Patent Infringement | Apple Computer, Inc. v. Burst.com, Inc. | D | ☐ | ☐ | ☑ | U.S. District Court, Northern District of California; Case No. 06-CV-00019 MHP | Susman Godfrey / Floyd Short | Analysis of reasonable royalty damages due to Apple's alleged infringement of Burst.com's patents related audio and video data storage and transmission. |
| 160 | Patent Infringement | Atari Corporation v. Sega of America, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California (1994) | Flehr, Hohbach, Test, A britton & Gerbert/Richard Doyle, Jr. | Calculate reasonable royalty damages related to patented video game technology. |
| 161 | Patent Infringement | Atari v. Nintendo | P | ☐ | ☐ | ☐ | U.S. District Court, Northern California (1992) | Knobbe, Martens, Olson & Bear | Calculate reasonable royalty damages related to patented video game technology. |

| | Type | Lawsuit | | **Testimony** | | | Court | Law Firm | Work Performed |
|---|------|---------|---|---|---|---|-------|----------|----------------|
| | | | * | Dep | T | Dec | | | |
| 162 | Patent Infringement | Avia v. Nike, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, Oregon (1992) | Baker & Botts/Scott Partridge, Tim Durst | Calculate reasonable royalty damages regarding air sole shoe technology. |
| 163 | Patent Infringement | Brandeis University, et al. v. East Side Ovens, Inc., et al. | P | ☐ | ☐ | ☐ | U.S. Dist. Court, Northern Dist. Of Illinois;  Case No. 1:12-CV-01508 | Quarles & Brady LLP / Matt Duchemin | Analysis of damages due to defendants' alleged infringement of patents related to improving cholesterol levels in food products. |
| 164 | Patent Infringement | Brent Townshend v. Rockwell Semiconductor Systems, Inc., et al. | P | ☐ | ☐ | ☐ | Superior Court of California, County of San Mateo (1998) | Wilson Sonsini Goodrich & Rosati/Ken Wilson, Betsy Lear | Calculate lost profits and reasonable royalty damages due to Rockwell's infringement of Townshend's patents regarding 56k modem technology. |
| 165 | Patent Infringement | Callpod, Inc. v. GN Netcom, Inc., et al. | D | ☑ | ☐ | ☐ | U.S. District Court, Northern District of Illinois, Eastern Division; Case No. 06CV4961 | Arnold & Porter / Monty Agarwal, Aaron Schur | Determine reasonable royalty damages due to GN Netcom's alleged infringement of Callpod's patented invention related to wireless multi-user conferencing devices. |
| 166 | Patent infringement | Callpod, Inc. v. T Technology, Inc., et al.,  (GN Netcom) | D | ☐ | ☐ | ☐ | U.S. Dist. Court, Eastern Disctrict of Texas,  Marshall Division; Case No. 2:11-cv-00326-JRG-RSP | Haynes and Boone LLP / Bill Nash, Adam Sencenbaugh | Calculation of damages due to GN Netcom's alleged infringment of patents relating to wireless conference calling. |
| 167 | Patent infringement | Convolve, Inc. v. Dell, Inc., et al. | P | ☑ | ☑ | ☐ | U.S. District Court, Eastern District of Texas, Marshall Division; Civil Action No. 2:08-cv-244 | Robins Kaplan Miller & Ciresi / Jim Anderson, Anna Carr | Analysis of reasonable royalty damages due to defendants' alleged infringment of Convolve's patented technology regarding accoustic management in hard disk drives. |
| 168 | Patent Infringement | Cryptography Research, Inc. v. VISA International Service Association | D | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California (San Jose Division); Case No. 05:C-04-4143 JW | Mayer Brown / Brandon Baum | Determine reasonable royalty damages due to VISA's alleged infringement of patented technology regarding smart card security features. |
| 169 | Patent Infringement | Cylink Corporation v. RSA Data Security, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California (1995) | Tomlinson, Zisko, Morosoli & Maser/Jim Busselle, Tom Moore | Calculate reasonable royalty damages regarding data encryption technology. |
| 170 | Patent Infringement | Datascape v. Avaya | P | ☐ | ☐ | ☐ | n/a (prelitigation license negotiation) | Robins Kaplan Miller & Ciresi / Steve Risley, Scott Culpepper | Analysis of reasonable royalty damages due to Avaya's' alleged infringment of Datascape's patented technology regarding WAP enabled cell phones. |

| | Type | Lawsuit | * | Testimony | | | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Dep | T | Dec | | | |
| 171 | Patent Infringement | Datascape, Inc v. Sprint Nextel Corporation, et al. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Georgia, Atlanta Division / Civil Action File No. 1:07-CV-0640-CC | Robins Kaplan Miller & Ciresi / Jim Anderson, Heidi Raschke | Analysis of reasonable royalty damages due to Sprint's alleged infringment of Datascape's patented technology regarding WAP enabled cell phones. |
| 172 | Patent Infringement | Datascape, Inc. v. Kyocera Wireless Corp., Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Georgia. Civil Action No. 1:05-CV-1651-CC | Robins Kaplan Miller & Ciresi / Steve Risley, Scott Culpepper | Determine reasonable royalty damages due to Kyocera's infringement of portfolio of patents related to WAP enabled cellular telephones. |
| 173 | Patent Infringement | Datascape, Inc. v. Sharp Electronics | P | ☐ | ☐ | ☐ | n/a (prelitigation license negotiation) | Robins Kaplan Miller & Ciresi / Jim Anderson | Analysis of reasonable royalty damages due to Sharp's alleged infringment of Datascape's patented technology regarding WAP enabled cell phones. |
| 174 | Patent Infringement | Datascape, Inc. v. Sony Ericsson Mobile Communications, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Georgia. Case No. 1:05-CV-3317-CC | Robins Kaplan Miller & Ciresi / Steve Risley, Scott Culpepper | Determine reasonable royalty damages due to Sony Ericsson's infringement of portfolio of patents related to WAP enabled cellular telephones. |
| 175 | Patent Infringement | Datascape, Inc. v. UTStarcom, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Georgia. Case No. 1:05-CV-3164-CC | Robins Kaplan Miller & Ciresi / Steve Risley, Scott Culpepper | Determine reasonable royalty damages due to UTStarcom's infringement of portfolio of patents related to WAP enabled cellular telephones. |
| 176 | Patent Infringement | e2Interative, Inc., et al., v. Blackhawk Network, Inc. | P | ☑ | ☑ | ☐ | U.S. District Court, Wisconsin (Western District); Case No. 09-cv-629-slc | Alston & Bird / Robin McGrath | Analysis of lost profits and reasonable royalty damages related to Blackhawk's alleged infringement of patented technology related to gift cards and prepaid telephone calling cards. |
| 177 | Patent Infringement | Eastman Kodak Company v. Sony Corporation | P | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of Texas (1993) | Jones, Day, Reavis & Pogue/Jim Wamsley, Leo Aggazino | Calculate reasonable royalty damages regarding microgap camcorder technology. |
| 178 | Patent Infringement | Elantech Devices Corporation v. Synaptics, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. C 06-01839 | Morrison & Foerster / Karl Kramer | Analysis of lost profits and reasonable royalty damages due to Synaptics's alleged infringement of Elantech's patents related to touch sensor pads. |
| 179 | Patent Infringement | Electro Scientific Industries, Inc. v. Dynamic Details, Inc., GSI Lumonics, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, Central District of California; No. SACV00-272 AHS (2001) | Knobbe, Martens, Olson & Bear/Don Martens, Paul Stewart | Rebut patentee's lost profits and reasonable royalty damages analysis re patent for microvia laser drilling system. |

| | Type | Lawsuit | * | Testimony | | | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Dep | T | Dec | | | |
| 180 | Patent Infringement | Elk Industries, Inc. v. Glenayre Electronics, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Southern District of Florida (1993) | Christensen O'Connor Johnson Kindness/Jim Uhlir | Calculate reasonable royalty damages regarding electronic aviation technology. |
| 181 | Patent Infringement | Engineered Products Co., v. Donaldson Company, Incorporated. | D | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Iowa; Case No. 98-2106MJM (2000) | Robins, Kaplan, Miller & Ciresi/Annamarie Daley, Ken Hall | Rebut plaintiff's lost profits and reasonable royalty analysis re air restriction indicators. |
| 182 | Patent infringement | Enovsys LLC v. AT&T Mobility, Inc., et al. | D | ☐ | ☐ | ☐ | U.S. Dist. Court, Central Dist. Of California; Case No. CV11-05210 DDP | Baker & Botts / B. C. Boren, Kevin Cadwell, Jon Swenson | Calculate damages due to AT&T's alleged infringement of patents related to location based services on mobile devices. |
| 183 | Patent Infringement | Enterasys Networks, Inc. v. Foundry Networks, Inc. and Extreme Networks, Inc. | P | | | | U.S. District Court, District of Massachusetts (Eastern Division); Civil Action No. 05 11298 DPW | Robins Kaplan Miller & Ciresi / Jim Anderson, Chris Sullivan | Determine patent infringement damages due to defendants alleged infringement of patented network switch technology. |
| 184 | Patent Infringement | Extreme Networks, Inc. v. Enterasys Networks, Inc. | D | ☑ | ☑ | ☐ | U.S. District Court, Western District of Wisconsin; Civil Action No. 07-C-0229-C | Robins Kaplan Miller & Ciresi / Jim Anderson, Chris Sullivan | Determine reasonable royalty damages due to Extreme Networks' alleged infringement of patents relating to layer 2 / layer 3 network switches. |
| 185 | Patent Infringement | Georgia-Pacific Consumer Products LP v. The Clorox Company | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Georgia, Atlanta Division; Case No. 1:08-CV-176 | Robins Kaplan Miller & Ciresi / Jim Anderson | Determine reasonable royalty damages due to Clorox's alleged infringement of patent regarding container design for dispensing disinfectant wipes. |
| 186 | Patent Infringement | GeoTag, Inc. v. Aromatique, Inc.., et al. | D | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of Texas, Marshall Division, Case No. 2:10-cv-00570-JRG | Alston Bird / Kamran Jivani, Josh Weeks | Analysis of reasoanble royalty damages. |
| 187 | Patent Infringement | Globetectrust LLC v. AT&T Services, Inc., et al | D | ☐ | ☐ | ☐ | U.S. District Court, District of Deleware; Case No. 1:12-cv-01234-UNA | Baker & Botts / Kevin Cadwell, Roger Fulghum, Bill Rothwell | Analysis of patent infringement damages due to AT&T's infringement of patents related to optical fiber technology. |
| 188 | Patent Infringement | GraphOn Corp. v. Autotrader.com, Inc. | P | ☑ | ☐ | ☐ | U.S. District Court, Eastern District of Texas,  Civil Action No. 2:05-CV-530 (JTW) | Watson Rounds / Michael Rounds | Determine reasonable royalty damages due to Autotrader's alleged infringement of GraphOn patents related to automated online service and directory technology. |
| 189 | Patent infringement | GraphOn Corporation v. Juniper Networks, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of Texas, Marshall Division; Case No: 2:07-CV-373-TJW-CE | Watson Rounds / Michael Rounds; Vanek | Vickers | Masini / Joe Vanek. | Calculate royalty damages due GraphOn due to Juniper Network's alleged infringement of GraphOn's patents related to networking device technology. |

| | Type | Lawsuit | | Testimony | | | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| | | | * | Dep | T | Dec | | | |
| 190 | Patent Infringement | GunVault, Inc. v. Windrode Enterprises, Inc. d/b/a Bulldog Cases | D | ☐ | ☐ | ☐ | U.S. District Court, Central District of California; Case No. 5:12-cv-01459-GHK-RZ | Owens & Tarabichi / David Owens | Respond to GunVault's patent infringement damages analysis regarding Wintrode's infringement of patent related to latch mechanism on gun vaults. |
| 191 | Patent Infringement | Hemopet v. Hill's Pet Nutrition, Inc. | P | ☑ | ☐ | ☐ | U.S. District Court, Central District of California, Southern Division; Case No. SACV12-01908 JST (JPRx) | Susman Godfrey / Joe Grinstein, Frances Lewis, John Lahad | Calculation of reasonable royalty damages due to infringement of patents related to use of genomic data in developing nutritional pet food. |
| 192 | Patent Infringement | Hemopet v. Nestle' Purina Petcare Company | P | ☐ | ☐ | ☐ | U.S. District Court, Central District of California, Southern Division; Case No. 8:12-cv-01907-JST-JPR | Susman Godfrey / Joe Grinstein, Frances Lewis, John Lahad | Calculation of reasonable royalty damages due to infringement of patents related to use of genomic data in developing nutritional pet food. |
| 193 | Patent Infringement | HPD Laboratories, Inc. v. The Clorox Company | D | ☐ | ☐ | ☐ | US District Court; Northern District of California (2001) | Morrison & Foerster/Mike Carlson, Brooks Beard | Determine lost profits and reasonable royalty damages due to defendants infringement of patents regarding toilet bowl cleaner technology. |
| 194 | Patent Infringement | Huse v. Stratagene | P | ☐ | ☐ | ☐ | California Superior Court, San Diego County (1991) | Pillsbury, Madison & Sutro/Ina Risman | Calculate reasonable royalty damages regarding cloning technology. |
| 195 | Patent Infringement | Intel Corporation and Dell, Inc. v. Commonwealth Scientific and Industrial Research Organization | D | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of Texas, Tyler Division; Case No. 6:06-cv-0055 1-LED | Townsend and Townsend and Crew/ Dan Furniss, Louise Ma, Rob Tadlock | Determine reasonable royalty damages due to Intel's alleged infringement of patented wireless 802.11 technology. |
| 196 | Patent Infringement | Intergraph Corporation v. Intel Corporation | P | ☑ | ☐ | ☐ | U.S. District Court, Northern District of Alabama; Case No. CV 97-N-3023-NE (1999) | Townsend, Townsend & Crew/Bill Jaeger, Rick Grossman,Bill Bohler; McDermott Will & Emory / Steve Akerley | Determine reasonable royalty damages due to Intel's alleged infringement of Intergraph's Clipper patents related to multiple caching strategies used in microprocessors. Determine reasonable royalty damages due to Intergraph's alleged infringement of Intel patents related to RAID and graphics patents. |
| 197 | Patent Infringement | Intergraph Hardware Technologies Company v. Hewlett-Packard Company, et al. | P | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of Texas, Marshall Division; Case No. 2-02CV-312 TJW (2004) | Robins Kaplan Miller & Ciresi / Bill Manning, Jim Anderson, Eric Jackson, Bill Marino | Determine reasonable royalty damages for Intergraph's Clipper patents related to multiple caching strategies used in microprocessors. |

| | Type | Lawsuit | * | Testimony | | | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Dep | T | Dec | | | |
| 198 | Patent Infringement | Japan Cash Machine Co., Ltd, JCM American Corporation v. MEI, Inc. | P | ☑ | ☑ | ☑ | U.S. District Court, District of Nevada; Civil Action No. 2:05-cv-01433 (RCJ) | Watson Rounds / Mike Rounds; DLA Piper / David Abel | Analysis of plaintiffs' damages due to MEI's alleged infringement of plaintiffs' patents pertaining to bill validators used in casino gaming devices. |
| 199 | Patent Infringement | Johnson v. Anderson | D | ☐ | ☐ | ☐ | California Superior Court, San Francisco County (1993) | Walter Moeller/Bill Caspari | Calculate reasonable royalty regarding wood stove design technology. |
| 200 | Patent Infringement | Juniper Networks, Inc. v. GraphOn Corporation and Vertical Marketing, Inc. | D | ☐ | ☐ | ☐ | US District Court, District of Virginia, Alexandria Division; Case No. 1:09cv287 GBL/TRJ | Watson Rounds / Michael Rounds; Manek, Vickers & Masini / Joe Vanek | Analysis of reasonable royalty damages Juniper suffered as a result of GraphOn's alleged infringement of Juniper's patent related to data transmission in computer networks. |
| 201 | Patent Infringement | K2 Corporation v. Salomon S.A., et al. | P | ☐ | ☐ | ☐ | U.S. District Court, Western District of Washington; Case No. C98-1781 WD (1999) | Christensen O'Connor Johnson Kindness/Ross Boundy; Black, Lowe & Graham/Larry Graham | Calculate lost profits and reasonable royalty damages due to Salomon's infringement of K2's patents regarding inline skates. |
| 202 | Patent Infringement | Marshall Patent Holdings, LLC v. InComm Holdings, Inc. and U.S. South Communications, Inc. | D | ☑ | ☐ | ☐ | U.S. District Court, Eastern District of Texas, Tyler Division; Civil Action No. 6:08-cv-222 | Alston Bird / Robin McGrath, Joe Gleason | Analysis of reasonable royalty damages due to defendants' alleged infringement of patentee's technology related to prepaid telephone calling cards. |
| 203 | Patent Infringement | McKesson Information Solutions LLC v. The Trizetto Group, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court Northern District of Delaware; Case No. 04-1258 (2005) | Skadden Arps Slate Meagher & Flom | Patent infringement damages analysis. |
| 204 | Patent Infringement | MEI, Inc. v. JCM American Corp, et al. | D | ☐ | ☐ | ☐ | U.S. District Court, District of New Jersey; Case No. 1:09-cv-00351 | DLA Piper / David Abel | Analsis of lost profits and reasonable royalty damages due to JCM's alleged infringement of invention related to currency validators used in gaming devices. |
| 205 | Patent Infringement | Microsoft v. Amazon | D | ☐ | ☐ | ☐ | n/a (pre litigation licensing negotiation) | Susman Godfrey / Justin Nelson | Analysis of reasonable royalty damages due to Amazon's alleged infringement of Microsoft's patented technology used in Amazon's Kindle Reader. |
| 206 | Patent Infringement | Monticelli v. Pacific Gas & Electric | D | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. C94 1754 (1995) | PG&E in-house counsel/ Adam Chodorow | Calculate reasonable royalty regarding cooling tower construction design. |
| 207 | Patent Infringement | Nichia Corporation v. Seoul Semiconductor, Co., Ltd., Seoul Semiconductor, Inc. | D | ☑ | ☐ | ☑ | United States District Court, Northern District of California. Case No. 3:06-CV-0162 MMC | Bingham McCutchen / Beth Parker, Monte Agarwal | Analysis of Nichia's damages resulting from Seoul Semiconductor's alleged infringement of Nichia's design patents regarding high brightness, white side-view LEDs. |

| | Type | Lawsuit | * | Testimony | | | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Dep | T | Dec | | | |
| 208 | Patent Infringement | Nova Measuring Instruments, Ltd. v. Nanometrics, Inc. | D | ☑ | ☐ | ☐ | U.S. District Court, Northern District of California, San Francisco Division; Case No. C05 00986 MMC (BZ) | Beck, Ross, Bismonte & Finley | Analysis of lost profits and reasonable royalty damages as a result of Nanometrics alleged infringement of patent pertaining to integrated metrology used in semiconductor manufacturing. |
| 209 | Patent Infringement | Nova Science v. Abbott | P | ☐ | ☐ | ☐ | n/a | Mintz Levin / Mike Renaud | Evaluate potential patent infringement damages due to Abbott's assumed infringement of surgical stapler technologies. |
| 210 | Patent Infringement | Orlaford Limited, et al. V. BBC International, et al. | P | ☐ | ☐ | ☐ | U.S. District Court Western District of Wisconsin; Civil Action No. 97-C-0540-S (1998) | Foley & Lardner | Calculate patent infringement damages due to defendant's alleged infringement of patents regarding lights in heels of children's shoes. |
| 211 | Patent Infringement | Otter Products, LLC v. Mophie, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Colorado. Civil Action No. 1:12-cv-1969 | Turner Boyd / James Beard, Robert Kent | Determine reasonable royalty damages due to Mophie's alleged infringement of patents related to cell phone case technology. |
| 212 | Patent Infringement | Pactiv Corporation v. S.C. Johnson | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Illinois; Case No. 98C-2679 (2000) | Jenner & Block/Jim Benak, Andrew Jacobs | Calculate plaintiff's lost profits and reasonable royalty damages due to defendant's infringement of plaintiff's patent regarding slider zipper food storage bags. |
| 213 | Patent Infringement | Petrosky v. N ke, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, Virginia (1991) | Banner, Birch, McKie & Beckett/Roger Tate, Alan Kantor | Calculate reasonable royalty damages regarding air sole shoe technology. |
| 214 | Patent Infringement | Pitney Bowes v. Stamps.com | D | ☐ | ☐ | ☐ | U.S. District Court, District of Delaware; Case No. 02-042 JJF (2002) | Irell & Manella/Elliott Brown, Ben Hattenbach | Determine reasonable royalty damages due to Stamps' infringement of Pitney patents regarding internet postage. |
| 215 | Patent Infringement | Pitney Bowes, Inc. v. Hewlett Packard | D | ☐ | ☐ | ☐ | U.S. District Court, District of Connecticut; Civil Action No. 395CV01764 (1997) | Pennie & Edmonds/Jack Lauter, Steve Harbulak, Garland Stephens | Calculate reasonable royalty regarding resolution enhancement technology for laser printers. |
| 216 | Patent Infringement | Precor v. Weider Health & Fitness, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Western District of Washington; Civil No. C91-1743Z (1993) | Christensen, O'Connor, Johnson & Kindness/Jim Uhlir, Tom Theisen | Lost profits/reasonable royalty calculation regarding exercise equipment. |
| 217 | Patent Infringement | Preservation Technologies LLC v. AT&T Services, Inc., et al.U.S. District Court, Central District of California, Southern Division; Case No. SACV11-01860 DOC | D | ☐ | ☐ | ☐ | U.S. District Court, Central District of California, Southern Division; Case No. SACV11-01860 DOC | Baker & Botts / B. C. Boren, Roger Fulghum, Lisa Kelly | Calculation of reasonable royalty damages due to infringement of patents related to management of multimedia assets. |

| | Type | Lawsuit | | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|------|---------|---|---|---|-----|-------|----------|----------------|
| 218 | Patent Infringement | Real Estate Alliance Ltd And Equias Technology Development LLC v. Move, Inc. | D | ☑ | ☐ | ☐ | U.S. District Court, Central District of California, Western Division; Case No. 07-02185-GAF | Alston Bird / Robin McGrath, Wes Achey | Analysis of reasonable royalty damages due to Move's alleged infringement of REAL's patents related to interactive mapping technology on realtor.com. |
| 219 | Patent Infringement | RealSource, Inc. v. Best Buy Company, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, Western District of Texas, Austin Division, Case No. A0 4CA771 LY | Robins Kaplan Miller & Ciresi / Eric Jackson | Determine reasonable royalty for patented technology related to gift cards. |
| 220 | Patent Infringement | Rembrandt Social Media, LP v. Facebook, Inc., Addthis, Inc. | P | ☐ | ☐ | ☐ | U.S. Dist. Court, Eastern Dist. Of Virginia; Case No. 1:13 cv 158 | Fish & Richardson / Bob Hillman, John Goetz | Analysis of reasonable royalty damages due to Facebook's alleged infringement of patented technology regarding social media networks. |
| 221 | Patent Infringement | Rembrandt Vision Technologies, L.P., v. Johnson & Johnson Vision Care Inc., | P | ☐ | ☐ | ☐ | U.S. District Court, Middle District of Florida, Jacksonville Division; Case No.: 3:11-cv-00819-J-32-JRK | Robins Kaplan Miller & Ciresi; Jake Holdreith, Cole Fauver | Analysis of reasonable royalty damages due to J&J's alleged infringement of patented technology related to silicon hydrogel contact lenses. |
| 222 | Patent Infringement | Richtek Technology Corp. v. uPI Semiconductor, et al. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California, San Francisco Division; Case no. C09-05659 WHA | | Calculate damages due plaintiff due to defendants' infringement of patented technology related to power management integrated circuits. |
| 223 | Patent Infringement | Seer Systems v. Apple, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California, San Francisco Division; Case No. 3:13-cv-05252-VC | Weyand Law Firm / Alex Weyand | Analysis of reasonable royalty damages due to Apple's alleged infringement of patented technology related to Apple's Garage Band software appliation. |
| 224 | Patent Infringement | Seer Systems, Inc. v. Beatnik, Inc., Microsoft Corporation | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. C 03 4636 JSW (EDL) | Peterson, Weyand & Martin / Alex Weyand | Determine reasonable royalty rate for Seer patents related to audio data storage and playback. |
| 225 | Patent Infringement | Seer Systems, Inc. v. Yamaha Corporation | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California; No. C 06--07736 WHA | Peterson, Weyand & Martin / Alex Weyand | Determine reasonable royalty damages due to Yamaha's alleged infringement of Seer's patent regarding audio data storage and playback technology. |
| 226 | Patent Infringement | Silicon Graphics, Inc. v. ATI Technologies, Inc., et al. | D | ☑ | ☐ | ☐ | U.S. District Court, Western District of Wisconsin; Civil Action No. 06-C-0611-C | Robins Kaplan Miller & Ciresi / Bill Manning, Eric Jackson | Determine reasonable royalty damages due to ATI's alleged infringement of SGI's patents related to use of floating point computation in rasterization processes in graphics processing units. |

# BRUCE L. McFARLANE
## CONSULTING AND TESTIMONY CASE LISTING

| | Type | Lawsuit | | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 227 | Patent Infringement | Snyder Industries v. The Heil Company | D | ☐ | ☐ | ☐ | U.S. District Court, Wisconsin (1991) | Banner, Birch, McKie & Beckett/Roger Tate, Chris McKie | Calculate damages due to defendant's alleged infringement of patents regarding refuse container design. |
| 228 | Patent Infringement | St. Clair Intellectual Property Licensing, Inc. v. Fuji Photo Film Co. Ltd, Fuji Photo File USA, Inc., and Fujifilm America, Inc., Canon Inc. and Canon USA, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, District of Delaware; Case No. 03-241-JJF (2004) | Robins Kaplan Miller & Ciresi / Ron Schutz, Jake Holdreith, Becky Thorson, Carrie Lambert | Determine reasonable royalty for St. Clair patents related to multiple file format capability in digital cameras. |
| 229 | Patent Infringement | Thought, Inc. v. Oracle Corporation, et al. | P | ☑ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. 12-cv-05601-WHO | Hagens Berman Sobol Shapiro / Mark Carlson, Nick Boebel; Shugrue Mion / Chandran Iyer, Kelly Hyndman | Analysis of patent infringement damages due to Oracle's infringement of patents related to relational database and related applications technology. |
| 230 | Patent infringement | Townshend Intellectual Patent Infringement Property, LLC v. Broadcom Corp. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California (San Jose) | Bingham McCutchen / Bill Abrams, Carlos Mino | Determine reasonable royalty damages due to Broadcom's alleged infringement of patented 56k modem technology. |
| 231 | Patent infringement | Tracbeam LLC v. AT&T, Inc., et al. | D | ☐ | ☐ | ☐ | U.S. Dist. Court, Eastern Disctrict of Texas, Tyler Division; Case No. 6:11-cv-96 | Baker & Botts / B. C. Boren, Kevin Cadwell, Jon Swenson | Calculate damages due to AT&T's alleged infringement of patents related to location based services on mobile devices. |
| 232 | Patent Infringement | True Fitness Technologies, Inc. v. Precor Incorporated | D | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of Missouri; Case No. 4:99 CV1306-DJS (2000) | Christensen O'Connor Johnson Kindness/Ross Boundy, Steve Fricke | Analysis of reasonable royalty damages due to True Fitness' infringement of patent regarding elliptical trainers. |
| 233 | Patent Infringement | TVIIM, LLC v. McAfee, Inc. | P | ☑ | ☑ | ☐ | U.S. District Court, Northern District of California; Case No. 13-CV-4545 JST | Lathrop & Gage, LLP / John Shaeffer, Jeff Grant | Analysis of reasonable royalty damages regarding defendant's alleged infringement of patents related to secirity software. |
| 234 | Patent Infringement | Ultratec, et al. v. Sorenson Communications, Inc., et al. | P | ☑ | ☑ | ☐ | U.S. District Court, Wisconsin (Western District); Case No. 3:13-cv-00346 | Quarles & Brady / Matt Duchemin, Matt Ingersoll | Analysis of patent infringement damages due to Sorenson's infringement of patents related to systems to assist telephone communications by persons with impaired hearing. |
| 235 | Patent Infringement | Ultratec, et al. v. Sorenson Communications, Inc., et al. | P | ☑ | ☑ | ☐ | U.S. District Court, Wisconsin (Western District); Case No. 3:14-cv-0066-BBC | Quarles & Brady / Matt Duchemin | Analysis of patent infringement damages due to Sorenson's infringement of patent related to echo cancellation technology in providing captioned telephone service. |

|  | Type | Lawsuit |  | Testimony | | | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  | * | Dep | T | Dec |  |  |  |
| 236 | Patent Infringement | Unisys Corporation v. Actel Corporation and Quicklogic Corporation | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. C-00-01114 SBA | Pillsbury Winthrup/Bill Abrams, Brian Beatus | Determine reasonable royalty damages due to Quicklogic's infringement of patent regarding of architecture of Field Programmable Gate Arrays (FPGAs). |
| 237 | Patent Infringement | University of Pittsburgh v. Varian Medical Systems, Inc. | D | ☑ | ☑ | ☑ | U.S. District Court, Northern District of California; Civil Action No. 2:08-cv-01307-AJS | Orrick Herrington & Sutcliffe / Matt Poppe; Picadio Sneath Miller & Norton / Henry Sneath, Joe Carnicella | Analysis of reasonable royalty damages due to Varian's alleged infringement of inventions related to respiratory gating used in linear accelerators during cancer treatment. |
| 238 | Patent Infringement | Vita Zahnfabrik H. Rauter GMBH & Co. v. Dentsply International, Inc. | D | ☑ | ☐ | ☐ | US District Court, Central District of California; Case No. SA CV 04-729 | Morgan Lewis & Bockius / Doug Rawles, Andrew Gray | Calculation of patent infringement damages due to infringement of patents related to dental color indicator devices. |
| 239 | Patent Infringement | Volterra Semiconductor Corporation v. Primarion, Inc., Infineon Technologies AG, et al. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. CV-08-5129 JCS | Farella Braun + Martel / James Morando, Jeff Fisher | Analysis of patent infringement damages. Analysis of commercial success. |
| 240 | Patent infringement | Whirlpool Corporation v. TST Water, LLC | P | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of Texas, Marshall Division; Civil Action No. 2:15-cv-1528 | Morrison & Foerster / Richard Hung, Chris Jeu | Calculate damages due to defendant's infringement of patented technology related to water filter cartridges used in refrigerators. |
| 241 | Patent infringement, theft of trade secret | UniRam Technology, Inc. v. Monolithic System Technology, Taiwan Semiconductor Manufacturing Company, Ltd., TSMC North America | P | ☑ | ☑ | ☑ | U.S. District Court, Northern District of California.  Case No. CV-04-01268-VRW | Susman Godfrey / Joe Grinstein, Ian Crosby, Jay Neukom; Heim, Payne & Chorush / Russ Chorush | Determine lost profits and reasonable royalty damages due to defendants' infringement of patented technology regarding DRAM semiconductors. Calculate damages due to theft of trade secret. |
| 242 | Patent infringement; unfair competition | Precor Incorporated v. Life Fitness | P | ☐ | ☐ | ☐ | U.S. District Court, Western District of Washington; Case No. C94-1586C (1995) | Christensen O'Connor Johnson Kindness/Jim Uhlir, Ross Boundy | Determine lost profits and reasonable royalty due to Precor's alleged infringement of patents re treadmills. Determine Precor's damages due to false statements by Life Fitness. |
| 243 | Personal injury | Bridget Bray v. TSP Hotels, Inc., et al. | P | ☐ | ☐ | ☐ | Superior Court of California, County of Alameda; Case No. 406526 (2004) | Banchero Law Firm/Jeff Banchero | Calculation of lost earnings. |
| 244 | Personal injury | Khouri v. Roberts | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Washington County (1993) | James, Denecke & Harris/Roger Harris | Calculation of lost earnings. |
| 245 | Privacy Rights | Paul Perkins, et al. v. LinkedIn Corporation [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. 13-cv-04303-LHK | Lieff, Cabraser, Heimann & Bernstein / Nich Diamond, Melissa Gardner | Analysis of damages due to LinkedIn's wrongful use of members' proprietary contact information. |

| | Type | Lawsuit | | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 246 | Product liability | State of Hawaii v. USX | D | ☐ | ☐ | ☐ | First Circuit Court, Hawaii (1992) | Berman, Paley, Goldstein & Berman/Tony Berman | Damages analysis regarding alleged failure of Corten steel used to construct stadium. |
| 247 | RICO | In re: America Honda Motor Co., Dealerships Relations Litigation [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, District of Maryland; MDL Case No. 1069 | Rapazzini & Graham/Mark Rapazzini, Beth Graham | Calculate Honda dealers' lost profits from misallocation of new Honda automobiles. |
| 248 | Securities fraud | Collins v. Tetra Pak, Inc. | P | ☐ | ☑ | ☐ | Oregon Circuit Court, Multnomah County (1991) | James, Denecke & Harris/Roger Harris, Chris Martin | Business valuation and calculation of plaintiff's damages. |
| 249 | Securities fraud | Newman, et al. v. Comprehensive Care Corp. | P | ☐ | ☐ | ☐ | U.S. District Court, Oregon (1993) | Ball, Janik & Novack/Sara Ryan | Damages analysis. |
| 250 | Securities fraud | The Equitable Life Assurance Society of the United States, et al. v. David S. Shapira, et al. | P | ☐ | ☐ | ☐ | U. S. District Court, Western District of Pennsylvania; Civil Action #93 0631 (1994) | Zelle & Larson/Rick Stone, Betsy Lear | Calculate damages suffered by plaintiff note holders. |
| 251 | Securities laws violations | Bartells Co. v. A.P. Green Industries | D | ☐ | ☐ | ☐ | King County Superior Court, Washington (1992) | Thompson & Mitchell | Damages analysis. |
| 252 | Securities laws violations | In re: Information Resources, Inc. [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Illinois; Civil Action 89C 3712 (1994) | Freeborn & Peters; Katten, Muchin & Zavis | Determine securities damages to class. |
| 253 | Theft of Trade Secrets | Ajaxo, Inc. v. E*Trade Group, Inc., et al. | D | ☑ | ☑ | ☑ | Superior Court of California, Santa Clara County; Case No. 1-00-CV 793529 | Morgan Lewis / Joe Floren, Ben Smith, Chris Banks, Tera Heintz | Analysis of unjust enrichment damages resulting from alleged misappropriation of trade secrets concerning technology enabling wireless stock trades on cell phones and PDAs. |
| 254 | Theft of Trade Secrets | Diablo Technologies, Inc. v. Netlist, Inc. | D | ☐ | ☑ | ☑ | U.S. District Court, Northern District of California, San Francisoco Division, Case No. CV 13 3901 | Bartko Zankel Bunzel / Ben Riley, Griff Towle, Simon Goodfellow | Analysis of damages regarding defendant's alleged misappropriation of trade secrets related to flash memory technology. |
| 255 | Theft of trade secrets | DJ&J Software Corporation, dba Egghead Software v. Software House International, Inc. | P | ☐ | ☑ | ☐ | Superior Court of California, County of Los Angeles; Case No. BC 097126 (1994) | Perkins Coie/David Biderman, Colleen Reagan, Michael Sorochinsky | Calculate plaintiff's damages due to theft of trade secrets involving customer data. |
| 256 | Theft of trade secrets | Evanite Fiber Corporation v. Lauschaer Glaswerk GmbH, et al. | P | ☐ | ☐ | ☐ | U.S. District Court, District of South Carolina, Charleston Division; Civil Action No. 2: 96-3525-18 (1998) | Farleigh, Wada & Witt/Al Bannon, Karen Saul | Calculate plaintiff's damages resulting from defendant's alleged theft of trade secret regarding manufacture of fiberglass. |
| 257 | Theft of trade secrets | FundsXpress, Inc. v Digital Insight, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, Western District of Texas, Austin Division; Case No. A-02-CA-141SS (2002) | Cotton & Gundz k/John Cotton, Aaron Gundzik | Determine damages due to Digital Insight's theft of FundsXpress' trade secret information (customer list, pricing data) |

| | Type | Lawsuit | | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 258 | Theft of trade secrets | G.C. Micro Corporation v. Trivad, Inc. et al. | D | ☑ | ☐ | ☐ | Superior Court, California, County of Sonoma; Case No. SCV-254684 | Dincel Law Group / Kim Dincel, Jonathan Rose; Kronenberger Rosenfeld / Karl Kronenberger, Alison Kwan | Analysis of unjust enrichment damages due to Trivad's alleged use of trade secrets regarding customer data. |
| 259 | Theft of trade secrets | Gerber Radio Supply Co., Inc. v. Philips Semiconductors, Inc., et al. | D | ☐ | ☐ | ☐ | U.S. District Court, Massachusetts (1996) | Banchero & Lasater/Jeff Banchero | Valuation of trade secret; rebut plaintiff's damages calculation. |
| 260 | Theft of trade secrets | Honeywell International, Inc. v. Secure Wireless, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Southern District of California; Case No. 02-cv-2015 | Simpson Thacther & Bartlett / Jeff Ostrow | Analysis of damages due to defendant's alleged misappropriation of trade secrets related to home security systems. |
| 261 | Theft of trade secrets | JCM American Corporation v. Mars Electronics International, Inc., Thomas P. Nugent | P | ☑ | ☐ | ☐ | Nevada District Court, Clark County; Civil Action No. 2:05-CV-01433 | Watson Rounds / Michael Rounds | Determine damages due to theft of trade secrets related to manufacture of currency validators. |
| 262 | Theft of trade secrets | The Profit Recovery Group v. Loder, et al. | P | ☑ | ☐ | ☐ | US District Court; Central District of California, Western Division; Civil Action No. CV 01-6200 GHK (2001) | Knobbe, Martens, Olson & Bear/Vito Canuso, John Holcomb, Linda Zadra-Symes | Analysis to determine whether defendants practiced plaintiff's claimed trade secrets and whether claimed trade secrets possessed independent economic value. |
| 263 | Theft of trade secrets | Thomas & Betts Corporation v. Panduit Corp. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Illinois, Eastern Division (1997) | McBride, Baker & Coles/Robert Queeney, George Sanders | Determine damages due to defendant's theft of trade secrets (customer data). |
| 264 | Theft of trade secrets | Yield Dynamics, Inc. v. Cypress Semiconductor Corporation | P | ☑ | ☑ | ☐ | American Arbitration Association (2006); Case No. 74 133 00508 06 0MTH | Russo & Hale / Jack Russo, John Kelley, Chris Sargent | Analysis of YDI's damages due to Cypress Semiconductor's alleged unlicensed use of YDI's yield enhancement software. |
| 265 | Theft of trade secrets | Yield Dynamics, Inc. v. Lumileds Lighting U.S., LLC. | P | ☑ | ☐ | ☐ | Superior Court for the State of California, Santa Clara County. Case No. 1-05-CV-037009 | Russo & Hale / Michael Risch | Determine damages due to Lumileds' theft of trade secrets relating to yield enhancement software. |
| 266 | Trademark infringement | Affinity Network, Inc. v. AT&T | D | ☐ | ☐ | ☐ | U.S. District Court, Central District of California (1994) | Jeffer, Mangels, Butler & Marmaro/Stan Gibson | Damages analysis. |
| 267 | Trademark infringement | Pacific Electricord Company v. Paige Manufacturing Corp. | D | ☐ | ☐ | ☐ | California Superior Court, Los Angeles County; Case No. BC157514 (1998) | Werner & Burke/Joe Burke | Calculate defendant's damages in cross-complaint against plaintiff for trademark infringement. |
| 268 | Trademark infringement | SalesMark, Inc. v. American Management Group, Inc. | D | ☐ | ☐ | ☐ | U. S. District Court, Northern District of California; Civil Action No. C-98-0177 (1998) | Thelen, Reid & Priest/Robert Weikert | Analysis of reasonable royalty, lost profits and unjust enrichment damages. |
| 269 | Trademark infringement | Snelling and Snelling, Inc. v. MacLeod Investments, Inc., et al. | D | ☐ | ☐ | ☐ | U. S. District Court, Northern District of California; Civil Action No. C-97 20156 (1997) | Margolis & Morin/Michael Morin | Calculate plaintiff's damages resulting from defendant's trademark infringement. |

| | Type | Lawsuit | * | Testimony Dep | Testimony T | Testimony Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 270 | Transaction | Altitude Capital Partners - TPL Group Due Diligence | na | ☐ | ☐ | ☐ | n/a | n/a | Provide economic due diligence analysis in connection with IP investment opportunity. |
| 271 | Unfair Business Practices | O'Donavan, et al. v. Cashcall, Inc. [Class Action] | P | ☑ | ☐ | ☐ | U.S. Dist. Court, Northern Dist. Of California; Case No. C 08-03174 MEJ | Sturdevant Law Firm/Jim Sturdevant; Law office of Arthur Levy/Arthur Levy | Analysis of damages due to unconscionable interest rates charged on consumer loans. |
| 272 | Unfair competition | Eastman Kodak Company v. St. Clair Intellectual Property Consultants, Inc., et al. | D | ☐ | ☐ | ☐ | Superior Court of California, Santa Clara County; Case No.: 1-05-CV-039164 | Robins, Kaplan, Miller & Ciresi / Ron Shutz, Becky Thorson, Carrie Lambert | Analysis of plaintiff's damages analysis regarding St. Clair's alleged unfair competition with respect to intellectual property (patents) regarding digital camera technology. |
| 273 | Unfair competition (Lahnam Act) | e-Cards v. Larry Joe King, et al. | P | ☐ | ☐ | ☐ | U. S. District Court, Northern District of California (2000) | Williams & Connolly/Paul Gaffney | Valuation of internet site e-cards.com. |
| 274 | Unfair Insurance Practices | Perez v. First American Title Insurance Company [Class Action] | P | ☑ | ☐ | ☑ | US District Court, District of Arizona; Case No. CV-08-1184-PHX-DGC | Schneider Wallace Cottrell Brayton Konecky / Mark Johnson | Analysis of overcharges regarding title insurance premiums. |
| 275 | Unjust enrichment, Quantum merit | Galaxy Networks, Inc. v. Kenan Systems Corp. | D | ☐ | ☐ | ☐ | U.S. District Court, Central District of California; Civil Action No. CV-95-5568 DDP (1997) | Irell & Manella/Morgan Chu, Richard Birnholz, Peter Wilcox | Rebut plaintiff's valuation of services performed. |
| 276 | Utility rate hearing | Arizona Corporation Commission v. U.S. West | D | ☐ | ☐ | ☐ | Arizona Corporation Commission Rate Hearings (1988) | U.S. West in-house counsel | Prudence review. |
| 277 | Various business torts | Adams, et al. v. California State Automobile Association, et al. [Class Action] | D | ☐ | ☐ | ☐ | San Francisco Superior Court, California; No. 916163 (1994) | Thelen, Marrin, Johnson & Bridges/Bob Blum | Cost allocation study. |
| 278 | Wire fraud | USA v. Amlani, et al. | D | ☐ | ☐ | ☑ | U.S. District Court, Central District of California (1993) | Howarth & Smith | Financial analysis. |
| 279 | Wrongful death | Walker v. Mitchell | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Yamhill County (1993) | James, Denecke & Harris/Richard Urrutia | Calculation of lost earnings. |
| 280 | Wrongful eviction | Hill v. Bank of America, et al. | D | ☑ | ☐ | ☐ | Superior Court of California, County of San Francisco; Case No. 959840 (1995) | Bank of America in-house counsel/Scott McMillen | Analysis of plaintiff's damages due to wrongful eviction. |
| 281 | Wrongful termination | Heiner v. PacifiCorp | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1994) | Davis Wright Tremaine/Mike Reiss | Financial analysis; calculation of lost earnings. |
| 282 | Wrongful termination | Petrusich v. Russell | D | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1987) | Lindsay, Hart, Neil & Weigler/Carol Hewitt | Lost earnings analysis. |
| 283 | Wrongful termination | Robert Frisbee v. Enron Corp., FirstPoint, Inc. | P | ☐ | ☐ | ☐ | Arbitration; Case No. 74 J 160 00360 98 | Ball Janik/Jacob Tanzer | Value plaintiff's equity participation plan. |
| 284 | Wrongful termination | Tengler v. Spare, Tengler, Kaplan & Bischel, et al. | P | ☐ | ☐ | ☐ | California Superior Court; County of San Francisco; Case No. 963822 (1996) | Cooley Godward Castro Huddleson & Tatum/Karin Kubin, Kristina Cordoza | Valuation analysis of plaintiff's minority interest in defendant-asset management firm. |

| Type | Lawsuit | Testimony | | | Court | Law Firm | Work Performed |
| | | * | Dep | T | Dec | Court | Law Firm | Work Performed |

**Summary Statistics**

|  | # of Cases |  |
| --- | --- | --- |
| **Testimony:** | | |
| Number of cases in which deposition testimony was given | 59 | |
| Number of cases in which trial testimony was given | 33 | |
| Number of cases in which declaration testimony was given | 20 | |
| Number of cases in which testimony was given | 79 | |
| | | |
| **Party Retained By:** | | |
| Number of cases retained on behalf of plaintiff | 175 | 62% |
| Number of cases retained on behalf of defendant | 108 | 38% |
| Number of non-litigation related projects | 1 | |
| Total number of cases / projects | 284 | |
| | | |
| **Intellectual Property Cases:** | | |
| Patent infringement cases | 90 | |
| Trade secret cases | 14 | |
| Trademark cases | 4 | |
| Copyright cases | 2 | |
| Other IP cases | 1 | |
| | | |
| **Class Action Cases:** | 37 | |

\* Party retained by: P = Plaintiff, D = Defendant

Data current as of    7/21/2016

# EXHIBIT 2

# In Re: Lenovo Adware Litigation

## List of Documents Considered

| Document Description | Date | Bates Range |
|---|---|---|
| 1 Adam Frucci, "Acer's Bloatware Adds 2+ Minutes to Boot Time, HP, Dell and Sony Not Much Better," Gizmodo | 10/29/2009 | |
| 2 Alon Eizenberg, "Upstream Innovation and Product Variety in the U.S. Home PC Market," January 2014 | | |
| 3 Alphr: Acer: The Crapware Con (http://www.alphr.com/acer/6065/acer-the-crapware-con) | 10/29/2009 | |
| 4 Alphr: Apple: The Crapware Con (http://www.alphr.com/features/352903/apple-the-crapware-con) | 10/29/2009 | |
| 5 Alphr: Asus: The Crapware Con (http://www.alphr.com/features/352909/asus-the-crapware-con) | 10/29/2009 | |
| 6 Alphr: Dell: The Crapware Con (http://www.alphr.com/features/352912/dell-the-crapware-con) | 10/29/2009 | |
| 7 Alphr: HP: The Crapware Con (http://www.alphr.com/features/352918/hp-the-crapware-con) | 10/29/2009 | |
| 8 Alphr: Lenovo: The Crapware Con (http://www.alphr.com/features/352906/lenovo-the-crapware-con) | 10/29/2009 | |
| 9 Alphr: Samsung: The Crapware Con (http://www.alphr.com/features/352915/samsung-the-crapware-con) | 10/29/2009 | |
| 10 Alphr: Sony: The Crapware Con (http://www.alphr.com/features/352921/sony-the-crapware-con) | 10/29/2009 | |
| 11 Alphr: The Crapware Con (http://www.alphr.com/features/352927/the-crapware-con) | 10/29/2009 | |
| 12 Alphr: The Verdict: The Crapware Con (http://www.alphr.com/features/352933/the-verdict-the-crapware-con) | 10/29/2009 | |
| 13 Alphr: Toshiba: The Crapware Con (http://www.alphr.com/features/352924/toshiba-the-crapware-con) | 10/29/2009 | |
| 14 AnandTech: Lenovo, SuperFish and Security (http://www.anandtech.com/show/8993/lenovo-superfish-and-security) | 2/19/2015 | |
| 15 Apple: Configure – 13-inch MacBook Pro with Retina Display (http://www.apple.com/shop/buy-mac/macbook-pro?product=MF839LL/A&step=config#) | 5/11/2016 | |
| 16 Ars Technica: "SSL hijacker" behind Superfish debacle imperils large number of users (http://arstechnica.com/security/2015/02/ssl-hijacker-behind-superfish-debacle-imperils-big-numberof-users/) | 2/20/2015 | |

| | Document Description | Date | Bates Range |
| --- | --- | --- | --- |
| 17 | Ars Technica: Superfish Doubles Down, Says HTTPS-Busting Adware Poses No Security Risk (http://arstechnica.com/security/2015/02/superfish-doubles-down-says-https-busting-adware-poses-no-security-risk/) | 2/20/2015 | |
| 18 | Ars Technica: Two Weeks On, Superfish Debacle Still Causing Pain for Some Lenovo Customers (http://arstechnica.com/security/2015/03/two-weeks-on-superfish-debacle-still-causing-pain-for-some-lenovo-customers/) | 3/6/2015 | |
| 19 | AT&T Internet Service: Plans and Pricing (http://www.attinternetservice.com/plans.html ) | | |
| 20 | BBC: Lenovo Taken to Task Over 'Malicious' Adware (http://www.bbc.com/news/technology-31533028) | 2/19/2015 | |
| 21 | Beta News: Lenovo's Superfish Fiasco has Badly Damaged Consumer Trust (http://betanews.com/2015/02/23/lenovos-superfish-fiasco-has-badly-damaged-consumer-trust/) | 2/23/2015 | |
| 22 | Business Partnership Agreement between Lenovo PC HK Limited and Superfish, Inc. | 6/17/2014 | LEN-0094793 - LEN-0094812 |
| 23 | Business Partnership Agreement between Lenovo PC HK Limited and Superfish, Inc. | 6/17/2014 | SF_MDL_010342 - SF_MDL_010361 |
| 24 | Chris Nosko, "Competition and Quality Choice in the CPU Market," November 2010 | | |
| 25 | CNN Money: Lenovo Slipped 'Superfish' Malware Into Laptops (http://money.cnn.com/2015/02/19/technology/security/lenovo-superfish/) | 2/19/2015 | |
| 26 | Consolidated Class Action Complaint | 11/12/2015 | |
| 27 | Defendant Lenovo (United States), Inc.'s Response to Plaintiffs' First Set of Interrogatories | 6/8/2016 | |
| 28 | Dell: Inspiron 15 3000 Series Laptop (http://www.dell.com/us/business/p/inspiron-153558-laptop/pd?ref=PD_OC) | 7/18/2016 | |
| 29 | Email from Adi Pinhas to Feng Lee, Re: Back APP power | 7/28/2014 | SF_MDL_010985 - SF_MDL_011008 |
| 30 | Email from Adi Pinhas to Feng Lee, Re: Data flow | 2/24/2015 | SF_MDL_013358 - SF_MDL_013358 |
| 31 | Email from Adi Pinhas to Feng Lee, Re: Superfish and Lenovo RE: follow up on UX Review | 4/21/2014 | LEN-0043777 - LEN-0043779 |
| 32 | Email from Adi Pinhas to Feng Lee, Re: The user experience walkthrough | 5/1/2014 | LEN-0043675 - LEN-0043679 |
| 33 | Email from Adi Pinhas to Jessica Chen and Ronen Daniel, Re: Back APP power | 7/24/2014 | LEN-0055529 - LEN-0055539 |
| 34 | Email from Dave Cree to Mark Cohen et al., Re: Update on Superfish | 9/25/2014 | LEN-0018418 - LEN-0018419 |
| 35 | Email from Ed Grant to Ed Grant and Feng Lee, Re: Conversation with Ed Grant | 9/23/2014 | LEN-0050126 - LEN-0050126 |

| | | | |
|---|---|---|---|
| 36 | Email from Feng Lee to Adi Pinhas and Ronen Daniel, Re: Super Urgent - Customer Complain on Superfish | 9/23/2014 | LEN-0048830 - LEN-0048830 |
| 37 | Email from Feng Lee to Adi Pinhas et al., Re: Opt Out Screen Change | 2/25/2015 | SF_MDL_013427 - SF_MDL_013428 |
| 38 | Email from Feng Lee to Adi Pinhas, Re: Superfish and Lenovo RE: follow up on UX Review | 4/20/2014 | LEN-0048302 - LEN-0048304 |
| 39 | Email from James Hoff to Ed Grant, Re: Preloaded Superfish Visual Discovery | 9/24/2014 | LEN-0018290 - LEN-0018294 |
| 40 | Email from James Hoff to Ed Grant, Re: Preloaded Superfish Visual Discovery | 9/24/2014 | LEN-0013600 - LEN-0013604 |
| 41 | Email from James Lacroix to Feng Lee et al., Re: Disable Superfish Service for Lenovo Boxes | 2/9/2015 | SF_MDL_006021 - SF_MDL_006027 |
| 42 | Email from Jessica Chen to Adi Pinhas and Ronen Daniel, Re: Back APP power | 7/23/2014 | LEN-0039919 - LEN-0039930 |
| 43 | Email from Jessica Chen to Ronen Daniel, Re: SF#01271398 - Z50-70 Superfish cause e-Banking website | 1/14/2015 | LEN-0068738 - LEN-0068750 |
| 44 | Email from Jinqiang Wu to Feng Lee, Re: super fish | 9/10/2014 | LEN-0037424 - LEN-0037426 |
| 45 | Email from Joshua Novak to Ed Grant and Wendy Han, Re: Highlight_McAfee cause IE cannot open web page | 6/25/2014 | LEN-0064650 - LEN-0064652 |
| 46 | Email from Paul Plaskonos to Paul Plaskonos and Ed Grant, Re: Conversation with Paul Plaskonos | 2/19/2015 | LEN-0034956 - LEN-0034956 |
| 47 | Email from Peter Gaucher to Jim Hung, Stacey Baer, and Dilip Bhatia, Re: Clarification & facts about "Adware Program preloaded in Yoga 2 Pro?" | 11/6/2014 | LEN-0018155 - LEN-0018159 |
| 48 | Email from Ravit Weissman to Adi Pinhas, Re: Copyright Infringement UK | 2/21/2015 | SF_MDL_013035 - SF_MDL_013040 |
| 49 | Email from Ronen Daniel to Adi Pinhas and Amir Di-nur, Re: Superfish Ask | 2/23/2015 | SF_MDL_013160 - SF_MDL_013172 |
| 50 | Email from Ronen Daniel to Feng Lee and Jessica Chen, Re: User can not open IE when they use web bank on the machine with superfish | 12/9/2014 | LEN-0035573 - LEN-0035577 |
| 51 | Excel Spreadsheet: Ship Qty by Plant, Ship Qty by Month, Sold to Ship Qty by Month | | LEN-0114815 |
| 52 | Expert Report of Dr. Aviel D. Rubin | 7/22/2016 | |
| 53 | Federal Trade Commission: Monitoring Software on Your PC: Spyware, Adware, and Other Software | 4/19/2004 | |
| 54 | Forbes: How Lenovo's Superfish 'Malware' Works And What You Can Do To Kill It (http://www.forbes.com/sites/thomasbrewster/2015/02/19/superfish-need-to-know/#6c5a392f5f20) | 2/19/2015 | |

| | Document Description | Date | Bates Range |
|---|---|---|---|
| 55 | Forbes: Lenovo Only Made Up To $250,000 From Nightmare Superfish Deal, Say Sources (http://www.forbes.com/sites/thomasbrewster/2015/02/27/lenovo-got-very-little-from-superfish-deal/#5f489ed3f5ce) | 2/27/2015 | |
| 56 | Forbes: SuperFish: A History of Malware Complaints and International Surveillance (http://www.forbes.com/sites/thomasbrewster/2015/02/19/superfish-history-of-malware-and-surveillance/#749773355d7e) | 2/19/2015 | |
| 57 | Gigaom: One Positive from Superfish: Less Bloatware on Lenovo's New PCs (https://gigaom.com/2015/02/27/one-positive-from-superfish-less-bloatware-on-lenovos-new-pcs/) | 2/27/2015 | |
| 58 | Hemanta Saikia, Chayan Paul, and Dibyojyoti Bhattacharjee, "Comparing Performance of Some Brands of Laptop Computers with Special Reference to Booting Time," Assam University Journal of Science & Technology, Vol. 5, Number II, 2010 | | |
| 59 | HP 2014 Annual Report | | |
| 60 | IDC Press Release: PC Leaders Continue Growth And Share Gains As Market Remains Slow, According to IDC (http://www.idc.com/getdoc.jsp?containerId=prUS25372415) | 1/12/2015 | |
| 61 | Image of Pop-up Window: Explore Shopping with VisualDiscovery | | SF_MDL_000036 - SF_MDL_000036 |
| 62 | InfoWorld: Lenovo: 'We were as surprised as you' (http://www.infoworld.com/article/2886959/laptop-computers/are-you-buying-risk-along-with-yourlaptop.html) | 2/20/2015 | |
| 63 | Intel Processor Pricing, Effective April 24, 2016 – Recommended Customer Price Tray Units | | |
| 64 | J. Steckle, et al., "Is it Worth Anything? Using Surveys in Intellectual Property Cases," AIPLA White Paper, 2013 | | |
| 65 | Kirk P. Arnett and Mark B. Schmidt, "Busting the Ghost in the Machine," Communications of the ACM, August 2005, Vol. 48, No. 8 | | |
| 66 | Kirk P. Arnett and Mark B. Schmidt, "Spyware: A Little Knowledge is a Wonderful Thing," Communications of the ACH, August 2005, Vol. 48, No. 8 | | |
| 67 | Lee A. Freeman and Andrew Urbaczewski, "Why Do People Hate Spyware?," Communications of the ACM, August 2005, Vol. 48, No. 8 | | |
| 68 | Lenovo Forums: Potentially Unwanted Program - Superfish VisualDiscovery (https://forums.lenovo.com/t5/Security-Malware/Potentially-Unwanted-Program-Superfish-VisualDiscovery/td-p/1794457) | 11/16/2014 | |
| 69 | Lenovo Group Limited 2014/15 Annual Report | | |
| 70 | Lenovo Statement on SuperFish | | |
| 71 | Lenovo WindowShopper Installer Product Requirements Document, Version 1.0 | 4/11/2014 | SF_MDL_000243 - SF_MDL_000244 |

| | | |
| --- | --- | --- |
| 72 | Lenovo: Ideapad 510S \| 14" Configurable Laptop (http://shop.lenovo.com/us/en/laptops/ideapad/500-series/510s-14-inch/) | 7/20/2016 |
| 73 | Lenovo: Ideapad 710S \| CuttingEdge Stylish Laptop (http://shop.lenovo.com/us/en/laptops/ideapad/700-series/710s) | 7/20/2016 |
| 74 | Lenovo: Information on Free McAfee Subscription for Lenovo Customers with Superfish Preload (https://support.lenovo.com/us/en/mcafeesubscription) | 7/20/2016 |
| 75 | Lenovo: Lenovo G5030 Laptop \| EntryLevel Laptop with DVD Drive (http://shop.lenovo.com/us/en/laptops/lenovo/g-series/g50-30/#tab-tech_specs) | 7/18/2016 |
| 76 | Lenovo: SuperFish Vulnerability (https://support.lenovo.com/us/en/product_security/superfish) | 6/3/2016 |
| 77 | M. Jaeger and N.L. Clarke, "The Awareness and Perception of Spyware amongst Home PC Computer Users," Australian Information Warfare and Security Conference | 12/4/2006 |
| 78 | M. Saqib and M. Papdaki, "Comparing Anti-Spyware Products – A Different Approach," Advances in Networks, Computing and Communications 6 | |
| 79 | Martin Boldt, "Investigating Spyware in Peer-to-Peer Tools," ResearchGate, January 2003 (https://www.researchgate.net/publication/228759206) | |
| 80 | Merrill Warkentin, Robert Luo, and Gary Templeton, "A Framework for Spyware Assessment," ResearchGate, August 2005 (https://www.researchgate.net/publication/220423529) | |
| 81 | Microsoft News Center: Battling 'Spyware': Debate Intensifies on Controlling Deceptive Programs | 4/20/2004 |
| 82 | Microsoft Store: Best Signature Edition PCs: Fastest, Safest Computers (http://www.microsoftstore.com/store/msusa/en_US/cat/Signature-Edition-Computers/categoryID.69916600) | 5/11/2016 |
| 83 | Ming-Wei Wu et al., "Self-Healing Spyware: Detection, and Remediation," IEEE Transactions on Reliability, Vol. 56, No. 4, December 2007 | |
| 84 | Minjae Song, "Measuring Consumer Welfare in the CPU Market: An Application of the Pure Characteristics Demand Model," September 2004 | |
| 85 | Notebook Review: How To Improve Laptop Battery Life: Bloatware and Automatic Updates (http://www.notebookreview.com/howto/how-to-improve-laptop-battery-life/2/) | 5/11/2016 |
| 86 | PEW Internet: Spyware – The Threat of Unwanted Software Programs is Changing the Way People Use the Internet | 7/6/2005 |
| 87 | Pew Research Center: Americans' Attitudes About Privacy, Security and Surveillance (http://www.pewinternet.org/2015/05/20/americans-attitudes-about-privacy-security-and-surveillance/) | 5/20/2015 |

| | Document Description | Date | Bates Range |
| --- | --- | --- | --- |
| 88 | Robin S. Poston and Amy Harris, "Spyware: A View from the (Online) Street," ResearchGate (https://www.researchgate.net/publication/220422152) | | |
| 89 | Roger Thompson, "Why Spyware Poses Multiple Threats to Security," Communications of the ACM, August 2005, Vol. 48, No. 8 | | |
| 90 | Sci-Tech Today: Lenovo PCs Ship with Nasty Malware, Putting User Data at Risk (http://www.sci-tech-today.com/story.xhtml?story_id=11000CA8NKRU#) | 2/19/2015 | |
| 91 | SecurityWeek: Feedback Friday: Lenovo Preinstalled Superfish Adware on Laptops – Reactions (http://www.securityweek.com/feedback-Friday-lenovo-preinstalled-superfish-adware-laptops-%E2%80%93-reactions) | 2/19/2015 | |
| 92 | Slate: You Had One Job, Lenovo (http://www.slate.com/articles/technology/bitwise/2015/02/lenovo_superfish_scandal_why_it_s_one_of_the_worst_consumer_computing_screw.html) | 2/20/2015 | |
| 93 | SpecOut: Acer ES1-511-C0DV Specs & Details (http://laptops.specout.com/l/5719/ES1-511-C0DV) | 7/18/2016 | |
| 94 | Srinivasan Ofek, "How Much Does the Market Value an Improvement in a Product Attribute," Marketing Science, INFORMS, Vol. 21, No. 4, Fall 2002 | | |
| 95 | Superfish Data Flow | | SF_MDL_013359 - SF_MDL_013361 |
| 96 | Superfish Presentation: Lenovo See-More, UX Walkthrough | | LEN-0094734 - LEN-0094743 |
| 97 | Superfish Update - An Open Letter from Lenovo CTO Peter Hortensius | 2/23/2015 | |
| 98 | TechnoBuffalo: Lenovo Responds to "SuperFish" Report, Says Malware is No Longer Active (http://www.technobuffalo.com/2015/02/19/lenovo-responds-to-superfish-report-says-malware-is-no-longer-active/) | 2/19/2015 | |
| 99 | The Globe and Mail: Controversial Startup Superfish Says It Will Use 'Visual Search' in New Business (http://www.theglobeandmail.com/report-on-business/small-business/sb-managing/controversial-startup-superfish-says-it-will-use-visual-search-in...) | 5/29/2015 | |
| 100 | The Guardian: Lenovo Demonstrates that Malware is Big Business (https://www.theguardian.com/technology/2015/feb/20/lenovo-malware-big-business-analysis-pc-superfish) | 2/20/2015 | |
| 101 | The New York Times: Lenovo and Superfish Penetrate the Heart of a Computer's Security (http://bits.blogs.nytimes.com/2015/02/22/lenovo-and-superfish-penetrate-the-heart-of-a-computers-security/) | 2/22/2015 | |
| 102 | Thomas F. Stafford, "Spyware: The Ghost in the Machine," Communications of the Association for Information Systems, Vol. 14, 2004 | | |
| 103 | Tom's Guide: Lenovo's Security-Killing Adware: How to Get Rid of It (http://www.tomsguide.com/us/lenovo-superfish-adware-removal-news-20470.html) | 6/8/2016 | |

| Document Description | Date | Bates Range |
|---|---|---|
| 104 TripWire: Lenovo Customers File ClassAction Lawsuit Over Superfish Adware (http://www.tripwire.com/state-of-security/latest-security-news/lenovo-customers-file-class-action-lawsuit-over-superfish-adware/) | 2/23/2015 | |
| 105 US-CERT: Lenovo Superfish Adware Vulnerable to HTTPS Spoofing (https://www.us-cert.gov/ncas/alerts/TA15-051A) | 2/24/2015 | |
| 106 Usenix Technical Paper: Gatekeeper: Monitoring Auto-Start Extensibility Points (ASEPs) for Spyware Management (https://www.usenix.org/legacy/event/lisa04/tech/full_papers/wang/wang_html/) | 5/11/2016 | |
| 107 Web Archive: Acer | Aspire E | Aspire ES1511C0DV | Overview (https://web.archive.org/web/20140820205144/http://us.acer.com/ac/en/US/content/model/NX.MMLAA.006) | 8/20/2014 | |
| 108 Web Archive: Inspiron and XPS Laptops, Ultrabooks & Notebook Computers for Sale | Dell (https://web.archive.org/web/20140921000627/http://www.dell.com/us/p/laptops.aspx?~ck=mn) | 9/21/2014 | |
| 109 Web Archive: Lenovo G Series: Affordable Everyday Laptops | Lenovo US (https://web.archive.org/web/20140927072455/http://shop.lenovo.com/us/en/laptops/lenovo/g-series) | 9/27/2014 | |
| 110 Web Archive: Microsoft Signature (http://web.archive.org/web/20120604192858/http:/signature.microsoft.com/under-the-hood.aspx) | 6/4/2012 | |
| 111 Wired: Lenovo's Response to Its Dangerous Adware is Astonishingly Clueless (http://www.wired.com/2015/02/lenovo-superfish/) | 2/19/2015 | |
| 112 Xfinity: Xfinity Bundles (http://www.xfinity.com/shop/xfinity-internetplus-west-alt?CMP=KNC-IQ_ID_sIW8gmqly-VQ2-g-VQ6-61119114216-VQ16-c-pkw-comcastinternet-pmt-e-slid--tid-17589rb155979) | | |
| 113 ZDNet: How to Fully De-Gunk a PC of Crapware (http://www.zdnet.com/article/how-to-fully-degunk-a-pc-of-crapware/) | 6/18/2007 | |