```
Daniel J. Stephenson (SBN 270722)
dan.Stephenson@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA  90067
Telephone:  +1 310 552 5000
Facsimile:  +1 310 552 5001

Attorneys for Defendant
Lenovo (United States), Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: LENOVO ADWARE LITIGATION, | Case No.   15-md-02624-RMW |
|---|---|
| This Document Relates To: All Actions | **DECLARATION OF DANIEL J. STEPHENSON IN SUPPORT OF LENOVO'S OPPOSITION TO CLASS CERTIFICATION**<br><br>Date:         September 23, 2016<br>Time:         9:00 a.m.<br>Judge:        Ronald M. Whyte<br>Courtroom: 6, 4th Floor |

**DECLARATION OF DANIEL J. STEPHENSON**

I, Daniel J. Stephenson, under penalty of perjury, hereby declare:

1. I am over the age of 18. I have personal knowledge of the matters asserted herein and could competently testify thereto if called upon to do so.

2. I am lead counsel for Lenovo (United States), Inc. ("Lenovo") in the underlying individual cases and the consolidated MDL known as "In re: Lenovo Adware Litigation," MDL No. 2624.

3. Exhibits 1-38 attached hereto are true and correct copies of documents that are cited in Lenovo's Opposition to Plaintiffs' Motion for Class Certification. Some were originally designated "Confidential," but as to all Lenovo documents and all but three Superfish documents, the designation has been removed. The exhibits are identified in the following table, which also indicates confidentiality status:

1

| Ex. # | Bates # / other ID | Produced by | Confidentiality |
|---|---|---|---|
| 1 | Lenovo Statement | Lenovo | Not Confidential / Available Online |
| 2 | SF_MDL_012425 | Superfish | Not Confidential / De-designated |
| 3 | LEN-0094971 | Lenovo | Not Confidential / De-designated |
| 4 | SF_MDL_012368 | Superfish | Not Confidential / De-designated |
| 5 | SF_MDL_012426 | Superfish | **CONFIDENTIAL (SF)** |
| 6 | LEN-0034970-71 | Lenovo | Not Confidential / De-designated |
| 7 | SF_MDL_007173 | Superfish | Not Confidential / De-designated |
| 8 | LEN-0056397 | Lenovo | Not Confidential / De-designated |
| 9 | Lenovo Verified Interrogatory Resps. | Lenovo | Not Confidential / De-designated |
| 10 | Lenovo Statement | Lenovo | Not Confidential / Available Online |
| 11 | LEN-0049410 | Lenovo | Not Confidential / De-designated |
| 12 | LEN-0049414-15 | Lenovo | Not Confidential / De-designated |
| 13 | LEN-0049557-61 | Lenovo | Not Confidential / De-designated |
| 14 | LEN-0059662-64 | Lenovo | Not Confidential / De-designated |
| 15 | LEN-0050118-20 | Lenovo | Not Confidential / De-designated |
| 16 | SF_MDL_000029 | Superfish | Not Marked Confidential |
| 17 | LEN-0045912-13 | Lenovo | Not Confidential / De-designated |
| 18 | Pop-up | Lenovo | Not Confidential |
| 19 | SF_MDL_013041 | Superfish | Not Confidential / De-designated |
| 20 | SF_MDL_011047 | Superfish | **CONFIDENTIAL (SF)** |
| 21 | LEN-0058501-02 | Lenovo | Not Confidential / De-designated |
| 22 | SF_MDL_011555 | Superfish | **CONFIDENTIAL (SF)** |
| 23 | LEN-0044481 | Lenovo | Not Confidential / De-designated |
| 24 | LEN-0045980-81 | Lenovo | Not Confidential / De-designated |
| 25 | LEN-0006121-22 | Lenovo | Not Confidential / De-designated |
| 26 | LEN-0049288-89 | Lenovo | Not Confidential / De-designated |
| 27 | LEN-0055896-98 | Lenovo | Not Confidential / De-designated |
| 28 | LEN-0053949 | Lenovo | Not Confidential / De-designated |
| 29 | LEN-0053527-29 | Lenovo | Not Confidential / De-designated |
| 30 | FCC Guide | | Not Confidential / Available Online |
| 31 | Reviews | | Not Confidential / Available Online |
| 32 | Reviews | | Not Confidential / Available Online |
| 33 | Reviews | | Not Confidential / Available Online |
| 34 | Whittle Dep. Ex. D-47 | Plaintiffs | Not Confidential |
| 35 | Warranty Lookup | | Not Confidential / Available Online |
| 36 | Ravencamp Dep. Ex. D-69 (p. 4) | Plaintiffs | Not Confidential |
| 37 | Ravencamp Dep. Ex. D-59 (p. 2) | Plaintiffs | Not Confidential |
| 38 | Ravencamp Dep. Ex. D-61 | Plaintiffs | Not Confidential |

2

**15-MD-02624-RMW**
**DECLARATION OF DANIEL J. STEPHENSON IN SUPPORT OF
LENOVO'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

4. Exhibit 39 is a true copy of transcript excerpts from the deposition of Lenovo 30(b)(6) witness James Hunt.

5. Exhibit 40 is a true copy of transcript excerpts from the deposition of Named Plaintiff Jessica Bennett.

6. Exhibit 41 is a true copy of transcript excerpts from the deposition of Named Plaintiff Richard Krause.

7. Exhibit 42 is a true copy of transcript excerpts from the deposition of Named Plaintiff John Whittle.

8. Exhibit 43 is a true copy of transcript excerpts from the deposition of Named Plaintiff Robert Ravencamp.

9. Exhibit 44 is a true copy of the redacted version of the expert Declaration of Dr. Thomas R. Varner dated August 19, 2016.

10. Exhibit 45 is a true copy of the redacted version of the expert Declaration of Dr. Sam Malek dated August 16, 2016.

11. Exhibit 46 is a true copy of the expert Declaration of Dr. Eugene P. Ericksen dated August 16, 2016.

12. Exhibit 47 is a true copy of the Declaration of Feng Lee dated August 15, 2016.

13. Exhibit 48 is a true copy of the Declaration of Ronen Daniel dated April 2, 2015. This declaration was originally filed in one of the underlying (pre-MDL) suits, *Wood v. Lenovo et al*, No. 5-15-CV-77-F (E.D. N.C.).

14. Exhibit 49 is a true copy of the Order Denying Class Certification in *Dzieciolowski v. DMAX Ltd.,* No. 15-2443-AG (C.D. Cal. April 27, 2016), cited in Lenovo's Opposition to Plaintiffs' Motion for Class Certification. As of the date of this Declaration, the decision in *Dzieciolowski* has not been published by West or Lexis.

15. Exhibit 50 is a true copy of the Memorandum Decision and Order granting defendant's motion to dismiss in *In re Sling Media Slingbox Advertising Litig.,* No. 15-cv-05388 (GBD) (S.D.N.Y. August 12, 2016), cited in Lenovo's Opposition to Plaintiffs' Motion for Class

3

**15-MD-02624-RMW**
**DECLARATION OF DANIEL J. STEPHENSON IN SUPPORT OF**
**LENOVO'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Certification. As of the date of this Declaration, the decision in *Slingbox* has not been published by West or Lexis.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

//

Executed this 19th day of August, 2016, at Los Angeles, California.

By: /s/ *Daniel J. Stephenson*
Daniel J. Stephenson

4

**15-MD-02624-RMW**
**DECLARATION OF DANIEL J. STEPHENSON IN SUPPORT OF
LENOVO'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of August, 2016, a true and correct copy of the foregoing document: **DECLARATION OF DANIEL J. STEPHENSON IN SUPPORT OF LENOVO'S OPPOSITION TO CLASS CERTIFICATION** was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.  Any other counsel of record who have not registered as an ECF user will be served by facsimile transmission or first class mail.

/s/ *Daniel J. Stephenson*
Daniel J. Stephenson

5

**15-MD-02624-RMW**
**DECLARATION OF DANIEL J. STEPHENSON IN SUPPORT OF**
**LENOVO'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**