Christopher B. Dalbey (SBN 285562)
*cdalbey@weitzlux.com*
**WEITZ & LUXENBERG, P.C.**
880 Century Park East, Suite 700
Los Angeles, CA 90067
Tel.: 310-247-0921
Fax: 310-786-9927

Robin L. Greenwald (admitted *pro hac vice*)
*rgreenwald@weitzlux.com*
James J. Bilsborrow (admitted in the transferor court, E.D.N.Y.)
*jbilsborrow@weitzlux.com*
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
Tel.: 212-558-5500
Fax: 212-344-5461

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

| | |
|---|---|
| **In re LENOVO ADWARE LITIGATION** | MDL Case No.: 15-md-02624-RMW |
| Herbert PHILLIPS and Susan TAM, | Civil Case No.: 5:15-cv-02788-RMW |
| Plaintiffs, | <u>**Notice of Voluntary Dismissal Without Prejudice**</u> |
| v. | |
| LENOVO (UNITED STATES) INC. and SUPERFISH INC., | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Herbert

Phillips and Susan Tam, by and through counsel, submit this notice of voluntary dismissal

without prejudice in the above-captioned matter.  Plaintiffs Phillips and Tam reserve the right to

proceed in this matter as absent class members.


Dated:  June 6, 2016                    By: */s/ Christopher B. Dalbey*

                                        Christopher B. Dalbey (SBN 285562)


                                        * * *

                                        **ORDER**

**It is so ordered.**   The Clerk shall close the case file 15-cv-2788-RMW.


Dated:  _6/8/2016_                      *Ronald M. Whyte*
                                        _____

                                        United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**<u>Certificate of Service</u>**

I certify that on June 6, 2016, I caused a copy of the foregoing *Notice of Voluntary Dismissal Without Prejudice* to be filed electronically with the Court in the master case file, No. C-15-md-2624, pursuant to the Initial Case Management Order, and to be served by operation of the electronic filing system of the Court to all counsel of record.

<u>*/s/ Christopher B. Dalbey*</u>