JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
BETHANY CARACUZZO (SBN 190687)
bc@pritzkerlevine.com
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110

| | |
|---|---|
| DANIEL C. GIRARD (SBN 114826) | STEVEN N. WILLIAMS (SBN 175489) |
| dcg@girardgibbs.com | swilliams@cpmlegal.com |
| ELIZABETH A. KRAMER (SBN 293129) | ALEXANDRA P. SUMMER (SBN 266485) |
| eak@girardgibbs.com | asummer@cpmlegal.com |
| ANDRE M. MURA (SBN 298541) | STEPHANIE D. BIEHL (SBN 306777) |
| amm@classlawgroup.com | sbiehl@cpmlegal.com |
| GIRARD GIBBS LLP | COTCHETT, PITRE & McCARTHY, LLP |
| 601 California Street, Suite 1400 | San Francisco Airport Office Center |
| San Francisco, CA 94104 | 840 Malcolm Road, Suite 200 |
| Telephone: (415) 981-4800 | Burlingame, CA 94010 |
| Facsimile: (415) 981-4846 | Telephone: (650) 697-6000 |
| | Facsimile: (650) 697-0577 |

*Plaintiffs' Co-Lead Counsel*

[Additional Counsel Appear on Signature Pages]

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NORTHERN CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: LENOVO ADWARE LITIGATION | Case No. 5:15-md-02624-HSG |
| This Document Relates to All Cases | STIPULATION AND [PROPOSED] ORDER RE AMENDED COMPLAINT |

On October 27, 2016, the Court granted in part defendant Lenovo's motion to dismiss plaintiffs' Consolidated Class Action Complaint and granted in part plaintiffs' motion for class certification. (Dkt. No. 153). Pursuant to the Court's October 27 Order, plaintiffs must file any amended complaint by Monday, November 28, 2016, the first business day following the Thanksgiving holiday.

In light of the impending Thanksgiving holiday, plaintiffs and Lenovo have conferred and agree, subject to Court approval, to a brief extension of the deadline for plaintiffs to file any amended complaint.

NOW THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate as follows:

1. The deadline for plaintiffs to file any amended complaint shall be extended from November 28, 2016 to December 7, 2016; and

2. The deadline for Lenovo to respond to plaintiffs' amended complaint shall be extended from December 28, 2016 to January 16, 2017.

IT IS SO STIPULATED.

Dated:  November 22, 2016

**PRITZKER LEVINE LLP**

*/s/ Jonathan K. Levine*

Jonathan K. Levine (SBN 220289)
Elizabeth C. Pritzker (SBN 146267)
180 Grand Avenue, Suite 1390
Oakland, California 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
jkl@pritkzkerlevine.com
ecp@pritzkerlevine.com

**GIRARD GIBBS LLP**

*/s/ Daniel C. Girard*

Daniel C. Girard (SBN 114826)
Elizabeth A. Kramer (SBN 293129)
Andre M. Mura (SBN 298541)
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone:  (415) 981-4800

1
STIPULATION AND [PROPOSED] ORDER RE AMENDED COMPLAINT
CASE NO.: 5:15-MD-02624-HSG

Facsimile: (415) 981-4846
dcg@girardgibbs.com
eak@girardgibbs.com
amm@classlawgroup.com

**COTCHETT, PITRE & McCARTHY, LLP**

*/s/ Alexandra P. Summer*

Steven N. Williams (SBN 175489)
Alexandra P. Summer (SBN 266485)
Stephanie D. Biehl (SBN 306777)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
swilliams@cpmlegal.com
asummer@cpmlegal.com
sbiehl@cpmlegal.com

Plaintiffs' Co-lead Counsel

**K&L GATES LLP**

*/s/ Daniel J. Stephenson*

Daniel J. Stephenson (SBN 270722)
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001
Dan.stephenson@klgates.com

Counsel for Defendant Lenovo

2
STIPULATION AND [PROPOSED] ORDER RE AMENDED COMPLAINT
CASE NO.: 5:15-MD-02624-HSG

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

Pursuant to Stipulation, it is SO ORDERED.

DATED: 11/23/2016

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

**ATTESTATION**

I, Jonathan K. Levine, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

*/s/ Jonathan K. Levine*
Jonathan K. Levine