UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| In re LENOVO ADWARE LITIGATION | CASE NO. 15-md-02624 HSG |
|---|---|
| This Document Relates to:<br>All Actions | **ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |

    Before the Court is the request of J. Jason Hill, on behalf of Plaintiff Ken Martini, to appear via telephone for the December 20, 2016 Case Management Conference in the above-captioned matter. IT IS HERBY ORDERED that the request is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED**.

Dated: December 14, 2016

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge