JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110

DANIEL C. GIRARD (SBN 114826)
dcg@girardgibbs.com
ELIZABETH A. KRAMER (SBN 293129)
eak@girardgibbs.com
ANDRE M. MURA (SBN 298541)
amm@classlawgroup.com
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

STEVEN N. WILLIAMS (SBN 175489)
swilliams@cpmlegal.com
ALEXANDRA P. SUMMER (SBN 266485)
asummer@cpmlegal.com
STEPHANIE D. BIEHL (SBN 306777)
sbiehl@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Class Counsel*

[Additional Counsel Appear on Signature Pages]

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NORTHERN CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: LENOVO ADWARE LITIGATION<br><br>This Document Relates to All Cases | Case No. 4:15-md-02624-HSG<br><br>JOINT STIPULATION AND [PROPOSED] FURTHER CASE MANAGEMENT ORDER<br><br>Courtroom: 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

On January 5, 2017, the Court entered the Parties' Joint Stipulation and Further Case Management Order [Dkt. No. 173] that set forth a revised case schedule in light of the settlement conference before Magistrate Judge Corley to be conducted in early 2017.

The Parties conducted a telephonic conference with Magistrate Judge Corley on January 27, 2017 [Dkt. No. 176], an in-person settlement conference before Magistrate Judge Corley on March 3, 2017 [Dkt. No. 185], and a further telephonic conference with Magistrate Judge Corley on March 17, 2017 [Dkt. No. 186]. A follow-up telephonic conference with Magistrate Judge Corley is scheduled for March 30, 2017, at which time the Parties expect to set a date for another in-person settlement conference before Magistrate Judge Corley to continue substantive settlement discussions.

In light of the ongoing settlement discussions, and the productive nature of those discussions to date, the Parties agree that the March 30, 2017 hearing dates for Lenovo's motion to dismiss and Plaintiffs' motion for preliminary approval of the Superfish settlement should be extended and that the current deadlines for discovery and motion practice set forth in the existing case schedule should be vacated to allow the Parties and the Court to focus on a potential settlement of the litigation rather than expending further time and resources on discovery and motion practice.

The Parties request that the two motions currently set for March 30, 2017 be rescheduled for June 1, 2017. Subject to Court approval, the Parties will provide the Court with a new proposed case schedule within one week of the completion of settlement negotiations before Magistrate Judge Corley.

IT IS SO STIPULATED.

Dated: March 20, 2017

**PRITZKER LEVINE LLP**

*/s/ Jonathan K. Levine*
Jonathan K. Levine (SBN 220289)
Elizabeth C. Pritzker (SBN 146267)
180 Grand Avenue, Suite 1390
Oakland, California 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
jkl@pritkzkerlevine.com
ecp@pritzkerlevine.com

**GIRARD GIBBS LLP**

*/s/ Daniel C. Girard*
Daniel C. Girard (SBN 114826)
Elizabeth A. Kramer (SBN 293129)
Andre M. Mura (SBN 298541)
601 California Street, Suite 1400

```
                                        San Francisco, CA 94104
                                        Telephone:  (415) 981-4800
                                        Facsimile:  (415) 981-4846
                                        dcg@girardgibbs.com
                                        eak@girardgibbs.com
                                        amm@classlawgroup.com
```

**COTCHETT, PITRE & McCARTHY, LLP**

*/s/ Alexandra P. Summer*
Steven N. Williams (SBN 175489)
Alexandra P. Summer (SBN 266485)
Stephanie D. Biehl (SBN 306777)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
swilliams@cpmlegal.com
asummer@cpmlegal.com
sbiehl@cpmlegal.com

*Class Counsel*

**K&L GATES LLP**

*/s/ Daniel J. Stephenson*
Daniel J. Stephenson (SBN 270722)
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Telephone:  (310) 552-5000
Facsimile:  (310) 552-5001
Dan.stephenson@klgates.com

*Counsel for Defendant Lenovo*

**FENWICK & WEST**

*/s/ Rodger R. Cole*
Rodger R. Cole (SBN 178865)
Tyler G. Newby (SBN 205790)
801 California Street

|   |   |
|---|---|
| 1 | Mountain View, CA 94041 |
| 2 | Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200 |

*Counsel for Defendant Superfish, Inc.*

Pursuant to the Parties' Stipulation and for good cause shown,

IT IS SO ORDERED.

Dated: __3/20/2017__

                                                 Hon. Haywood S. Gilliam, Jr.
                                               United States District Judge