**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| **In re LENOVO ADWARE LITIGATION** | CASE NO. 15-md-02624 HSG |
| This Document Relates to:<br><br>All Actions | **ORDER DENYING REQUEST FOR TELEPHONIC APPEARANCE AT MARCH 30, 2017 HEARINGS** |

Before the Court is the request of J. Jason Hill, on behalf of Plaintiff Ken Martini, to appear via telephone for the March 30, 2017 hearings on Defendant Lenovo (United States), Inc.'s Motion to Dismiss Plaintiffs' N.Y. Gen. Bus. Law § 349 Claim and Plaintiffs' Motion for Preliminary Approval of Class Action Settlement with Defendant Superfish, Inc. in the above-captioned matter. IT IS HERBY ORDERED that the request is DENIED.

**IT IS SO ORDERED**.

Dated: March 27, 2017

The Honorable Haywood S. Gilliam, Jr.
United States District Judge

1