# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTHERN CALIFORNIA
### OAKLAND DIVISION

---

IN RE: LENOVO ADWARE LITIGATION

This Document Relates to All Cases

Case No. 4:15-md-02624-HSG

---

**Class Member Request to Participate by Telephone, (Listen only)**

Date: June 8, 2017
Time: 2:00 p.m.
Judge: Hon. Haywood S. Gilliam, Jr.

---

On the request by class member Branden Hayden, for leave to participate in the June 8, 2017 hearing by telephone, to listen to the proceedings.

Mr. Hayden's request is GRANTED.

Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

So Ordered:

June 8, 2017

_____
Hon. Haywood S. Gilliam, Jr.