JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110

DANIEL C. GIRARD (SBN 114826)
dcg@girardgibbs.com
ELIZABETH A. KRAMER (SBN 293129)
eak@girardgibbs.com
ANDRE M. MURA (SBN 298541)
amm@classlawgroup.com
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

ALEXANDRA P. SUMMER (SBN 266485)
asummer@cpmlegal.com
STEPHANIE D. BIEHL (SBN 306777)
sbiehl@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Class Counsel*

[Additional Counsel Appear on Signature Pages]

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NORTHERN CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: LENOVO ADWARE LITIGATION<br><br>This Document Relates to All Cases | Case No. 4:15-md-02624-HSG<br><br>JOINT STIPULATION AND SCHEDULING ORDER<br><br>Courtroom: 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

Plaintiffs and Defendant Lenovo, (together, "the parties") participated in an in-person settlement conference with Magistrate Judge Corley on March 28, 2018 and made substantial progress towards settlement at that conference. The parties have completed their settlement discussions and have executed a Term Sheet to settle this case. Therefore, the parties jointly seek to vacate (1) the Case

CASE NO.: 4:15-MD-02624-HSG

Management Conference scheduled for May 8, 2018, at 2:00 p.m., (2) the deadline to file a case management statement in advance of that Conference; and (3) the May 14, 2018 deadline for plaintiffs to file their amended complaint.

The parties intend to finalize a Stipulation of Settlement in the coming weeks. By May 25, 2018, Plaintiffs intend to file a motion for preliminary approval of (1) the settlement with Lenovo; and (2) the settlement previously negotiated between Plaintiffs and Defendant Superfish, Inc.[1]

IT IS SO STIPULATED.

Dated: April 27, 2018

**PRITZKER LEVINE LLP**

*/s/ Jonathan K. Levine*
Jonathan K. Levine (SBN 220289)
Elizabeth C. Pritzker (SBN 146267)
180 Grand Avenue, Suite 1390
Oakland, California 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
jkl@pritkzkerlevine.com
ecp@pritzkerlevine.com

**GIRARD GIBBS LLP**

*/s/ Daniel C. Girard*
Daniel C. Girard (SBN 114826)
Elizabeth A. Kramer (SBN 293129)
Andre M. Mura (SBN 298541)
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dcg@girardgibbs.com
eak@girardgibbs.com
amm@classlawgroup.com

---

[1] A ruling on the initial motion for preliminary approval of the settlement with Superfish Inc. (Dkt. No. 163) was deferred, and Plaintiffs now anticipate a single notice program to apprise class members of both settlements. *See* Dkt. No. 206 at 31-33.

|   |   |
|---|---|
| 1 | **COTCHETT, PITRE & McCARTHY, LLP** |
| 2 | |
| 3 | */s/ Alexandra P. Summer* |
| | Alexandra P. Summer (SBN 266485) |
| 4 | Stephanie D. Biehl (SBN 306777) |
| | San Francisco Airport Office Center |
| 5 | 840 Malcolm Road, Suite 200 |
| 6 | Burlingame, CA 94010 |
| | Telephone: (650) 697-6000 |
| 7 | Facsimile: (650) 697-0577 |
| | asummer@cpmlegal.com |
| 8 | sbiehl@cpmlegal.com |

*Class Counsel*

**K&L GATES LLP**

*/s/ Daniel J. Stephenson*
Daniel J. Stephenson (SBN 270722)
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001
Dan.stephenson@klgates.com

*Counsel for Defendant Lenovo*

**ATTESTATION**

I, Alexandra P. Summer, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for all parties have concurred in this filing.

*/s/ Alexandra P. Summer*

Pursuant to the Parties' Stipulation and for good cause shown, the following are hereby VACATED: (1) the Case Management Conference scheduled for May 8, 2018, at 2:00 p.m., (2) the

deadline to file a case management statement in advance of that Conference; and (3) the May 14, 2018 deadline for plaintiffs to file their amended complaint.

IT IS SO ORDERED.

Dated: April 30, 2018

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge