Sarah Clasby Engel, P.A.
Florida Bar No. 991030
sengel@harkeclasby.com
HARKE CLASBY & BUSHMAN LLP
9699 NE Second Avenue
Miami Shores, FL 33138
Telephone:　(305) 536-8220
Facsimile:　(305) 536-8229

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re LENOVO ADWARE LITIGATION<br><br>This Document Relates to:<br><br>*Marie Wilson v. Lenovo (United States), Inc.* Case No. 4:15-cv-02785. | Case No.: 4:15-md-02624-HSG<br><br>ORDER GRANTING WITHDRAWAL OF COUNSEL |

**ORDER**

Upon consideration of Plaintiff's Notice of Withdrawal of Counsel, it is HEREBY ORDERED that Sarah Clasby Engel is hereby withdrawn as counsel of record on behalf of Plaintiff, Marie Wilson and the proposed putative classes.

The Clerk of the Court is directed to remove Sarah Clasby Engel from the record and from the Court's ECF System for this case.

Dated: May 1, 2018

Hon. Haywood S. Gilliam, Jr.
United States District Judge