JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110

DANIEL C. GIRARD (SBN 114826)
dcg@girardgibbs.com
ELIZABETH A. KRAMER (SBN 293129)
eak@girardgibbs.com
ANDRE M. MURA (SBN 298541)
amm@classlawgroup.com
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

STEPHANIE D. BIEHL (SBN 306777)
sbiehl@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Class Counsel*

[Additional Counsel Appear on Signature Pages]

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NORTHERN CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: LENOVO ADWARE LITIGATION<br><br>This Document Relates to All Cases | Case No. 4:15-md-02624-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

## STIPULATION

**WHEREAS,** on March 28, 2018, Plaintiffs and Defendant Lenovo, (together, "the Parties") completed an in-person settlement conference with Magistrate Judge Jacqueline Scott Corley;

**WHEREAS**, the Parties executed a Term Sheet to settle this case on April 27, 2018;

**WHEREAS**, on April 30, 2018, pursuant to the Parties' stipulation, Plaintiffs indicated that they intended to file their motion for preliminary approval of the settlement by May 25, 2018, and the Court vacated all previously-scheduled dates pursuant to the Parties' request;

**WHEREAS,** the Parties are finalizing the Stipulation of Settlement and related materials, and they require additional time to complete those efforts;

**WHEREAS**, the Parties have conferred and agree that Plaintiffs' deadline to file their motion for preliminary approval of the settlement shall be continued to June 15, 2018;

**WHEREAS**, previously-settled Defendant Superfish, Inc. consents to the requested continuance.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** among the Parties, through their respective counsel, to the entry of an Order providing that Plaintiffs' deadline to file their motion for preliminary approval of settlement shall be June 15, 2018.

**IT IS SO STIPULATED.**

Dated: May 22, 2018

**PRITZKER LEVINE LLP**

*/s/ Jonathan K. Levine*
Jonathan K. Levine (SBN 220289)
Elizabeth C. Pritzker (SBN 146267)
180 Grand Avenue, Suite 1390
Oakland, California 94612
Telephone: (415) 692-0772
jkl@pritkzkerlevine.com
ecp@pritzkerlevine.com

**GIRARD GIBBS LLP**

*/s/ Daniel C. Girard*
Daniel C. Girard (SBN 114826)
Elizabeth A. Kramer (SBN 293129)

| | |
|---|---|
| 1 | Andre M. Mura (SBN 298541) |
| 2 | 601 California Street, Suite 1400 |
| 3 | San Francisco, CA 94104 |
|   | Telephone: (415) 981-4800 |
| 4 | dcg@girardgibbs.com |
|   | eak@girardgibbs.com |
| 5 | amm@classlawgroup.com |

**COTCHETT, PITRE & McCARTHY, LLP**

*/s/ Stephanie D. Biehl*
Stephanie D. Biehl (SBN 306777)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
sbiehl@cpmlegal.com

*Class Counsel*

**K&L GATES LLP**

*/s/ Daniel J. Stephenson*
Daniel J. Stephenson (SBN 270722)
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Dan.stephenson@klgates.com

*Counsel for Defendant Lenovo*

**FENWICK & WEST**

*/s/ Rodger R. Cole*
Rodger R. Cole (SBN 178865)
Tyler G. Newby (SBN 205790)
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

*Counsel for Defendant Superfish, Inc.*

| | |
|---|---|
| 1 | **ATTESTATION OF FILING** |
| 2 | |
| 3 | I, Stephanie D. Biehl, hereby attest, pursuant to Northern District of California, Local Rule 5-1(i)(3) that concurrence to the filing of this document has been obtained from each signatory hereto. |
| 4 | |
| 5 | |
| 6 | */s/ Stephanie D. Biehl* |
| 7 | STEPHANIE D. BIEHL |

I, Stephanie D. Biehl, hereby attest, pursuant to Northern District of California, Local Rule 5-1(i)(3) that concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Stephanie D. Biehl*

STEPHANIE D. BIEHL

**ORDER**

Pursuant to the parties' Stipulation and for good cause shown, Plaintiffs' deadline to file their motion for preliminary approval of settlement shall be June 15, 2018.

IT IS SO ORDERED.

Dated: May 23, 2018

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge