JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110

DANIEL C. GIRARD (SBN 114826)
dcg@girardgibbs.com
ELIZABETH A. KRAMER (SBN 293129)
eak@girardgibbs.com
ANDRE M. MURA (SBN 298541)
amm@classlawgroup.com
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

STEPHANIE D. BIEHL (SBN 306777)
sbiehl@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Class Counsel*

[Additional Counsel Appear on Signature Pages]

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NORTHERN CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: LENOVO ADWARE LITIGATION<br><br>This Document Relates to All Cases | Case No. 4:15-md-02624-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

## STIPULATION

**WHEREAS**, on March 28, 2018, Plaintiffs and Defendant Lenovo (together, "the Parties") completed an in-person settlement conference with Magistrate Judge Jacqueline Scott Corley;

**WHEREAS**, the Parties executed a Term Sheet to settle this case on April 27, 2018;

**WHEREAS**, on April 30, 2018, pursuant to the Parties' stipulation, Plaintiffs indicated that they intended to file their motion for preliminary approval of the settlement by May 25, 2018, and the Court vacated all previously-scheduled dates pursuant to the Parties' request;

**WHEREAS**, on May 23, 2018, the Court granted an extension to June 15, 2018 for Plaintiffs to file their motion for preliminary approval to allow the Parties additional time to complete the Stipulation of Settlement and related materials (Dkt. No. 226);

**WHEREAS**, the Parties have made substantial progress toward completing the Stipulation of Settlement and related materials;

**WHEREAS**, Lenovo and certain retailers possess and have agreed to provide contact information for most settlement class members, and the organization of this data is ongoing;

**WHEREAS**, one retailer, Amazon, upon receiving a subpoena for the relevant class member information, contacted Plaintiffs' counsel and, citing privacy concerns, expressed a preference to notify its affected customers itself, rather than have notice come from a settlement administrator;

**WHEREAS**, in compromise, Amazon and Plaintiffs' counsel are negotiating a program that will allow direct email notice from Amazon, with Amazon also providing customer contact information to the settlement administrator in a manner that addresses Amazon's privacy concerns;

**WHEREAS**, after a competitive bidding process, Plaintiffs recently selected a settlement administrator, and require additional time to work with that administrator to ensure that the proposed claims process will encourage maximum class member participation while also protecting the settlement fund from non-meritorious claims;

**WHEREAS**, the Parties agree that good cause therefore exists for Plaintiffs' deadline to file their motion for preliminary approval to be continued to July 11, 2018;

**WHEREAS**, the Court's next available hearing is in September and, should the Court hold a hearing, the extension sought here will not delay the Court's consideration of the motion in that time frame;

**WHEREAS**, the Parties do not anticipate requesting a further extension of the filing deadline;

**WHEREAS**, previously settling Defendant Superfish Inc. consents to the continuance.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** among the Parties, through their respective counsel, to the entry of an Order providing that Plaintiffs' deadline to file their motion for preliminary approval of settlement will be July 11, 2018.

**IT IS SO STIPULATED.**

Dated: June 13, 2018

**PRITZKER LEVINE LLP**

*/s/ Jonathan K. Levine*
Jonathan K. Levine (SBN 220289)
Elizabeth C. Pritzker (SBN 146267)
180 Grand Avenue, Suite 1390
Oakland, California 94612
Telephone: (415) 692-0772
jkl@pritkzkerlevine.com
ecp@pritzkerlevine.com

**GIRARD GIBBS LLP**

*/s/ Elizabeth A. Kramer*
Daniel C. Girard (SBN 114826)
Elizabeth A. Kramer (SBN 293129)
Andre M. Mura (SBN 298541)
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 981-4800
dcg@girardgibbs.com
eak@girardgibbs.com
amm@classlawgroup.com

**COTCHETT, PITRE & McCARTHY, LLP**

*/s/ Stephanie D. Biehl*
Stephanie D. Biehl (SBN 306777)

San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
sbiehl@cpmlegal.com

*Class Counsel*

**K&L GATES LLP**

*/s/ Daniel J. Stephenson*
Daniel J. Stephenson (SBN 270722)
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Dan.stephenson@klgates.com

*Counsel for Defendant Lenovo*

**FENWICK & WEST**

*/s/ Tyler G. Newby*
Rodger R. Cole (SBN 178865)
Tyler G. Newby (SBN 205790)
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

*Counsel for Defendant Superfish, Inc.*

## ATTESTATION OF FILING

I, Elizabeth A. Kramer, hereby attest, pursuant to Northern District of California, Local Rule 5-1(i)(3) that concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Elizabeth A. Kramer*

## ORDER

Pursuant to the parties' Stipulation and for good cause shown, Plaintiffs' deadline to file their motion for preliminary approval will be July 11, 2018.

IT IS SO ORDERED.

Dated: June 14, 2018

Hon. Haywood S. Gilliam, Jr.
United States District Judge