UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: LENOVO ADWARE LITIGATION<br><br>This Document Relates to All Cases | Case No.  15-md-02624-HSG<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 163 |

On December 9, 2016, Plaintiffs and Defendant Superfish filed a Motion for Preliminary Approval of Class Action Settlement with Defendant Superfish.  Dkt. No. 163.  On July 11, 2018, the parties filed a Motion for Preliminary Approval of Class Action Settlements, which requests "preliminary approval of the proposed Settlement Agreement with Defendant Superfish Inc. . . . and the proposed Settlement Agreement with Defendant Lenovo."  Dkt. No. 230 at vii.

The Court **ORDERS** the parties to show cause why the Motion for Preliminary Approval of Class Action Settlement with Defendant Superfish, Dkt. No. 163, should not be denied as moot in light of Docket Number 230.  If the parties agree that Dkt. No. 163 should (or should not) be denied as moot, counsel must file a joint statement of two pages or less responding to this order to show cause by July 18, 2018.  Otherwise, each party is required to file a statement of two pages or less setting out its position by that date.

**IT IS SO ORDERED.**

Dated: 7/13/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge