JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
BETHANY CARACUZZO (SBN 190687)
bc@pritzkerlevine.com
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110

DANIEL C. GIRARD (SBN 114826)
dcg@girardgibbs.com
ELIZABETH A. KRAMER (SBN 293129)
eak@girardgibbs.com
ANDRE M. MURA (SBN 298541)
amm@classlawgroup.com
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

STEPHANIE D. BIEHL (SBN 306777)
sbiehl@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Class Counsel*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTHERN CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: LENOVO ADWARE LITIGATION<br><br>This Document Relates to All Cases | Case No. 4:15-md-02624-HSG<br><br>**JOINT RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2, Fourth Floor |

1 | The parties respectfully submit this response to the Court's Order to Show Cause.  Dkt. No.
2 | 233.  The parties agree the Court should deny as moot the Motion for Preliminary Approval of Class
3 | Action Settlement with Defendant Superfish.  Dkt. No. 163.  As stated in Class Counsel's joint
4 | declaration accompanying Plaintiffs' recent motion for preliminary approval of class action settlements,
5 | "In light of the passage of time since that [earlier] motion was filed and the proposed Lenovo
6 | Settlement, Plaintiffs withdraw their prior motion for preliminary approval of the Superfish Settlement
7 | and now seek preliminary approval of both settlements."  Dkt. No. 231, ¶ 15.  Plaintiffs inadvertently
8 | omitted this statement from the memorandum in support of the present motion filed at docket number
9 | 230.

Dated:  July 17, 2018

**PRITZKER LEVINE LLP**

*/s/ Jonathan K. Levine*

Jonathan K. Levine (SBN 220289)
Elizabeth C. Pritzker (SBN 146267)
180 Grand Avenue, Suite 1390
Oakland, California 94612
Telephone: (415) 692-0772
jkl@pritkzkerlevine.com
ecp@pritzkerlevine.com

**GIRARD GIBBS LLP**

*/s/  Elizabeth A. Kramer*
Daniel C. Girard (SBN 114826)
Elizabeth A. Kramer (SBN 293129)
Andre M. Mura (SBN 298541)
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone:  (415) 981-4800
dcg@girardgibbs.com
eak@girardgibbs.com
amm@classlawgroup.com

**COTCHETT, PITRE & McCARTHY, LLP**

*/s/ Stephanie D. Biehl*
Stephanie D. Biehl (SBN 306777)

San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
sbiehl@cpmlegal.com

*Class Counsel*

**K&L GATES LLP**

*/s/ Daniel J. Stephenson*
Daniel J. Stephenson (SBN 270722)
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Dan.stephenson@klgates.com

*Counsel for Defendant Lenovo*

**FENWICK & WEST**

*/s/ Rodger R. Cole*
Rodger R. Cole (SBN 178865)
Tyler G. Newby (SBN 205790)
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

*Counsel for Defendant Superfish, Inc.*

### ATTESTATION OF FILING

I, Elizabeth A. Kramer, hereby attest, pursuant to Northern District of California, Local Rule 5-1(i)(3) that concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Elizabeth A. Kramer*