JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
**PRITZKER LEVINE LLP**
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110

DANIEL C. GIRARD (SBN 114826)
dgirard@girardsharp.com
ELIZABETH A. KRAMER (SBN 293129)
ekramer@girardsharp.com
ANDRE M. MURA (SBN 298541)
amm@classlawgroup.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

STEPHANIE D. BIEHL (SBN 306777)
sbiehl@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Class Counsel*

[Additional Counsel Appear on Signature Pages]

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NORTHERN CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: LENOVO ADWARE LITIGATION<br><br>This Document Relates to All Cases | Case No. 4:15-md-02624-HSG<br><br>**JOINT STIPULATION AND SCHEDULING ORDER**<br><br>Courtroom: 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

Plaintiffs and Defendant Lenovo appeared before this Court on September 20, 2018 for the hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. The Court entered the Order Granting Preliminary Approval of Class Action Settlement ("Order") on November 21, 2018. The Order directed the parties to submit agreed dates to the Court relating to notice and further proceedings on the proposed class action settlement.

The parties[1] now respectfully submit the following deadlines:

| Event | Date |
|---|---|
| Deadline for Settlement Administrator to mail notice | January 7, 2019 |
| Deadline to file motion for final approval, and motion for attorneys' fees and costs and service awards to class representatives | February 14, 2019 |
| Deadline for class members to opt out of or object to the settlement and/or the motion for attorneys' fees and costs and service awards to class representatives | March 25, 2019 |
| Final fairness hearing and hearing on motions | April 18, 2019 at 2:00 p.m. |

IT IS SO STIPULATED.

Dated: November 28, 2018            **GIRARD SHARP LLP**

*/s/ Elizabeth A. Kramer*
Daniel C. Girard (SBN 114826)
Elizabeth A. Kramer (SBN 293129)
Andre M. Mura (SBN 298541)
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
ekramer@girardsharp.com
amm@classlawgroup.com

---

[1] Defendant Superfish was dissolved in 2016. Plaintiffs contacted counsel who represented Superfish in this matter and confirmed there is no objection to the dates proposed in this Stipulation.

**PRITZKER LEVINE LLP**

*/s/ Jonathan K. Levine*
Jonathan K. Levine (SBN 220289)
Elizabeth C. Pritzker (SBN 146267)
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
jkl@pritkzkerlevine.com
ecp@pritzkerlevine.com

**COTCHETT, PITRE & McCARTHY, LLP**

*/s/ Stephanie D. Biehl*
Stephanie D. Biehl (SBN 306777)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
sbiehl@cpmlegal.com

*Class Counsel*

**K&L GATES LLP**

*/s/ Daniel J. Stephenson*
Daniel J. Stephenson (SBN 270722)
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001
Dan.stephenson@klgates.com

*Counsel for Defendant Lenovo*

**ATTESTATION**

I, Elizabeth A. Kramer, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Scheduling Order pursuant to Civil L.R. 5-1(i)(3). I attest under penalty of perjury that counsel have concurred in this filing.

| | |
|---|---|
| 1 | DATED: November 28, 2018            */s/ Elizabeth A. Kramer* |

Pursuant to the Parties' Stipulation, the proposed deadlines are hereby set.

IT IS SO ORDERED.

DATED: <u>November 29, 2018</u>

                                              Hon. Haywood S. Gilliam, Jr.
                                              United States District Judge