FILED

MAR 18 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

To whom it may concern,

I'm writing to you to in regards to the class action lawsuit involving Lenovo and Superfish. I would like to object to the $40. settlement offered. I wasn't unaware at the time that I purchased my Laptop that it contained software that was a security and privacy risk. I still own the laptop however I do not know how to remove the software and therefore I no longer use the computer. I feel a more just settlement would be full replacement cost of the computer. I paid several hundred dollars for the computer and I don't feel as though $40. is an adequate judgement.  Please consider my objection.

Respectfully,
Carrie Bowden (Pepper)

4:15-md-02624 HSG

Notice ID:LEN00309270
Confirmation Code: TK057