1
2
3
4
5
6
7
8
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTHERN CALIFORNIA**
9
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: LENOVO ADWARE LITIGATION | CASE NO.    15-md-02624-HSG |
| This Document Relates to All Cases | [PROPOSED] FINAL JUDGMENT |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This matter came before the Court for hearing pursuant to the Order Preliminarily Approving Class Action Settlement and Providing for Notice, dated November 21, 2018 ("Preliminary Approval Order"), on the motion of Plaintiffs for approval of proposed class action settlements (collectively, the "Settlement") with Defendants Lenovo (United States) Inc. ("Lenovo") and Superfish Inc. ("Superfish"). Due and adequate notice having been given of the Settlement as required by the Preliminary Approval Order, the Court having considered all papers filed and proceedings conducted herein, and good cause appearing therefor, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.    This Final Judgment incorporates by reference the definitions in the Settlement Agreement with Lenovo dated July 11, 2018 (the "Agreement"), and all defined terms used herein have the same meanings ascribed to them in the Agreement.

2.    This Final Judgment also incorporates by reference the April 24, 2019 Order Granting Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Expenses, and Service Awards, Dkt. No. 258 ("Final Approval Order").

3.    This Court has jurisdiction over the subject matter of the Litigation and over all Parties thereto.

4.    The Court reaffirms its findings, rendered in the Preliminary Approval Order, that for purposes of the Settlement, all prerequisites for maintenance of a class action set forth in Federal Rules of Civil Procedure 23(a) and (b)(3) are satisfied. The Court hereby makes final its appointments of Class Counsel and Class Representatives and its preliminary certification of the Settlement Class, defined as: All Persons who purchased one or more of the following computers, not for resale, within the United States between September 1, 2014 and February 28, 2015:

- G Series: G410, G510, G710, G40-70, G50-70, G40-30, G50-30, G50-45
- U Series: U430P, U430Touch, U530Touch
- Y Series: Y40-70, Y50-70
- Z Series: Z50-75, Z40-70, Z50-70
- Flex Series: Flex2 14D, Flex2 15D, Flex2 14, Flex2 15, Flex2 15(BTM), Flex 10
- MIIX Series: MIIX2-10, MIIX2-11
- YOGA Series: YOGA2Pro-13, YOGA2-13, YOGA2-11BTM, YOGA2-11HSW

Excluded from this Class are Defendants, the officers, directors, and affiliates of Defendants at all relevant times, members of their immediate families and their legal representatives, heirs, successors,

1    or assigns, and any entity in which Defendants have or had a controlling interest.

2        4.    The Court reaffirms its grant of final approval of the Settlement, rendered in the Final

3    Approval Order, and finds that it is, in all respects, fair, reasonable, and adequate and in the best

4    interests of the Settlement Class.

5        5.    The Court reaffirms its finding, rendered in the Final Approval Order, that notice of

6    this Settlement was given to Class Members in accordance with the Preliminary Approval Order and

7    constituted the best notice practicable of the proceedings and matters set forth therein, including the

8    Settlement, to all Persons entitled to such notice, and that this notice satisfied the requirements of

9    Federal Rule of Civil Procedure 23 and of due process.

10        6.    The Court directs the Parties and the Claims Administrator to implement the

11    Settlement according to its terms and conditions, including the Plan of Allocation.

12        7.    Upon the Effective Date, Plaintiffs and all Settlement Class Members shall be deemed

13    to have, and by operation of this Judgment shall have, fully, finally, and forever released,

14    relinquished, and discharged the Released Parties from all Released Claims.

15        8.    The Persons identified in Exhibit 1 hereto requested exclusion from the Settlement

16    Class as of the Opt-Out Deadline. These Persons shall not share in the benefits of the Settlement, and

17    this Final Judgment does not affect their legal rights to pursue any claims they may have against

18    Lenovo or Superfish. All other members of the Class are hereinafter barred and permanently enjoined

19    from prosecuting any Released Claims against Lenovo or Superfish in any court, administrative

20    agency, arbitral forum, or other tribunal.

21        9.    Neither Class Counsel's motion for attorneys' fees, reimbursement of litigation

22    expenses, and service awards for Plaintiffs, nor any order entered by this Court thereon, shall in any

23    way disturb or affect this Judgment, and all such matters shall be considered separate from this

24    Judgment.

25        10.    Neither the Settlement, nor any act performed or document executed pursuant to or in

26    furtherance of the Settlement or its associated agreements, is or may be deemed to be or may be used

27    as an admission of, or evidence of, (a) the validity of any Released Claim, (b) any wrongdoing or

28

**[PROPOSED] FINAL JUDGMENT**
**CASE NO.    15-md-02624-HSG**                                                    2

1    liability of Lenovo or Superfish, or (c) any fault or omission of Lenovo or Superfish in any

2    proceeding in any court, administrative agency, arbitral forum, or other tribunal.

3            11.     Without affecting the finality of this Judgment, this Court reserves exclusive

4    jurisdiction over all matters related to administration, consummation, enforcement, and interpretation

5    of the Settlement, its associated agreements, and this Final Judgment, including (a) distribution or

6    disposition of the Settlement Fund; (b) further proceedings, if necessary, on the motion for attorneys'

7    fees, reimbursement of litigation expenses, and service awards for Plaintiffs; and (c) the Settling

8    Parties for the purpose of construing, enforcing, and administering the Settlement and its associated

9    agreements.  If Lenovo and/or Superfish fail(s) to fulfill its or their obligations under the Settlement

10   and its associated agreement(s), the Court retains authority to vacate the provisions of this Judgment

11   releasing, relinquishing, and discharging, and barring and enjoining the prosecution of, the Released

12   Claims against the Released Parties, and to reinstate the Released Claims against the Released

13   Parties.

14           12.     If the Settlement does not become effective under the terms of the Agreements, then

15   this Judgment shall be rendered null and void to the extent provided by and in accordance with the

16   Agreements and shall be vacated and, in such event, all orders entered and releases delivered in

17   connection herewith shall be null and void to the extent provided by and in accordance with the

18   Agreements.

19           13.     The Action is hereby dismissed, with prejudice.

20           **IT IS SO ORDERED.**

21

22

23   DATED: _____5/6/2019_____          _Haywood S. Gill Jr._____

24                                      HONORABLE HAYWOOD S. GILLIAM, JR.
                                        UNITED STATES DISTRICT JUDGE

25

26

27

28

---

**[PROPOSED] FINAL JUDGMENT**                                                    3
**CASE NO.   15-md-02624-HSG**

# EXHIBIT 1

**EXCLUSION REQUESTS**

| NUMBER | SIGNATURE |
|---|---|
| 1 | ALICE COOKSEY |
| 2 | ANA DS |
| 3 | ANDREA M BAILIE |
| 4 | ASHLEY MATTALIANO |
| 5 | BARBARA TERRELL POA FOR CAROL KLINE |
| 6 | BHARATH KV |
| 7 | CARLOS PRADO |
| 8 | CHARLENE GODINEZ |
| 9 | DALE ODERMAN |
| 10 | DANNY L MARTIN |
| 11 | DENISE REINHOLTZ |
| 12 | EDWINA GERENA |
| 13 | ELMER E BUSTILLO |
| 14 | EMMA HOBDEN |
| 15 | ERIC WOLD |
| 16 | GREGORY KNIPP |
| 17 | ISIS WOZNIAK |
| 18 | JERRY LABERGE |
| 19 | JOSIP FLEISCHER |
| 20 | JULIE ANDERSON |
| 21 | KATHERINE MURPHY |
| 22 | KIRSTEN DOMINGUEZ |
| 23 | LINDA MAITA |
| 24 | MARIA KRITIKOS |
| 25 | MARILYN ANNETTE COLE |
| 26 | MARVIN MEYER |
| 27 | MARY PHILLIPS |
| 28 | MATT DUDEK |
| 29 | MEGAN CAREY |
| 30 | MUNTAKIM M CHOUDHURY |
| 31 | NICHOLAS G WIMME |
| 32 | PATRICIA ALBRECHT |
| 33 | PAUL HNIZDIL |
| 34 | RACHEL MOELLER |
| 35 | RANDALL J. VERLIN |
| 36 | ROBERT JOSEPH MONTEAGUDO |
| 37 | RONALD HOLCOMB |
| 38 | RUPA KOKILAM LOGANATHAN |
| 39 | SHARON HARRIGAN |
| 40 | SHELDON LITWILLER |
| 41 | TESSA PELTIER |
| 42 | TIA COLLINGS |
| 43 | VANESSA CARDONA |

**EXCLUSION REQUESTS**

| NUMBER | SIGNATURE |
|--------|-----------|
| 44 | ALEXEY STEPKIN |
| 45 | ART KIDWELL |
| 46 | ARYA JAVIDI |
| 47 | ASIM THAKORE |
| 48 | CRISTIAN GARBOAN |
| 49 | DANIEL SORIANO |
| 50 | DEREK GAGNON |
| 51 | ELIZABETH URBANUCCI |
| 52 | GIOVANNI PELUYERA |
| 53 | GRICELDA MORENO |
| 54 | JAIREN PROPST |
| 55 | JAMES KIM |
| 56 | JASMIN CORNEJO |
| 57 | JOAN HARBESON |
| 58 | JUSTIN MEDEIROS |
| 59 | KATIE MARTIN |
| 60 | LARRY MILLER |
| 61 | LAURA LEE |
| 62 | MARYAM GIV |
| 63 | MICHAEL TOLEDO |
| 64 | MOAZZAM BUTT |
| 65 | NICOLE S. FLORES PABÓN |
| 66 | PATRICK MORSCHES |
| 67 | RAM ANIRUDH KUCHIBHOTLA |
| 68 | ROBERT ODONNELL |
| 69 | SANJAY KOTHARI |
| 70 | SONIA MALEK |
| 71 | TAMMY HALE |
| 72 | THOMAS HERNANDEZ |
| 73 | TOM JING |
| 74 | TYLER FRANCE |
| 75 | VITALIUS BRAND |
| 76 | WILLIAM VINCENT |
| 77 | ZACH BARTSCH |