1  JONATHAN K. LEVINE (SBN 220289)
   jkl@pritzkerlevine.com
2  ELIZABETH C. PRITZKER (SBN 146267)
3  ecp@pritzkerlevine.com
   PRITZKER LEVINE LLP
4  180 Grand Avenue, Suite 1390
   Oakland, CA 94612
5  Telephone: (415) 692-0772
6  Facsimile: (415) 366-6110

7
   DANIEL C. GIRARD (SBN 114826)           ERIC J. BUESCHER (SBN 271323)
8  dgirard@girardsharp.com                 ebuescher@cpmlegal.com
   ELIZABETH A. KRAMER (SBN 293129)        COTCHETT, PITRE & McCARTHY, LLP
9  ekramer@girardsharp.com                 San Francisco Airport Office Center
10 ANDRE M. MURA (SBN 298541)              840 Malcolm Road, Suite 200
   amm@classlawgroup.com                   Burlingame, CA 94010
11 GIRARD SHARP LLP                        Telephone: (650) 697-6000
   601 California Street, Suite 1400       Facsimile: (650) 697-0577
12 San Francisco, CA 94104
13 Telephone: (415) 981-4800
   Facsimile: (415) 981-4846
14

15 *Class Counsel*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTHERN CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: LENOVO ADWARE LITIGATION<br><br>This Document Relates to All Cases | Case No. 4:15-md-02624-HSG<br><br>**STIPULATION AND ORDER FOR REFERRAL OF JURISDICTION OVER ALLOCATION OF ATTORNEYS' FEES TO MAGISTRATE JUDGE** |

Pursuant to Civil Local Rule 7-12, Co-Lead Counsel Pritzker Levine, Girard Sharp, and Cotchett, Pitre & McCarthy respectfully request that the Court enter the following stipulation for referral of this matter to Magistrate Jacqueline S. Corley for the limited purpose of determining the appropriate allocation of attorneys' fees among Co-Lead Counsel.

In support of this stipulation, Co-Lead Counsel state as follows:

WHEREAS, on April 24, 2019, the Court granted Plaintiffs' Motion for Final Approval and Motion for Attorneys' Fees, Expenses, and Service Awards (Dkt. No. 258);

WHEREAS, on May 6, 2019, the Court entered Final Judgment while reserving exclusive jurisdiction over all matters related to any "further proceedings, if necessary, on the motion for attorneys' fees, reimbursement of litigation expenses. . . ." (Dkt. No. 260 at 4);

WHEREAS, the Court previously referred this matter to Magistrate Judge Jacqueline S. Corley for settlement proceedings (Dkt. No. 168);

WHEREAS, Co-Lead Counsel agree to refer to Magistrate Judge Corley jurisdiction over the allocation of attorneys' fees among Co-Lead Counsel to render a binding and non-appealable decision should Co-Lead Counsel fail to resolve the issue;

WHEREAS, Co-Lead Counsel believe referral to Magistrate Judge Corley will conserve the resources of this Court;

NOW, THEREFORE, Co-Lead Counsel stipulate and request that the Court enter an order referring this matter to Magistrate Judge Jacqueline S. Corley for the limited purpose of determining the appropriate allocation of attorneys' fees among Co-Lead Counsel.

**IT IS SO STIPULATED.**

Dated: May 17, 2019                  Respectfully submitted,

**PRITZKER LEVINE LLP**

/s/ *Jonathan K. Levine*
Jonathan K. Levine (SBN 220289)
Elizabeth C. Pritzker (SBN 146267)
180 Grand Avenue, Suite 1390
Oakland, CA 94612

Telephone: (415) 692-0772
Facsimile: (415) 366-6110
jkl@pritkzkerlevine.com
ecp@pritzkerlevine.com

**GIRARD SHARP LLP**

/s/ *Elizabeth A. Kramer*
Daniel C. Girard (SBN 114826)
Elizabeth A. Kramer (SBN 293129)
Andre M. Mura (SBN 298541)
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846
dgirard@girardsharp.com
ekramer@girardsharp.com
amm@classlawgroup.com

**COTCHETT, PITRE & McCARTHY, LLP**

/s/ *Eric J. Buescher*
Eric J. Buescher (SBN 271323)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
ebuescher@cpmlegal.com

*Class Counsel*

## ATTESTATION STATEMENT

I, Elizabeth A. Kramer, am the ECF User whose identification and password are being used to file this document pursuant to Civil L.R. 5-1(i)(3). I attest under penalty of perjury that all counsel has concurred in this filing.

DATED:  May 17, 2019        */s/ Elizabeth A. Kramer*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:    May 20, 2019        *[signature: Haywood S. Gilliam Jr.]*
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE